UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT LAM,<br><br>        Plaintiff,<br><br>    v.<br><br>SAM BANKMAN-FRIED, et al.,<br><br>        Defendants. | Case No. 22-cv-07336-JSC<br><br>**CLERK'S NOTICE RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 7 |

TO ALL PARTIES AND COUNSEL OF RECORD:

This action was reassigned to Judge Jacqueline Scott Corley for all-purposes. Please take notice that an initial case management conference is rescheduled for **March 2, 2023 at 1:30 p.m.,** by Zoom videoconference (**ZOOM Meeting ID:** 161 366 1817/**Password:** 924619) before Judge Jacqueline Scott Corley. A case management conference statement shall be filed seven days prior to the conference. Any request to reschedule the above date shall be made in writing, and, if possible, by stipulation. For a copy of Judge Corley's Standing Order and other information, please refer to the Court's website at www.cand.uscourts.gov.

Dated: November 28, 2022

Mark B. Busby
Clerk, United States District Court

By: _____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY