William M. Audet (SBN 117456)
waudet@audetlaw.com
"David" Ling Y. Kuang (SBN 296873)
lkuang@audetlaw.com
Kurt D. Kessler (SBN 327334)
kkessler@audetlaw.com
**AUDET & PARTNERS, LLP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102-3275
Telephone:   (415) 568-2555
Facsimile:   (415) 568-2556

*Attorneys for Plaintiff Elliott Lam, on behalf of himself and all others similarly situated*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT LAM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC.,<br><br>Defendants. | **Case No. 3:22-cv-07336-JSC**<br><br>**DECLARATION OF KURT D. KESSLER IN SUPPORT OF ADMINISTRATIVE L.R. 7-11 MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| THIS DOCUMENT RELATES TO:<br><br>*Pierce v. Bankman-Fried et al.,*<br>Case No. 4:22-cv-07444-JSW<br><br>*Hawkins v. Bankman-Fried et al.,*<br>Case No. 3:22-cv-07620-TSH<br><br>*Jessup v. Bankman-Fried et al.,*<br>Case No. 4:22-cv-07666-DMR | [N. D. CAL. CIVIL L.R. 3-12]<br><br>Judge:  Jacqueline Scott Corley<br><br>Trial Date:    None set<br>Action Filed:  November 20, 2022 |

**DECLARATION OF KURT D. KESSLER**

I, Kurt Kessler, hereby declare:

1. I am an associate attorney at Audet & Partners LLP. My firm and I serve as counsel for Plaintiff Elliott Lam in the matter *Lam v. Bankman-Fried et al.,* No. 3:22-cv-07336-JSC.

2. I have personal knowledge of the matters stated below, and if called as a witness, I could and would testify competently thereto under oath.

3. I respectfully submit this declaration in support of Plaintiff Lam's Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil L.R. 3-12.

4. A stipulation pursuant to Civil L.R. 7-11 could not be obtained because doing so would be difficult if not impossible in view of the fact that the related complaints name several defendants, some abroad, and many that appear from the docket sheet have not been served, let alone appeared in any of the cases thus far. Accordingly, in light of this, obtaining a stipulation by all parties would be close to impossible at this stage of the proceedings, and significant delay is inconsistent with the need to "promptly" alert this Court, pursuant to L.R. 3-12, of related cases pending before multiple judges.

5. Plaintiff Lam will notify and continue to work with Plaintiffs' counsel in the *Pierce*, *Hawkins*, and *Jessup* actions, as well as any later known defense counsel, to effectuate a stipulation to the extent the Court has not already determined that these cases should be related.

6. Attached as **Exhibit 1** is a true and correct copy of the complaint filed in *Lam v. Bankman-Fried et al.,* No. 3:22-cv-07336-JSC.

7. Attached as **Exhibit 2** is a true and correct copy of the complaint filed in *Pierce v. Bankman Fried et al,* No. 4:22-cv-07444-JSW.

8. Attached as **Exhibit 3** is a true and correct copy of the complaint filed in *Hawkins v. Bankman-Fried et al.,* Case No. 3:22-cv-07620-TSH.

9. Attached as **Exhibit 4** is a true and correct copy of the complaint filed in *Jessup v. Bankman-Fried et al.,* Case No. 4:22-cv-07666-DMR.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in San Francisco, California, this 12th day of December 2022.

*s/ Kurt Kessler*
Kurt Kessler