**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELLIOTT LAM, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC.,<br><br>    Defendants. | **Case No. 3:22-cv-07336-JSC**<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE L.R. 7-11 MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>[N. D. CAL. CIVIL L.R. 3-12]<br><br>Judge:  Jacqueline Scott Corley<br><br>Trial Date: None set<br>Action Filed: November 20, 2022 |
| THIS DOCUMENT RELATES TO:<br><br>*Pierce v. Bankman-Fried et al.,*<br>Case No. 4:22-cv-07444-JSW<br><br>*Hawkins v. Bankman-Fried et al.,*<br>Case No. 3:22-cv-07620-TSH<br><br>*Jessup v. Bankman-Fried et al.,*<br>Case No. 4:22-cv-07666-DMR | |

Having considered Plaintiff Elliott Lam's Administrative Motion to Consider Whether the Cases Should be Related, as well as the pleadings on file, and good cause appearing, the Court **GRANTS** the motion and **ORDERS** the Clerk to relate the following filed cases to this instant matter:

1. *Lam v. Bankman-Fried et al.,* Case No. 3:22-cv-07336-JSC (Filed Nov. 20, 2022);
2. *Pierce v. Bankman-Fried et al.,* Case No. 4:22-cv-07444-JSW (Filed Nov. 23, 2022);
3. *Hawkins v. Bankman-Fried et al.,* Case No. 3:22-cv-07620-TSH (Filed Dec. 2, 2022);
4. *Jessup v. Bankman-Fried et al.,* Case No. 4:22-cv-07666-DMR (Filed Dec. 5, 2022).

**IT IS SO ORDERED.**

Dated: _____

**Hon. Jacqueline Scott Corley**
**UNITED STATES DISTRICT JUDGE**