William M. Audet (SBN 117456)
  waudet@audetlaw.com
"David" Ling Y. Kuang (SBN 296873)
  lkuang@audetlaw.com
Kurt D. Kessler (SBN 327334)
  kkessler@audetlaw.com
**AUDET & PARTNERS, LLP**
  711 Van Ness Avenue, Suite 500
  San Francisco, CA 94102-3275
  Telephone:  (415) 568-2555
  Facsimile:   (415) 568-2556

*Attorneys for Plaintiff Elliott Lam, on behalf of himself and all others similarly situated*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT LAM, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC.,<br><br>        Defendants. | **Case No. 3:22-cv-07336-JSC**<br><br>**PROOF OF SERVICE** |
| THIS DOCUMENT RELATES TO:<br><br>*Pierce v. Bankman-Fried et al.,*<br>Case No. 4:22-cv-07444-JSW<br><br>*Hawkins v. Bankman-Fried et al.,*<br>Case No. 3:22-cv-07620-TSH<br><br>*Jessup v. Bankman-Fried et al.,*<br>Case No. 4:22-cv-07666-DMR | [N. D. CAL. CIVIL L.R. 3-12]<br><br>Judge: Jacqueline Scott Corley<br><br>Trial Date:   None set<br>Action Filed:  November 20, 2022 |

**CERTIFICATE OF SERVICE (3:22-CV-07336-JSC)**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 711 Van Ness Avenue, Suite 500, San Francisco, CA 94102-3275.

On December 12, 2022, I served true and correct copies of the following documents described as:

1. **ADMINISTRATIVE L.R. 7-11 MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED;**

2. **DECLARATION OF KURT D. KESSLER IN SUPPORT OF ADMINISTRATIVE L.R. 7-11 MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED;** and

3. **[PROPOSED] ORDER GRANTING ADMINISTRATIVE L.R. 7-11 MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

Onto the following interested parties:

Rafey S. Balabanian (rbalabanian@edelson.com )
Todd Logan (tlogan@edelson.com)
Yaman Salahi (ysalahi@edelson.com)
P. Solange Hilfinger-Pardo (shilfinge1pardo@edelson.com)
*Counsel for Plaintiff Michael Elliott Jessup*

Marshal J. Hoda (marshal@thehodalawfirm.com)
Steven C. Vondran (steve@vondranlegal.com)
*Counsel for Plaintiffs Stephen Pierce*

Jennifer Pafiti (jpafiti@pomlaw.com)
Jeremy A. Lieberman (jalieberman@pomlaw.com)
J. Alexander Hood II (ahood@pomlaw.com)
Peretz Bronstein (peretz@bgandg.com)
Eitan Kimelman (eitank@bgandg.com)
*Counsel for Plaintiffs Russell Hawkins*

By way of **E-MAIL OR ELECTRONIC TRANSMISSION**, causing a copy of said document(s) to be sent from my e-mail address nperez@audetlaw.com.

Further, I certify that I have undertaken efforts to complete service on Sam Bankman-Fried, Caroline Ellison, Nishad Singh, Sam Trabucco and Zixiao "Gary" Wang, but to date have not identified

counsel or an agent located in the United States to accept service on their behalf, nor their current residences. If it is found one of these defendants is residing overseas, I will formally serve documents identified above on the overseas defendants under the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the Hague Convention) and will amend this Proof of Service when service is completed.

Further, by way of **PHYSICAL MAILING** through the United States Postal Service, I caused a copy of said documents to be sent to the following parties:

| **Armanino LLP** <br> 12657 Alcosta Boulevard, Suite 500 <br> San Ramon, CA 94583 | **Prager Metis CPAs, LLC** <br> 14 Penn Plaza, Suite 1800 <br> New York, NY 10122 |
|---|---|
| **Golden State Warriors** <br> **1505 Corporation** <br> **5600246** <br> **C T CORPORATION SYSTEM** <br> **330 N BRAND BLVD STE # 700** <br> **GLENDALE, CA  91203** | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed in Alameda County on December 12, 2022.

_Nicholas Perez_ (signature)

Nick Perez