Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
Todd Logan (SBN 305912)
tlogan@edelson.com
Yaman Salahi (SBN 288752)
ysalahi@edelson.com
P. Solange Hilfinger-Pardo (SBN 320055)
shilfingerpardo@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

*Counsel for Plaintiff Jessup and the Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLIOTT LAM, individually and on behalf of other members of the general public similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC,<br><br>*Defendants.* | Case No. 3:22-cv-07336-JSC<br><br>**RESPONSE OF *JESSUP V. BANKMAN-FRIED ET AL.* PLAINTIFF IN SUPPORT OF PLAINTIFF LAM'S ADMINISTRATIVE L.R. 7-11 MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

## PLAINTIFF'S ADMINISTRATIVE MOTION

Pursuant to Civil Local Rules 3-12(e) and 7-11, plaintiff in the *Jessup v. Bankman-Fried et al.*, Case No. 22-cv-07666-DMR (filed December 5, 2022) action hereby respectfully submits this response in support of the *Lam v. Bankman Fried et al.* Plaintiff's Administrative L.R. 7-11 Motion to Consider Whether Cases Should be Related, filed December 12, 2022. (Dkt. 9.) The *Jessup* plaintiff agrees this Court should consider whether the following proposed class actions are related:

| Case Name | Case No. | Date Filed |
| --- | --- | --- |
| *Lam v. Bankman Fried et al.* | 3:22-cv-07336-JSC | Nov. 20, 2022 |
| *Pierce v. Bankman-Fried et al.* | 4:22-cv-07444-JSW | Nov. 23, 2022 |
| *Hawkins v. Bankman-Fried et al.* | 3:22-cv-07620-TSH | Dec. 2, 2022 |
| *Jessup v. Bankman-Fried, et al.* | 4:22-cv-07666-DMR | Dec. 5, 2022 |

## I. LEGAL STANDARD

Civil Local Rule 3-12(a) provides that an "action is related to another when" the "actions concern substantially the same parties, property, transaction, or event," and it "appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil Local Rule 3-12(b) requires a party to "promptly file in the lowest-numbered case an Administrative Motion to Consider Whether Cases Should be Related" whenever "a party knows or learns that an action, filed in or removed to this district is (or the party believes that the action may be) related to an action which is or was pending in this District as defined in Civil L.R. 3-12(a)."

## II. THE CASES SHOULD BE RELATED

The *Jessup* plaintiff believes his claims are substantially related to those alleged in the lowest numbered case filed in this District, *Lam v. Bankman Fried et al.*, Case No. 3:22-cv-07336-JSC (filed November 20, 2022), as well as the *Pierce* and *Hawkins* cases. All four cases make substantially similar claims on behalf of substantially similarly-defined classes of FTX customers, generally alleging that defendant Sam Bankman-Fried and a cadre of other defendants in his orbit defrauded plaintiffs and the proposed classes. Having separate Judges preside over these substantially similar cases would, consequently, impart an unduly burdensome duplication of labor onto the federal judiciary and unnecessarily run the risk of conflicting results across largely overlapping and high-profile proposed class action cases.

For these reasons, the *Jessup* plaintiff respectfully submits that this case should be related to the *Lam*, *Pierce,* and *Hawkins* cases.

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | **MICHAEL ELLIOTT JESSUP**, individually and on behalf of all others similarly situated, |
| Dated: December 14, 2022 | By: */s/* Todd Logan<br>　　　One of Plaintiff Jessup's Attorneys |
|  | Rafey S. Balabanian (SBN 315962)<br>rbalabanian@edelson.com<br>Todd Logan (SBN 305912)<br>tlogan@edelson.com<br>Yaman Salahi (SBN 288752)<br>ysalahi@edelson.com<br>P. Solange Hilfinger-Pardo (SBN 320055)<br>shilfingerpardo@edelson.com<br>EDELSON PC<br>150 California Street, 18th Floor<br>San Francisco, California 94111<br>Tel: 415.212.9300<br>Fax: 415.373.9435 |
|  | *Counsel for Plaintiff Jessup and the Proposed Class* |

# CERTIFICATE OF SERVICE

On December 14, 2022, I served this Administrative Motion to Consider Whether Cases Should Be Related (and accompanying documents) on counsel of record for all known parties to each apparently related action, at the email addresses below:

| | |
|---|---|
| *Lam v. Bankman Fried et al.*, No. 3:22-cv-07336-JSC | **Counsel for Plaintiffs:**<br><br>William M Audet<br>waudet@audetlaw.com<br>Kurt David Kessler<br>kkessler@audetlaw.com<br>Ling Yue Kuang<br>lkuang@audetlaw.com<br>Audet & Partners LLP<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102-3275<br>Tel: 4155682555<br><br>Robert Lawrence Lieff<br>rlieff@lieff.com<br>PO Drawer A<br>Rutherford, CA 94573<br>Tel: 415-250-4800<br><br>**Counsel for Defendants:**<br><br>[No counsel have yet appeared] |
| *Pierce v. Bankman-Fried et al.*, No. 4:22-cv-07444-JSW | **Counsel for Plaintiffs:**<br><br>Marshal Hoda<br>marshal@thehodalawfirm.com<br>The Hoda Law Firm, PLLC<br>12333 Sowden Road, Suite B, PMB 51811<br>Houston, TX 77080<br>Tel: (832) 848-0036<br><br>Steven C. Vondran<br>steve@vondranlegal.com<br>The Law Offices of Steven C. Vondran, PC<br>One Sansome Street, Suite 3500<br>San Francisco, CA 94104<br>Tel: (877) 276-5084<br>Fax: (888) 551-2252 |

| | **Counsel for Defendants:**<br><br>[No counsel have yet appeared] |
|---|---|
| *Hawkins v. Bankman-Fried et al.,* No. 3:22-cv-07620-TSH | **Counsel for Plaintiffs:**<br><br>Jennifer Pafiti<br>jpafiti@pomlaw.com<br>Pomerantz LLP<br>1100 Glendon Avenue, 15th Floor<br>Los Angeles, CA 90024<br>Tel: (310) 405-7190<br><br>J Alexander Hood, II<br>ahood@pomlaw.com<br>Jeremy A. Lieberman<br>jalieberman@pomlaw.com<br>Pomerantz LLP<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>Tel: (212) 661-1100<br>Fax: (212) 661-8665<br><br>Eitan Kimelman<br>eitank@bgandg.com<br>Peretz Bronstein<br>peretz@bgandg.com<br>Bronstein Gewirtz & Grossman LLC<br>60 East 42nd Street<br>Suite 4600<br>New York, NY 10165<br>(212) 697-6484<br>Fax: (212) 697-7296<br><br>**Counsel for Defendants:**<br><br>[No counsel have yet appeared] |

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of December 2022 at San Francisco, California.

By: */s/* Todd Logan
      One of Plaintiff Jessup's Attorneys

Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
Todd Logan (SBN 305912)

tlogan@edelson.com
Yaman Salahi (SBN 288752)
ysalahi@edelson.com
P. Solange Hilfinger-Pardo (SBN 320055)
shilfingerpardo@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: 415.212.9300 / Fax: 415.373.9435

*Counsel for Plaintiff Jessup and the Proposed Class*