Marshal J. Hoda, Esq.
TX Bar No. 24110009
THE HODA LAW FIRM, PLLC
12333 Sowden Road, Suite B, PMB 51811
Houston, Texas 77080
o. (832) 848-0036
marshal@thehodalawfirm.com
*Admitted Pro Hac Vice*

Steven C. Vondran, Esq.
CA Bar No. 232337
THE LAW OFFICES OF STEVEN C. VONDRAN, PC
One Sansome Street, Suite 3500
San Francisco, California 94104
o. (877) 276-5084
steve@vondranlegal.com

*Attorneys for Plaintiff Pierce & the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO & OAKLAND DIVISION

| | |
|---|---|
| **Elliott Lam, individually and on behalf of other members of the general public similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**Sam Bankman-Fried, Caroline Ellison, and Golden State Warriors, LLC,**<br><br>Defendants. | Case No. 3:22-cv-07336-JSC<br><br>**Response of *Pierce v. Bankman-Fried, et al.*, in support of Plaintiff Lam's L.R. 7-11 Motion to Consider Whether Cases Should Be Related** |

Pursuant to Civil Local Rules 3-12(e) and 7-11, plaintiff in the *Pierce* action (Case No. 22-cv-07444-JSW) hereby responds to plaintiff Lam's Motion to Consider Whether Cases Should be Related (Dkt. 9). The *Pierce* plaintiff agrees that the Court

Response to *Lam* Mtn. to Relate Cases      1      Case No. 22-cv-07336 (JSC)

should consider whether the cases are related and should indeed find that the cases are related for the following reasons.

### I.    Legal Standard

Civil Local Rule 3-12(a) provides that an "action is related to another when" the "actions concern substantially the same parties, property, transaction, or event," and it "appears likely that there will be unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges." Civil Local Rule 3-12(b) requires a party to "promprly file in the lowest-numbered case an Administrative Motion to Consider Whether Cases Should be Related" whenever "a party knows or learns that an action, filed in or removed to this district is (or the party believes that the action may be) related to an action which is or was pending in this District as defined in Civil L.R. 3-12(a)."

### II.   The Cases Should be Related

The *Pierce* plaintiff believes his claims are substantially related to those alleged in the lowest numbered case filed in this District, *Lam v. Bankman-Fried et al.*, Case No. 3:22-cv-07336-JSC (filed Nov. 20, 2022) and to those at issue in the *Jessup* and *Hawkins* cases referred to in plaintiff Lam's Motion. As set out in plaintiff Lam's Motion, these cases arise from the collapse of Sam Bankman-Fried's cryptocurrency empire, have a number of defendants in common, and are seeking to represent overlapping plaintiff classes.

As a courtesy, plaintiff Pierce hereby notifies the Court and counsel that the Complaint in the *Pierce* matter will soon be amended to assert claims against additional defendants. Plaintiff Pierce submits that the standard for relation of cases under L.R. 3-12(a) will continue to be met upon addition of these defendants given the commonality of underlying events and overlapping plaintiff classes noted above.

Response to *Lam* Mtn. to Relate Cases        2        Case No. 22-cv-07336 (JSC)

Dated:  December 16, 2022       Respectfully submitted,



Marshal J. Hoda, Esq.
Texas Bar No. 2411009
*Admitted Pro Hac Vice*
12333 Sowden Road, Suite B
Houston, TX 77080
o. (832) 848-0036
marshal@thehodalawfirm.com
THE HODA LAW FIRM, PLLC