1    **KAPLAN FOX & KILSHEIMER LLP**
     Laurence D. King (SBN 206423)
2    Kathleen A. Herkenhoff (SBN 168562)
     Blair E. Reed (SBN 316791)
3    1999 Harrison Street, Suite 1560
     Oakland, CA 94612
4    Telephone: 415-772-4700
     Facsimile: 415-772-4707
5    *lking@kaplanfox.com*
     *kherkenhoff@kaplanfox.com*
6    *breed@kaplanfox.com*

7    *Counsel for Plaintiff Julie Chon Papadakis and the*
     *Proposed Class*
8
     [Additional Counsel Appear on Signature Page]
9

10

11                    **UNITED STATES DISTRICT COURT**

12                   **NORTHERN DISTRICT OF CALIFORNIA**

13

14   ELLIOTT LAM, individually and on        Case No.  3:22-cv-07336-JSC
     behalf of all others similarly situated,
                                              **ADMINISTRATIVE MOTION TO**
15                        Plaintiff,          **CONSIDER WHETHER CASES SHOULD**
                                              **BE RELATED PURSUANT TO CIVIL**
16          v.                                **LOCAL RULES 3-12 AND 7-11**

17   SAM BANKMAN-FRIED,                        Judge:   Jacqueline Scott Corley
     CAROLINE ELLISON, and GOLDEN
18   STATE WARRIORS, LLC,

19                        Defendants.
20

21   This Document Relates To:

22   *Pierce v. Bankman-Fried et al.*
     Case No. 4:22-cv-07444-JSC
23
     *Hawkins v. Bankman-Fried et al.*,
24   Case No. 3:22-cv-07620-JSC

25   *Jessup v. Bankman-Fried et al.,*
     Case No. 4:22-cv-07666-JSC
26
     *Papadakis v. Bankman-Fried, et al.*,
27   Case No. 3:23-cv-00024-JSW

28

TO:    THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civ. L.R. 3-12 and 7-11, Plaintiff Julie Chon Papadakis ("Plaintiff") hereby respectfully moves (the "Motion") this Court to consider whether *Papadakis v. Bankman-Fried, et al.*, Case No. 3:23-cv-00024-JSW (the "*Papadakis* Action"), which was filed on January 3, 2023, and is pending before the Honorable Jeffrey S. White, should be related to *Lam v. Bankman-Fried, et al.*, Case No. 3:22-cv-07336-JSC (the "*Lam* Action") and the three actions already related to *Lam:* (a) *Pierce v. Bankman-Fried, et al.*, Case No. 3:22-cv-07444-JSC (the "*Pierce* Action"); (b) *Hawkins v. Bankman-Fried, et al.,* Case No. 3:22-cv-07620-JSC (the "*Hawkins* Action"); and (c) *Jessup v. Bankman-Fried, et al.*, 4:22-cv-07666-JSC (the "*Jessup* Action"). *See e.g.* ECF No. 10 in the *Lam* Action.

Plaintiff also files the Declaration of Laurence D. King in support hereof (the "King Decl."), and an accompanying proposed order.

The *Lam* Action was filed on November 20, 2022, and is currently pending before the Honorable Jacqueline Scott Corley ("Judge Corley").  On December 19, 2022, the *Pierce* Action, *Hawkins* Action, and *Jessup* Action were ordered related to the *Lam* Action.  *See* ECF No. 10 in the *Lam* Action.  Each of these four related actions (collectively the "Related Actions") are now pending before Judge Corley.  Plaintiff submits that the *Papadakis* Action is also related within the meaning of Civil Local Rule 3-12(a) to the four Related Actions.

Actions are related when (1) the actions substantially concern the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judicial officers.  Civ. L.R. 3-12(a).

Each of the Related Actions (including the *Lam* action), involve substantially the same subject matter as in the *Papadakis* Action, and name one or more defendants that overlap with defendants named in the *Papadakis* Action.  Under Civil L.R. 3-12(a)'s standard, the *Papadakis* Action should be related to the *Lam* Action and the other Related Actions.

**The *Papadakis* Action and the Related Actions Center On The Same Events: Defendants' Misconduct Concerning the FTX Entities and The Resulting Damage to**

1   **Customers When The Truth About That Conduct Began To Be Publicly Revealed In**

2   **November 2022**

3       The *Papadakis* Action and the Related Actions all arise from the same common operative

4   facts – the actions taken by Bankman-Fried and other named Defendants to promote the FTX

5   Entities (as defined in the *Papadakis* Action) to consumers, as well as the eventual collapse of the

6   FTX Entities in November 2022 following the bankruptcy filings of various of the FTX Entities.

7   *See* King Decl. at Exs. 1-5.  The operative complaints on file in each of these actions contain

8   substantially similar factual allegations concerning the promotion of the FTX Entities by the

9   Individual Defendants.  *See e.g.* King Decl., Ex. 1 ("*Lam* Action Complaint") at ¶¶ 22-37; Ex. 5

10  ("*Papadakis* Action Complaint") at ¶¶1-18.  Thus, as the Court already decided in relating the *Lam*

11  Action to the other Related Actions, the *Papadakis* Action also meets the standards of Civil L.R.

12  3-12(a)(1) for relation, as each of these actions concern the same event(s) and operative facts.  *See*

13  King Decl. at Exs. 1-5.

14      **The *Papadakis* Action and the Related Actions Name Substantially The Same Parties**

15      The *Papadakis* Action and the Related Actions have the same or overlapping defendants.

16  *See* King Decl. at Exs. 1-5.  For example, each action names Samuel Bankman-Fried ("Bankman-

17  Fried") and Caroline Ellison ("Ellison").  *Id*.  Similarly, the *Pierce* Action, *Hawkins* Action and the

18  *Papadakis* Action name Bankman-Fried, Ellison, Zixiao "Gary" Wang, Nishad Singh, Armanino

19  LLP and Prager Metis CPAs, LLC as defendants.  King Decl. at Exs. 2, 3 & 5.  Each complaint

20  challenges the conduct of Bankman-Fried, Ellison and these other defendants in relation to the

21  promotion and/or operation of the FTX Entities and Alameda Research LLC. *See* King Decl. at

22  Exs. 1-5.

23      Moreover, each named plaintiff seeks to certify a similar class of persons and/or

24  consumers/customers who deposited money and/or assets with FTX and were damaged as a result

25  of the collapse in November 2022. *See* King Decl. at Exs. 1-5. Thus, these actions further satisfy

26  Civil L.R. 3-12(a)(1) on this basis, and the actions should be related because they concern the same

27  core set of Defendants and substantially overlapping class members.

28

1

2

**<u>The *Papadakis* Action and the Related Actions Include The Same or Similar Claims</u>**

**<u>Raising Common Questions of Law and Overlapping Discovery</u>**

3      The *Papadakis* Action and the Related Actions also allege claims involving conspiracy or

4  fraud among the Defendants related to the promotion and operation of FTX.  *See e.g.* King Decl.

5  Ex. 1 (*Lam* Action Complaint) at ¶¶ 91-106; Ex. 5 (*Papadakis* Action Complaint) at ¶¶ 196-203.

6      Moreover, because the underlying facts surrounding the cases are the same, most (if not all)

7  of the discovery sought in these cases will overlap in regard to the common named Defendants,

8  particularly Bankman-Fried and Ellison, and the common actions taken during the same period of

9  time as the *Papadakis* Action and the Related Actions all cover the time from the formation of the

10  FTX Entities through the ultimate filing of those entities for bankruptcy. *See* King Decl. at Exs. 1-

11  5.

12      Thus, Civil L.R. 3-12(a)(2) necessitates the relating of these cases because otherwise the

13  overlapping questions of law and discovery will impose an unduly burdensome duplication of labor

14  and expense upon Plaintiffs and Defendants, and the risk of conflicting rulings if the actions are

15  conducted before different judges within this District.  Relation of these actions significantly

16  advance the interests of judicial economy.

17      The *Papadakis* Action and the Related Actions satisfy Civil L.R. 3-12(a)(2).

18      For these reasons, Plaintiff respectfully requests that the *Papadakis* Action be deemed

19  related to the *Lam* Action and the other Related Actions pursuant to Local Civil Rule 3-12.

20                                     Respectfully submitted,

21   Dated:  January 4, 2023            **KAPLAN FOX & KILSHEIMER LLP**

22                                     By: /s/ *Laurence D. King*
                                             Laurence D. King

23                                     Laurence D. King (SBN 206423)
24                                     Kathleen A. Herkenhoff (SBN 168562)
                                       Blair E. Reed (SBN 316791))
25                                     1999 Harrison Street, Suite 1560
                                       Oakland, CA 94612
26                                     Telephone: 415-772-4700
                                       Facsimile: 415-772-4707
27                                     *lking@kaplanfox.com*
                                       *kherkenhoff@kaplanfox.com*
28                                     *breed@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (*pro hac vice* to be filed)
Joel B. Strauss (*pro hac vice* to be filed)
Jeffrey P. Campisi (*pro hac vice* to be filed)
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
*ffox@kaplanfox.com*
*jstrauss@kaplanfox.com*
*jcampisi@kaplanfox.com*

**WITES LAW FIRM**
Marc A. Wites (*pro hac vice* to be filed)
4400 North Federal Highway
Lighthouse Point, FL 33064
Telephone: (866) 558-9831
*mwites@witeslaw.com*

*Counsel for Plaintiff Julie Chon Papadakis and the Proposed Class*