**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Kathleen A. Herkenhoff (SBN 168562)
Blair E. Reed (SBN 316791)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
*lking@kaplanfox.com*
*kherkenhoff@kaplanfox.com*
*breed@kaplanfox.com*

*Counsel for Plaintiff Julie Chon Papadakis and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT LAM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC,<br><br>Defendants.<br><br>This Document Relates To:<br><br>*Pierce v. Bankman-Fried et al.*<br>Case No. 4:22-cv-07444-JSC<br><br>*Hawkins v. Bankman-Fried et al.*,<br>Case No. 3:22-cv-07620-JSC<br><br>*Jessup v. Bankman-Fried et al.*,<br>Case No. 4:22-cv-07666-JSC<br><br>*Papadakis v. Bankman-Fried, et al.*,<br>Case No. 3:23-cv-00024-JSW | Case No. 3:22-cv-07336-JSC<br><br>**DECLARATION OF LAURENCE D. KING IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11**<br><br>Judge:   Jacqueline Scott Corley<br><br>Trial Date:   None set<br>Action Filed: November 20, 2022 |

Case No. 3:22-cv-07336-JSC
DECL. OF LAURENCE D. KING ISO ADMIN. MOT. TO CONSIDER WHETHER CASES SHOULD BE RELATED

1  I, Laurence D. King, hereby declare:

2  1. I am a partner with Kaplan Fox & Kilsheimer, LLP. My firm and I serve as counsel for Plaintiff Julie Chon Papadakis in the matter *Papadakis v. Bankman-Fried et al.*, No. 3:23-cv-00024-JSW, filed January 3, 2023 (the "*Papadakis* Action").

3  2. I have personal knowledge of the matters stated below, and if called as a witness, I could and would testify competently thereto under oath.

4  3. I respectfully submit this declaration in support of Plaintiff Papadakis' Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rules 3-12 and 7-11 (the "Motion").

5  4. A stipulation pursuant to Civil L.R. 7-11 could not be obtained in view of the fact that the complaints in the above-captioned actions (the "Actions") name several defendants, and the dockets for the Actions do not reflect that all defendants have been served and/or have appeared in these Actions. Accordingly, in light of this fact, obtaining a stipulation by all parties in the Actions would be impracticable, if not impossible, at this stage of the proceedings, and significant delay is inconsistent with the need to "promptly" alert this Court, pursuant to Civil L.R. 3-12, of related cases pending before multiple judicial officers of this District. Currently, however, it is only the *Papadakis* Action that requires an order to relate pursuant to Civil L.R. 3-12 because the other four above-captioned Actions have been related. *See* ECF No. 10 in *Lam v. Bankman-Fried, et al.*, Case No. 3:22-cv-07336-JSC.

6  5. Attached as Exhibit 1 is a true and correct copy of the complaint filed in *Lam v. Bankman-Fried et al.*, No. 3:22-cv-07336-JSC.

7  6. Attached as Exhibit 2 is a true and correct copy of the complaint filed in *Pierce v. Bankman Fried et al.*, No. 4:22-cv-07444-JSC.

8  7. Attached as Exhibit 3 is a true and correct copy of the complaint filed in *Hawkins v. Bankman-Fried et al.*, Case No. 3:22-cv-07620-JSC.

9  8. Attached as Exhibit 4 is a true and correct copy of the complaint filed in *Jessup v. Bankman-Fried et al.*, Case No. 4:22-cv-07666-JSC.

1    9.   Attached as Exhibit 5 is a true and correct copy of the complaint filed in *Papadakis v. Bankman-Fried, et al.*, Case No. 3:23-cv-00024-JSW.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 4th day of January, 2023 in Orinda, California.

                                                /s/ *Laurence D. King*
                                                Laurence D. King