**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Kathleen A. Herkenhoff (SBN 168562)
Blair E. Reed (SBN 316791)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
*lking@kaplanfox.com*
*kherkenhoff@kaplanfox.com*
*breed@kaplanfox.com*

*Counsel for Plaintiff Julie Chon Papadakis and the Proposed Class*

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT LAM, individually and on behalf of all others similarly situated, | Case No. 3:22-cv-07336-JSC |
| Plaintiff, | **PROOF OF SERVICE VIA FIRST CLASS MAIL AND ELECTRONIC MAIL** |
| v. | [N.D. Cal. L.R. 3-12] |
| SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC, | Judge: Jacqueline Scott Corley |
| Defendants. | |
| This Document Relates To: *Pierce v. Bankman-Fried et al.* Case No. 4:22-cv-07444-JSC *Hawkins v. Bankman-Fried et al.*, Case No. 3:22-cv-07620-JSC *Jessup v. Bankman-Fried et al.,* Case No. 4:22-cv-07666-JSC *Papadakis v. Bankman-Fried, et al.*, Case No. 3:23-cv-00024-JSW | |

Case No. 3:22-cv-07336-JSC
PROOF OF SERVICE

I, the undersigned, am the President of Class Action Research, P.O. Box 740, Penryn, CA 95563. My email address is Janis@classactionresearch.com. I am over the age of 18 and am not a party to this action.

On January 4, 2023, I caused the following documents to be served <u>via first class U.S. mail</u>:

1. ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11;

2. DECLARATION OF LAURENCE D. KING IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11;

3. [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11; and this

4. PROOF OF SERVICE VIA FIRST CLASS MAIL AND ELECTRONIC MAIL

upon the following parties, at the addresses, as indicated on the attached First Class Mail Service List.

Additionally, I caused to be served the aforementioned documents via <u>electronic mail</u>, at the following electronic addresses, as indicated:

AUDET & PARTNERS, LLP
William M. Audet / *wuadet@audetlaw.com*
Kurt David Kessler / *kkessler@audetlaw.com*
Ling Yue Kuang / *lkuang@audetlaw.com*

Robert L. Lieff / *rlieff@lieff.com*
   *Counsel for Plaintiff Elliot Lam*


THE HODA LAW FIRM
Marshal Hoda / *marshal@thehodalawfirm.com*


THE LAW OFFICES OF STEVEN C. VONDRAM, P.C.
Steven C. Vondran / *steve@vondranlegal.com*
   *Counsel for Plaintiff Stephen T. Pierce*


POMERANTZ LLP
Jennifer Pafiti / *jpafiti@pomlaw.com*
J. Alexander Hood, II / *ahood@pomlaw.com*
Jeremy A. Lieberman / *jalieberman@pomlaw.com*

BRONSTEIN GEWIRTZ & GROSSMAN, LLC
Eitan Kimelman / eitank@bgandg.com
Peretz Bronstein / peretz@bgandg.com

*Counsel for Plaintiff Russell Hawkins*

EDELSON PC
Rafey S. Balabanian / rbalabanian@edelson.com
Todd Logan / tlogan@edelson.com
Yaman Salahi / ysalahi@edelson.com
P. Solange Hilfinger-Pardo / shilfinge1pardo@edelson.com

*Counsel for Plaintiff Michael Elliott Jessup*

I am readily familiar with my firm's process on the sending of documents <u>via electronic mail</u> and that process is that the documents are transmitted to the individuals, at the electronic addresses indicated, on the same date as this Proof of Service.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 4th day of January, 2023 at Penryn, CA.

_____
Janis Dingman

**FIRST CLASS MAIL SERVICE LIST**

| | |
|---|---|
| Samuel Bankman-Fried<br>743 Cooksey Lane<br>Stanford, CA  94305 | Caroline Ellison<br>327 Franklin Street<br>Newton, MA  02458 |
| Zixiao "Gary" Wang<br>304 Island Lane<br>Egg Harbor Township, NJ  08234 | Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA  95035 |
| Armanino LLP<br>12657 Alcosta Boulevard, Suite 500<br>San Ramon, CA  94583 | Prager Metis CPAS, LLC<br>c/o Registered Agent: Joseph Rust<br>2381 Rosencrans Avenue, Suite 350<br>El Segundo, CA  90245 |
| Prager Metis CPS, LLC<br>14 Penn Plaza, Suite 1800<br>New York, NY 10122 | John Samuel Trabucco<br>338 Main Street, Unit 36B<br>San Francisco, CA  94105 |
| Golden State Warriors<br>1505 Corporation 5600246<br>c/o Registered Agent: C T Corporation System<br>330 N. Brand Boulevard, Suite 700<br>Glendale, CA  91203 | The Hoda Law Firm, PLLC<br>Marshal Hoda, Esq.<br>12333 Sowden Road, Suite B, PMB 51811<br>Houston, TX 77080 |
| The Law Offices of Steven C. Vondran, PC<br>Steven C. Vondran, Esq.<br>One Sansome Street, Suite 3500<br>San Francisco, CA 94104 | Pomerantz LLP<br>Jennifer Pafiti, Esq.<br>1100 Glendon Avenue, 15th Floor<br>Los Angeles, CA 90024 |
| Bronstein Gewirtz & Grossman LLC<br>Eitan Kimelman, Esq.<br>Peretz Bronstein, Esq.<br>60 East 42nd Street, Suite 4600<br>New York, NY 10165 | Pomerantz LLP<br>J Alexander Hood, II, Esq.<br>Jeremy A. Lieberman, Esq.<br>600 Third Avenue, 20th Floor<br>New York, NY 10016 |
| Edelson PC<br>Rafey S. Balabanian, Esq.<br>Todd M. Logan, Esq.<br>Yaman Salahi, Esq.<br>P. Solange Hilfinger-Pardo, Esq.<br>150 California Street, 18th Floor<br>San Francisco, CA 94111 | |