1  William M. Audet (SBN 117456)
   waudet@audetlaw.com
2  "David" Ling Y. Kuang (SBN 296873)
   lkuang@audetlaw.com
3  Kurt D. Kessler (SBN 327334)
   kkessler@audetlaw.com
4  **AUDET & PARTNERS, LLP**
   711 Van Ness Avenue, Suite 500
5  San Francisco, CA 94102-3275
   Telephone: (415) 568-2555
6  Facsimile: (415) 568-2556

7  *Attorneys for Plaintiff Elliott Lam, on behalf of himself and all others similarly situated*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELLIOT LAM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC,<br>Defendants. | Case No. 3:22-cv-07336-JSC<br>**<u>Class Action</u>**<br><br>**DECLARATION OF WILLIAM M. AUDET IN SUPPORT OF PLAINTIFFS' MOTION TO CONSOLIDATE, TO APPOINT INTERIM CO-LEAD COUNSEL, LIAISON COUNSEL, AND PLAINTIFFS' EXECUTIVE COMMITTEE**<br><br>**Honorable Jacqueline Scott-Corley** |
| STEPHEN PIERCE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL BANKMAN-FRIED, CAROLINE ELLISON, ZIXIAO "GARY" WANG, NISHAD SINGH, ARMANINO, LLP, and PRAGER METIS CPAS, LLC,<br>Defendants. | Case No. 3:22-cv-07444-JSC |

[*caption continues on following page*]

---

**DECLARATION OF WILLIAM M. AUDET (3:22-cv-07336-JSC)**

| | | |
|---|---|---|
| 1 | RUSSELL HAWKINS, individually and on behalf of all others similarly situated, | Case No. 3:22-cv-07620-JSC |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | SAMUEL BANKMAN-FRIED, CAROLINE ELLISON, ZIXIAO "GARY" WANG, NISHAD SINGH, ARMANINO, LLP, and PRAGER METIS CPAS, LLC, | |
| 5 | | |
| 6 | Defendants. | |
| 7 | | |
| 8 | MICHAEL ELLIOTT JESSUP, individually and on behalf of all others similarly situated, | Case No. 3:22-cv-07666-JSC |
| 9 | Plaintiff, | |
| 10 | v. | |
| 11 | SAMUEL BANKMAN-FRIED, an individual, CAROLINE ELLISON, an individual, NISHAD SINGH, an individual, GARY WANG, an individual, and SAM TRABUCCO, an individual, | |
| 12 | | |
| 13 | Defendants. | |
| 14 | | |
| 15 | JULIE PAPADAKIS, , individually and on behalf of all others similarly situated, | Case No. 3:23-00024-JSC |
| 16 | Plaintiff, | |
| 17 | v. | |
| 18 | SAMUEL BANKMAN-FRIED, an individual, CAROLINE ELLISON, an individual, NISHAD SINGH, an individual, GARY WANG, an individual, and SAM TRABUCCO, an individual, | |
| 19 | | |
| 20 | Defendants. | |
| 21 | | |

**DECLARATION OF WILLIAM M. AUDET (3:22-cv-07336-JSC)**

# DECLARATION OF WILLIAM M. AUDET

I, William M. Audet, hereby declare:

1. I am the founding partner at Audet & Partners, LLP. My firm and I serve as counsel for Plaintiff Elliott Lam in this matter *Lam v. Bankman-Fried et al.,* No. 3:22-cv-07336-JSC.

2. I have personal knowledge of the matters stated below, and if called as a witness, I could and would testify competently thereto under oath.

3. I respectfully submit this declaration in support of the Concurrently Filed Plaintiffs' Motion To Consolidate, To Appoint Interim Co-Lead Counsel, Liaison Counsel, And Plaintiffs' Executive Committee.

4. Attached as **Exhibit 1** is a true and correct copy of the law firm resume and/or individual attorney biographies, CVs or resumes from Audet & Partners, LLP ("Audet").

5. Attached as **Exhibit 2** is a true and correct copy of the law firm resume and/or individual attorney biographies, CVs or resumes from Edelson PC ("Edelson").

6. Attached as **Exhibit 3** is a true and correct copy of the law firm resume and/or individual attorney biographies, CVs or resumes from Kaplan Fox & Kilsheimer LLP ("Kaplan Fox").

7. Attached as **Exhibit 4** is a true and correct copy of the law firm resume and/or individual attorney biographies, CVs or resumes from Pomerantz LLP ("Pomerantz").

8. Attached as **Exhibit 5** is a true and correct copy of the law firm resume and/or individual attorney biographies, CVs or resumes from The Hoda Law Firm, PLLC ("Hoda Law").

9. Attached as **Exhibit 6** is a true and correct copy of the law firm resume and/or individual attorney biographies, CVs or resumes from Wites Law Firm ("Wites").

10. Attached as **Exhibit 7** is a true and correct copy of the law firm resume and/or individual attorney biographies, CVs or resumes from Bronstein, Gewirtz & Grossman ("Bronstein").

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in San Francisco, California, this 2nd day of February 2023.

_____
William M. Audet