# EXHIBIT 1

### *Curriculum Vitae* Highlights of William M. Audet, *J.D., LL.M., LL.D.*

**Education**

- ❖ Golden Gate University School of Law, San Francisco, CA (Juris Doctor, 1984) (graduated *summa cum laude* and recipient of multiple American Jurisprudence Awards)

- ❖ University of Wisconsin Law School, Madison, WI. (Masters in Law, 1987)

- ❖ Golden Gate University School of Law, San Francisco, CA (Doctorate of Law [hc] 2013)

**Professional Employment**

- ❖ Professor of Law (Clinical) and Staff Attorney at Legal Assistance to Institutionalized Persons at University of Wisconsin Law School, Madison, Wisconsin (1984-1987).

- ❖ Law Clerk for the United States Court of Appeals, Ninth Circuit (S.F. Division) (1987 to 1989) (staff attorney and 'roving' law clerk as needed for sitting Ninth Circuit Judges).

- ❖ Law Clerk for the Honorable Fern M. Smith, United States District Court for the Northern District of California (1989) (Judge Smith's inaugural law clerk).

- ❖ Law Clerk for the Honorable Alphonso Zirpoli, United States District Court for the Northern District of California (1989 to 1990). (Judge Zirpoli's final law clerk).

- ❖ Associate/Partner at Lieff Cabraser Heimann & Bernstein, LLP (San Francisco Office) (1990 to 1998).

- ❖ Partner, Alexander, Hawes & Audet, LLP (1998 to 2006).

- ❖ Managing Partner, Audet & Partners, LLP (2006 to present).

**Noteworthy Class Action/Mass Tort Appointments:**

- ❖ ***Andrews v. Plains All American Pipeline LP,*** No. 2:15-cv-04113 (C.D. Cal.) – Mr. Audet serves as Co-Lead Counsel in a class action case (certified) involving economic impact of 2015 Refugio Oil Spill. The Court has granted final approval of a $240 million settlement.

- ❖ ***In re Navistar MaxxForce Engines Marketing, Sales Pracs. and Prods. Liab. Litig.***, No. 1:14-cv-10318, (N.D. Ill.) – Mr. Audet served as Co-Lead Counsel in a lawsuit brought on behalf truck purchasers alleging defectively designed vehicles equipped with MaxxForce Advanced "Exhaust Gas Recirculation" diesel engines. The Class was overcharged as a result of the defect. Settlement announced in May 2019 awarding $135 million to the Class.

- ❖ ***Galanti v. Goodyear Tire & Rubber Co.*** No. 03-cv-209 (D.N.J.) – Mr. Audet served as Class Counsel in a case resulting in a groundbreaking multinational (United States and Canada) class wide $324 million settlement involving a defective radiant heating system that caused leaks, corrosion and damage to boilers, including catastrophic failures to

heating systems. The class was made up of homeowners whose homes contained the defective systems.

❖ ***In re Zyprexa Litigation II***, MDL No. 1596, (E.D.N.Y.) – Mr. Audet and his firm represented over 300 clients who allegedly developed diabetes after ingesting Zyprexa. Mr. Audet was appointed by Judge J. Weinstein as Chairperson of the Plaintiffs Executive Committee, and later appointed as the sole chairperson of the Executive Committee. The parties eventually settled for $700 million.

❖ ***Alexander v. Abbott Labs., Inc. (In re Depakote)***, No. 12-cv-52-NJR-SCW (N.D. Ill.) – Mr. Audet was appointed to the Plaintiffs Steering Committee and represented hundreds of families with children injured as a result of parental ingestion of the defective drug Depakote with insufficient warning of the risks. Mr. Audet secured confidential settlements for a significant number of clients totaling millions of dollars.

❖ ***Bhatia v. 3M Co.,*** Case No. 0:16-cv-01304, (D. Minn.) - Class action filed by the firm on behalf of a nationwide class of dentists claiming 3M breached a 10-year limited warranty for their dental crown. Mr. Audet served on the Executive Committee and in March 2019, 3M Co. agreed to pay $32.5 million to settle this class action.

❖ ***In re Menu/Pet Food Recall Litigation***, Case No. 07-02867, (D.N.J.) – William M. Audet was appointed Co-Lead Class counsel in a case involving recalled pet food.  The ground breaking case and settlement resulted in a significant payment to class members. Mr. Audet served as settlement counsel and co-lead counsel, overseeing over 100 cases filed and consolidated in New Jersey federal court. The parties reached a $24 million settlement.

**Noteworthy Unique Cases:**

❖ ***In re Roundup Products Liability Litigation***, No. 3:16-md-02741 (N.D. Cal.) – William Audet filed the first class action complaint seeking to represent class members harmed by the effects of Roundup (Mr. Mark Burton from Audet & Partners served as MDL Liaison Counsel), with one jury trial verdict originally awarding $2 billion in punitive damages.

❖ ***Richard X., v. State of Wisconsin*** (1986) Milwaukee County, Wisconsin Court – Successfully filed first of its kind case in the United States obtaining early release of inmate based on his HIV status (file sealed due to privacy).

❖ ***Elidio Capela Vela, et al., v. BP, et al.,*** Case #717/2012 (8th District) (2012) – Serving as the only United States' based attorney in the first civil class action case filed in Mexico under the then recently enacted class action legislation. The case has been certified to proceed as a class action and notice has been disseminated to the class of fisherman.

❖ ***Loretz v. Regal Stone, Ltd.*** **(Cosco Busan)***,* No. 07-cv-05800, (N.D. Cal.) **–** Mr. Audet was appointed by Judge Samuel Conti as Lead Counsel, representing Native American tribes, fisheries and fisherman. Mr. Audet successfully sought under Maritime law the arrest and seizure of the *Cosco Busan*, the ship responsible for colliding with the San Francisco Bay Bridge, and invalidating waivers obtained by the Defendants from class members. The parties settled, with relief including a payment of $3.65 million.

❖ ***Homeless Coalition v. California Department of Transportation*** (1994) (Oakland Superior Court) - Filed and resolved first case of its kind relating to securing property rights of the homeless (statewide consent decree and injunctive relief still in force).

❖ ***Spoiled Pet Food Clients v. Chinese Pet Food Production Company***, San Francisco (1999) - First class action case filed in the United States asserting violation of Chinese Constitution against Chinese based pet food manufacturer (dismissed on immunity grounds).

## Publications of Note:

Audet, Fanady & Kuang, *Handling Federal Discovery* (James Publishing) (24th Ed./Rev.) (yearly updated book (and electronic version) on federal discovery, with updates on new important discovery rulings and evolving electronic discovery issues).

Published *Class Action Procedure in Mexico*, a primer for Law Clerks, Judges and Practitioners in Mexico regarding Mexico's Class Action law (2014).

Co-Author of Case Course Material for 3rd year law students at U.W. School of Law (Madison) (entitled: *Civil and Constitutional Rights of Institutional Persons*).

Authored CLE material as moderator/speaker on a variety of legal topics, with focus on class action procedure, electronic discovery and mass torts.

## Notable Law School & Community Services:

❖ Golden Gate University School of Law, Law Review (Author and Managing Editor), 1982-1984.

❖ Golden Gate University School of Law, Student Representative on Admissions Committee, 1983.

❖ Graduation Speaker of the Golden Gate University School of Law, Class of 1984.

❖ Panel Speaker/Moderator (1994 and onward) – moderator/panel member of CLE affiliated programs on a variety of topics including class actions, mass torts & medical device preemption.

❖ Awarded 'Advocate of the Year' in 2013 and 'Champion of Justice' in 2005 by The Bar Association of San Francisco.

❖ Keynote Speaker at Golden Gate University School of Law Graduation, Class of 2013.

❖ Member of the Bar Association of San Francisco Judicial Review Committee, 2013-2016 (The Committee evaluated candidates seeking appointment to the San Francisco Superior Court, the Court of Appeal for the First Appellate District, the Supreme Court of California).



# "David" Ling Y. Kuang

Managing Associate

As a first-generation immigrant and lawyer, David Kuang brings a rare perspective into his litigation work representing consumers and employees in large, complex litigation in state and federal courts throughout the U.S. His family has witnessed first-hand the ease upon which civil and property rights can be deprived in the face of powerful governmental forces during China's Cultural Revolution, and David now focuses his practice towards representing individuals and companies against adversaries with unrivaled resources. His zeal for his work has helped achieve successful and significant results for his clients and further earned accolades such as being named by Super Lawyers® as a Rising Star in Northern California for consecutive years (2019-2022).

## Contact

711 Van Ness Avenue
Suite 500
San Francisco, CA 94102

(415) 568-2555 ext. 215 | phone
(415) 568-2556 | fax
LKuang@audetlaw.com | email

## Practice Areas

- Antitrust/Competition Law
- Consumer Protection
- Product Liability
- Employment Law
- Privacy/Constitutional Law
- Mass Torts

## Admissions

- California, 2014
- U.S. Court of Appeals for the Ninth Circuit
- U.S. District Courts (Northern, Central, Southern, and Eastern Districts of California)

## Judicial Experience

- California Court of Appeal, Sixth Appellate District, 2012 | Judicial Extern to Associate Justice Nathan D. Mihara (ret.)
- Hong Kong District Court, Wan Chai Law Courts, 2011 | Judicial Clerk to Hon. Sharon D. Melloy

## Education

- Juris Doctor, 2013
  Golden Gate University, School of Law
- Bachelor of Arts, 2009
  University of California, Davis

# Experience



○ **2015 - Present**
**Audet & Partners, LLP**

### Recent Representative & Significant Cases

- *In re: Deere & Co. Repair Servs. Antitrust Litig.*, MDL 3030, No. 3:22-cv-50188 (N.D. Ill. 2022) — Mr. Kuang effectively sought a leadership position and became the youngest court-appointed member of the Plaintiffs' Steering Committee (Dkt. Nos. 66, 73) in this expansive MDL that involved alleged monopolization of repair software negatively affecting farmers across the U.S.

- *Morrison v. Ross Stores, Inc.*, No. 4:18-cv-02671-YGR (N.D. Cal. 2022) — In a false labeling matter, Mr. Kuang successfully presented oral arguments at preliminary and final approval to achieve a nationwide settlement that provided, *inter alia*, injunctive relief for consumers by requiring a 12 year certification period to ensure products conform to industry standards for testing and quality.

- *Andrews, et al. v. Plains All American Pipeline, LP, et al.*, No. 2:15-cv-04113-PSG-JEM (C.D. Cal. 2022) — As class counsel at Audet & Partners, LLP, Mr. Kuang has been involved in this expansive oil spill class action for more than 5 years, resolving e-discovery issues like database-derived privilege logs and database production disputes, and the matter now has a $230 million settlement pending final approval.

- *McCarthy, et al., v. Toyota Motor Corp., et al.*, No. 8:18-cv-00201-JLS-KES (C.D. Cal. 2022) — $20 million settlement preliminarily approved that provides relief to Toyota Prius owners with allegedly defective IPM/inverters installed; Mr. Kuang, in addition to representing the class, counseled on privilege disputes that ultimately resolved.

- *In re: Toll Roads Litig.*, No. 8:16-cv-00262-ODW-ADS (C.D. Cal. 2022) — This case provided $216 million in relief ($41 fund and $175 in penalties forgiveness) to a class of toll-tag users who had their privacy allegedly violated; Mr. Kuang leveraged his experience in privacy and constitutional law matters to assist in this matter.

- *In re: Navistar Maxxforce Engines Mktg., Sales Practices and Prods. Liab. Litig.*, MDL 2590, No. 1:14-cv-10318 (N.D. Ill. 2020) — $135 million nationwide settlement that provided relief to truck owners/leasees who acquired vehicles with defective emission systems; Mr. Kuang served as a key-member of the plaintiffs' group and helped on cutting-edge ESI issues like TAR (technology-assisted-review) and oversaw the hiring, training, and management of nine (9) separate attorneys (in a newly formed team of 30+) to handle the materials produced by defendant.

- *Bhatia, et al. v. 3M Co.*, No. 0:16-cv-01304-DWF-DTS (D. Minn. 2019) — In a class action brought by dentists against a company for the sale of defective dental crowns, plaintiffs' counsel achieved a $32.5 million settlement for the class; Mr. Kuang provided significant research on state-by-state law variations and post-settlement follow-up with clients.

- *Beverage, et al. v. Apple Inc.*, No. 20CV370535 (Santa Clara Super. Ct.) — Antitrust state action against Apple related to their anti-competitive policies concerning the App Store; Mr. Kuang is the lead attorney for plaintiffs in this matter.

- *Ballejos, et al. v. Facebook, Inc. [now Meta Platforms, Inc.]*, No. 18-CIV-03607 (San Mateo Super. Ct.) — Privacy and constitutional law action (given California's unique provision of a right to privacy) against Facebook concerning the Cambridge Analytica scandal; Mr. Kuang is the lead attorney for plaintiffs here and extensive litigation has ensued over ESI preservation, metadata, and convergence of these two issues.

- *Orshan, et al. v. Apple Inc.*, No. 5:14-CV-05659-EJD (N.D. Cal.) — Class action against Apple stemming from alleged false advertising of storage capacity in their devices; Mr. Kuang has personally briefed matters on ESI, privilege log, and document disputes.

# "David" Ling Y. Kuang

Managing Associate

## Contact (repeated)

711 Van Ness Avenue
Suite 500
San Francisco, CA 94102

(415) 568-2555 ext. 215 | phone
(415) 568-2556 | fax
LKuang@audetlaw.com | email

## Pro Bono & Volunteer Efforts

- Asian Pacific Islander Legal Outreach (APILO) | Legal Clinic Volunteer
- Bar Association of San Francisco's (BASF) Volunteer Legal Services Program (VLSP) Consumer Debt Defense and Education Clinic | Volunteer
- Asian Law Caucus, 39th and 40th Annual Event | Planning Committee Member
- California Rural Legal Assistance | Legal Clinic Volunteer
- Legal Aid of Marin | Legal Clinic Volunteer
- City & County of San Francisco Sheriff's Department, Prisoner Legal Services | Student Volunteer/Intern
- Women's Employment Rights Clinic | Certified Practicing Student Clinician
- Asian American Bar Association | Former Student Council Chair
- Bar Association of San Francisco (BASF), Head Start Holiday Gift Program | Liaison for PG&E In-House Law Dept.

## Recognitions & Awards

- Super Lawyers® Northern California | Rising Star, 2019-2022
- Paul S. Jordan Award | Nominee
- Pro Bono Honor Society | Inductee
- Asian American Bar Association | Student Scholarship Finalist

# Experience (continued)

- *In re: Rust-Oleum Restore Mktg. Sales Practices and Prods. Liab. Litig.*, MDL 2602, No. 1:15-cv-01364 (N.D. Ill. 2017) — Intensive litigation throughout a two-year period helped achieve a sizeable $9.3 million for the class; Mr. Kuang worked on many aspects of the case focusing on the drafting and coordination of materials for preliminary and final approval, and redesigning and simplifying the claim forms ultimately used by class members.

- *Petty v. Anthem, Inc., et al.*, No. 4:16-cv-04026-YGR (N.D. Cal. 2017) — Mr. Kuang penned a highly novel and effective opposition memorandum (Dkt. No. 23) to the defendant's motion to compel arbitration and stay proceedings in this matter. The defendant did not lodge a reply after Mr. Kuang's opposition was filed and instead sought an extension of time to privately mediate; the matter was ultimately and shortly resolved thereafter.

### Additional Legal Background & Experience
Co-Author of ***Handling Federal Discovery*** (James Publishing, LLC)

- Since 2016, Mr. Kuang has served as the co-author and contributor to the practice guide *Handling Federal Discovery* (now in its 25th revision), a practitioner's textbook on how to approach and resolve federal discovery topics. He has done extensive work to update the treatise in recent years to reflect modern federal discovery trends and its focus on e-discovery. In doing so, he has updated and written new chapters on topics like metadata, ephemeral apps, database limitations, electronic custodial and non-custodial devices, and modern application of artificial intelligence to e-discovery practice.

# Kurt D. Kessler

San Francisco, CA  94102 ● 415-568-2555 ● kkessler@audetlaw.com
**State Bar of California, No. 327334**

---

**Professional Experience**
**Audet & Partners** San Francisco, CA **-** February 2020 – Present.
- Associate attorney in a nationally recognized class action plaintiff side law firm. Focused on pretrial litigation with an emphasis on motion practice and discovery. Primary drafter on motions and briefing at all stages of litigation, achieving positive orders. Litigated against multinational corporations on behalf of classes of consumers in courts across the country. Taken and defended depositions. Settled class actions on behalf of nationwide classes of consumers and individuals. Presided over discovery efforts and document management on multiple class actions. Interfaced with clients on their discovery requirements.
- Recent representative cases include
  - *Morrison v. Ross Stores, Inc.*, No. 4-18-cv-02671-YGR (N.D. Cal. 2022) – settled false labeling matter and achieved injunctive relief for the class. Primary drafter on granted motions for preliminary approval, final approval, and attorneys' fees and expenses. Conducted numerous depositions and significant discovery disputes. Responsible for management and review of all produced discovery by Ross.
  - *In Re: Philips Recalled CPAP, Bi-Level Pap, and Mechanical Ventilator Products Litigation.*, No. 2:21-mc-01230 (W.D. Pa.) – multidistrict litigation involving allegedly defective and dangerous CPAP/BiPAP machines. Responsible for updating leadership on discovery relating to one of the Defendants and a key third party.
  - *Torch v. Windsor Surry Company*, No. 3:17-CV-00918-AA (D. Ore.) – class action against lumber siding manufacturer regarding defective products. Primary drafter on granted motions for preliminary approval, final approval, and attorneys' fees and expenses.
  - *Beverage v. Apple Inc.*, No. 20CV37035 (Santa Clara Super. Ct.) – State antitrust class action under the Cartwright Act and the Unfair Competition Law against Apple related to the anticompetitive policies and operation of the App Store. Primary drafter on briefing against Apple; defeated motion to stay brought by Apple.
**Federal Trade Commission** Washington, D.C. - June 2018 – August 2018
- Worked as a Student Volunteer in the Office of Policy Planning. Researched topics related to Artificial Intelligence and Big Data as they relate to Antitrust and Consumer Protection issues as well as helped conduct interviews for fact finding and panelists for a set of Fall 2018 Hearings on emerging competition and consumer protection issues.
**Project Sentinel** Santa Clara, CA - May 2014 - July 2014.
- Fair Housing Volunteer in the Fair Housing department of Project Sentinel, assisted lawyers and clients in order to make sure Fair Housing laws were properly enforced in Santa Clara County, California.
**Intuitive Surgical -** Sunnyvale, CA**.** June 2013 - August 2013.
- Contracts Management Intern in the Finance Department of Intuitive Surgical, helped overhaul the management and storage system for contracts between the company and hospitals and other purchasing entities.

---

**Education**
**The George Washington University Law School**, Washington, D.C.
　　　J.D., 2019
　　　Member of the Federal Communications Law Journal at The George Washington University Law School

**Duke University**, Durham, NC
　　　Bachelors of Arts degree, 2015 – majored in Political Science, minored in History.

---

**Admissions**
- California, 2019
- U.S. Court of Appeals for the Ninth Circuit
- U.S. District Courts (Northern and Central Districts of California)

**Activities/Expertise**
Published contributor to *Handling Federal Discovery* (James Publishing, LLC) 25th Revision.
Managed internet discussion platform with millions of users since 2014.
Interned for a presidential campaign between college and law school.
Volunteered for non-profit after first year of law school that coordinated legal information for prisoners.



# FIRM
# RESUME

711 Van Ness Avenue, Suite 500 • San Francisco, CA 94102
Telephone: 415.568-2555 • Facsimile: 415.568.2556 • Toll Free:  800.965.1461

www.audetlaw.com

Audet & Partners

# Audet & Partners, LLP

Is a law firm based in San Francisco, California, with affiliated counsel located throughout the United States.  The attorneys at Audet & Partners, LLP, have focused their practice on the prosecution of complex individual, mass tort and class action cases. The firm represents consumers, individuals, small businesses, employees and institutional shareholders in product liability, tort, pharmaceutical defect, consumer, construction defect, investment fraud, securities, insider trading, antitrust, environmental, whistle blower, privacy rights, and employment cases.



**01**

In recognition of their commitment to the legal profession and outstanding results for their clients, the firm and its attorneys have been appointed to leadership positions in class action cases.  Over the years, the attorneys at Audet & Partners, LLP, have served as court-appointed plaintiffs' counsel in federal and state litigation nationwide.  The firm utilizes cutting edge technology to better serve its clients and the courts, in each and every case it files.



### *Product Defect Litigation*

***Torch v. Windsor Surry Company,*** Case No. 3:17-cv-00918-AA, (D. Or. 2017)
- Class action filed by the firm on behalf of purchasers of Windsor One trim board products alleging that the defendants marketed and sold defective products and failed to honor warranties. The firm negotiated a nationwide settlement resulting in the extension of warranties with defendant.

***Morrison v. Ross Stores, Inc.,*** Case No. 4:18-cv-2671-YGR, (N.D. Cal. 2018)
- Class action filed by the firm on behalf of purchasers of sheets at Ross, alleging that defendants marketed and sold sheets with significantly inflated thread counts. The firm negotiated a nationwide injunctive relief with Ross pending final approval.

***McCarthy v. Toyota Motor Co.,*** Case No. 8:18-cv-00201, (N.D. Cal. 2018)
- Class action filed on behalf of purchasers of Toyota Prius vehicles, alleging that their hybrid cars were prone to stalling. The parties reached a $20 million and additional injunctive relief settlement resolving the claims, pending court approval.

***Hawes v. Macy's, Inc.,*** Case No. 1:17-cv-00754, (S.D. Ohio 2017)
- Class action filed by the firm on behalf of purchasers of sheets at Macy's, alleging that defendants marketed and sold sheets with significantly inflated thread counts, seeking damages and injunctive relief.

***Segebarth v. Certainteed LLC***, Case No. 2:19-cv-05500-PD, (E.D. Pa. 2019)
- Class action filed by the firm on behalf of consumers who own homes or other structures on which defendant's defective fiberglass shingles are installed. A nationwide settlement resulting in the extension of warranties and monetary relief as a result was reached with defendant, pending preliminary approval.

***Dervin v. Nature's Bounty, Inc.,*** Case No. 1:21-cv-04215, (N.D. Ill. 2021)
- Class action filed by the firm on behalf of consumers who purchased Biotin products that defendants allegedly misrepresenting as possessing health benefits, seeking monetary, injunctive, and declaratory relief.

***Disher v. Tamko Building Products Inc.,*** Case No. 3:14-cv-00740, (S.D. Ill. 2014)
- Class action filed by firm alleging that the shingles contained design problems that caused them to crack and fall apart well before expiration of the products' 30-year warranty period, seeking damages and declaratory relief.

***In re: Rust-Oleum Restore Marketing Sales Practices and Products Liability Litigation,*** Case No. 1:15-cv-01364, (N.D. Ill. 2015)

❖

- Class action filed by firm alleging that the Restore product was falsely advertised as long- lasting. The case settled for in excess of $9 million.

***Navistar MaxxForce Engines Marketing, Sales Practices and Products Liability Litigation,*** Case No. 1:14-cv-10318, (N.D. Ill. 2014)
- MDL class action with firm serving as one of three co-lead counsel relating to claims of defectively designed vehicles equipped with MaxxForce Advanced "Exhaust Gas Recirculation" diesel engines.  Settlement announced in May 2019 for in excess of $135 million

***Gold v. Lumber Liquidators Inc.,*** Case No. 3:14-cv-05373, (N.D. Cal. 2014)
- Class action filed  by firm on behalf of consumers who purchased Lumber Liquidators' Morning Star Bamboo Flooring  In October 2019 the parties reached a $30 million settlement.

***Young v. Cree Inc.,*** Case No 4:17-cv-06252-YGR, (N.D. Cal. 2017)
- Class action filed by firm alleging that LED light bulb manufacturer falsely advertised that its 100-Watt Standard A-Type bulbs was longer lasting and more efficient than comparable bulbs, seeking damages.

***Haley v. Kolbe & Kolbe Millwork Co. Inc.,*** Case No.  3:14-cv-00099, (W.D. Wis. 2014)
- Class action filed by firm in February 2014 alleging that Kolbe's windows have several design flaws, seeking damages, restitution, injunctive, and declaratory relief.

***In re: IKO Roofing Shingle Products Liability Litigation,*** Case No. 2:09-md-02104, (C.D. Ill. 2009)
- Class action filed by the firm and the firm served as class counsel in a class action case behalf of customers alleging they were promised the company's shingles could last as long as 50 years. After numerous appeals, including issuance of a groundbreaking class decision by the 7th, the case settled in October 2018 for $30 million.

***Swisegood v. Generac Power Systems***, Case No. 4:17-cv-04058, (C.D. Ill. 2017)
- Class action filed by the firm in 2017 on behalf of consumers of Generac Generators alleging that the products were defectively prone to leak oil, seeking damages, restitution, injunctive, and declaratory relief.

***Bishop v. Behr Process Corporation***, Case No. 17-cv-4464, (N.D. Ill. 2017)
- Class action filed by the firm in 2017 on behalf of consumers of Behr DeckOver, a deck resurfacing product alleged by homeowners to quickly deteriorate within months of application. The parties reached a settlement for refunds and millions

❖

of dollars in damages.

*Murray v. CPG International, Inc.*, Case No.  3:14-cv-02340, N.D. Cal. 2014)
- Class action filed by the firm in 2014 on behalf of California consumers challenging the deceptive marketing of polyvinylchloride synthetic decking sold and distributed by the Defendants as AZEK Decking. Eventually consolidated into MDL No. 2506 and reached a settlement in 2018.

*Apple Wi-Fi Assist,* Case No. 5:15-cv-04879, (N.D. Cal. 2015)
- Class action lawsuit filed by the firm and other attorneys relating to claims filed regarding alleged defects in Apple's Wi-Fi, seeking $5 million in damages.

*Orshan v. Apple Inc.,* Case No. 5:14-cv-05659, (N.D. Cal. 2014)
- Class action filed by the firm in January 2015 alleging that Apple's iPhones, iPads and iPods alleging that Apple's iPhones, iPads and iPods lacked that capacity because the iOS 8 operating system uses 3 gigabytes, an "unexpectedly large" amount of the devices' storage space, seeking restitution and injunctive relief.

*In re: Goodman Manufacturing Co. LP HVAC Products Liability Litigation,* Case No.  8:13-cv-01223, (C. D. Cal. 2013)
- Class action filed by the firm, alleging that the evaporator coils in Goodman's air conditioners can leak coolant causing the units to fail prematurely, seeking damages, restitution, and declaratory relief.

*Galanti v. Goodyear Tire & Rubber Company*, Case No. 03-209, (D.N.J. 2003)
- Class action filed involving a defective radiant heating system. Audet & Partners, LLP served as Court-appointed Class Counsel, reaching with a $236 million settlement.

*In re Zurn Pex Plumbing Litigation,* Case No. 07-cv-03652, (D. Minn. 2007)
- Audet & Partners, LLP partner Michael McShane served as class counsel on behalf of plaintiffs in a nationwide class action involving claims of a defective plumbing product installed in thousands of residences throughout the United States.

*In re Menu/Pet Food Recall Litigation*, Case No. 07-02867, (D.N.J. 2007)
- Audet & Partners, LLP partner William M. Audet was appointed on of the Co-Lead Class counsel in a case involving recalled pet food.  The ground breaking case and settlement resulted in a significant monetary payment to class members. Audet served as settlement counsel and co lead counsel, overseeing over 100 cases filed and consolidated in New Jersey federal court. The parties reached a $24 million settlement.

*In re Thomas Train Parts Recall,* Case No. 07CH20924, (Ill. Cir. Ct., Cook County 2007)
- William M. Audet was appointed lead counsel in a case involving recall of a well-known toy product, and  was directly involved in the negotiations and class wide resolution that provided for full refunds for class members, as well as other relief.

*In re Planet Toys Recall*, Case No. 08-cv-00592-HB, (S.D.N.Y. 2008)
- William M. Audet was appointed lead counsel in a case involving recall of certain of defendants' toy products.  Even though the company declared bankruptcy, lead counsel William M. Audet and his co-counsel succeeded in obtaining relief and compensation for class members.

*In re Kitec Plumbing Litigation,* Case No. 09-md-02098, (N.D. Tex. 2009)
- Pending in numerous District Courts throughout the United States. Audet & Partners, LLP partner Michael McShane serves as Court-appointed lead counsel in a nationwide class action prosecuting claims relating to defective plumbing products, reaching a settlement and obtaining compensation for the class.

*In re Uponor Plumbing Litigation*, Case No. 12-cv-00249, (D. Minn. 2012)
- Audet & Partners, LLP partner Michael McShane acts as class counsel in a nationwide class action alleging claims relating to a defective plumbing product, resulting in millions in compensation to the class.

*In re Chinese Drywall Litigation*, Case No. 2:09-md-02047, (E.D. La. 2009)
- Class action filed by the firm involving nationwide claims relating to allegedly defective drywall manufactured in China, leading to a $248 million settlement.

*Ross., v. Trex Company, Inc.* Case No. 09-cv-00670, (N.D. Cal. 2009)
- Audet & Partners, LLP partner Michael McShane serves as class counsel in a nationwide class action involving claims of defective composite decking sold by the defendant, reaching a settlement that provided compensation to the class.

*Williams v. Weyerhaeuser*, Case No. CGC-98-995787, (Cal. Super. Ct., San Francisco County 1999) and *Chambers, v. Weyerhaeuser*, Case No. 98-2-21084-2, (Wash. Super. Ct., King County 1998)
- Audet & Partners, LLP's attorneys served as one of three counsels in a class action involving allegations of defective siding manufactured by Weyerhaeuser, reaching a settlement that led to Weyerhaeuser paying likely hundreds of millions of dollars in claims.

*Roy v. Cemwood Corporation*, Case No. MSC99-00499, (Cal. Super. Ct., Contra Costa County 1999)
- William M. Audet served as one of four co-lead counsel in a national class action

involving allegations of defective roofing products.

***In re Stucco Litigation, Ruff v. Parex, N.C. State Ct.,*** Case No. 96-CVS-0059 (N.C. State Ct., New Hanover County 1996)
- The firm's principal partner, William M. Audet, served on the Court-appointed Plaintiffs Steering Committee.  The case was filed on behalf of homeowners who had defective synthetic stucco installed in their homes.

***Stuart Hanlon, v. Chrysler Corporation,*** Case No. C-95-2010, (N.D. Cal. 1995)
- The firm's attorneys worked on a case seeking correction of defective rear hatch door lock failures in nominal impacts for 3,300,000 owners of Chrysler minivans, reaching a settlement valued at $115 million.

## *Constitutional Regulation/Employment/Privacy Litigation*

***Backhaut v. Apple Inc.,*** Case No. 5:14-cv-02285, (N.D. Cal. 2014)
- Class action filed by the firm 2015 on behalf of plaintiffs who initially owned iPhones, then switched to other types of cell phones but kept their old phone numbers, seeking restitutionary and injunctive relief. The glitch of which plaintiffs complained caused Apple phones to think a number formerly associated with an iPhone can still receive iMessages with the effect that some text messages sent to the plaintiffs from Apple devices were routed to an Apple server and never delivered.

***In re Anthem, Inc. Data Breach Litigation***, Case No. 5:15-md-02617, (N.D. Cal. 2015)
- Class action filed regarding alleged breach of private data by Anthem. Firm filed one of the first cases regarding the breach. The cases resulted in a $115 million settlement.

***In re Google, Inc., Android Consumer Privacy Litigation,*** Case No. 3:11-md-2264, (N.D. Cal. 2011)
- William M. Audet was appointed as one of two co-lead counsel in a case involving claims of privacy violation relating to Google's Android Operating System and its method of collecting data from users. The class action sought damages, restitution, and injunctive relief.

***In re iPhone Application Litigation,*** Case No. 11–md–02250, (N.D. Cal. 2011)
- The firm served as court appointed class liaison counsel for the class of consumers involved with Apple's use of information from its Apple OS line of iPhones and iPads.  The class action sought damages, restitution, and injunctive relief.

❖

*In re Zynga Litigation, Sigala v. Zynga Game Network, Inc.,* Case No. CGC-10-505324, (Cal. Super. Ct. San Francisco County 2010)
- The firm served as class counsel for the California class action against a video game company that allegedly distributed private and confidential information to third parties, seeking damages, restitution, and injunctive relief.

*California IOU Litigation, Baird v. Chiang,* Case No. 34-2010-00081797, (Cal. Super. Ct., Sacramento County 2010)
- Class action filed by the firm for monetary and other damages arising from the State of California's illegal issuance of "IOU's" to small businesses, achieving a recovery greater than $2.5 million for the class after trial.

*Gassy v. Capital Express Lines, Inc.,* Case No. 34-2019-00247764-CU-OE-GDS, (Cal. Super. Ct., Sacramento County 2019)
- Class actioned filed by the firm on behalf of a class of workers allegedly underpaid by defendants as a result of a piece-rate compensation scheme, seeking declaratory and injunctive relief, and damages.

*Russell v. Wells Fargo and Company,* Case No. C 07 3993 CW, (N.D. Cal. 2007)
- Audet & Partners, LLP served as co-class counsel in a class action case representing thousands of former and current employees of Wells Fargo for overtime.  The case settled after 3 years of litigation with millions of dollars paid to the class.

*Ballejos v. Facebook, Inc.,* Case No. 18-CV-03607, (Cal. Super. Ct., San Mateo County 2018)
- Audet & Partners represents California citizens challenging Facebook's alleged unlawful, misleading and unfair business practices that have led to repeated privacy violations, most notably in the Cambridge Analytical scandal, seeking injunctive relief to remedy the privacy violations.

*Johns v. Sony Computer Entertainment America LLC,* Case No. 3:11-cv-01915, S.D. Cal 2011)
- The firm filed one of a number of class actions cases that lead to an MDL proceeding involving invasion of privacy by Sony for its users of Sony PlayStation product line.  The case settled, providing millions of dollars of relief to the class.

*Confidential Plaintiffs v. Finish Line,* Case No. 5:11-cv-03874, (N.D. Cal 2011)
- The firm represents individual plaintiffs with claims for invasion of privacy against Finish Line, recovering millions of dollars for the plaintiffs.

*Whistle Blower Case*
- The firm represented an executive who was fired after reporting financial

irregularities.  Confidential settlement reached after trial set.

### Confidential Misclassification Case
- The firm filed claims for misclassification of employees as "managers". Confidential settlement reached after one year of litigation.

## Mass Tort, Personal Injury and Complex Litigation

*In Re: Roundup Products Liability Litigation,* Case No. 3:16-md-02741, (N.D. Cal. 2016)
- A collection of lawsuits filed on behalf of plaintiffs who had been exposed to Roundup, which has been linked to non-Hodgkin's lymphoma. William M. Audet is a member of the Plaintiff's Leadership Committee in the MDL currently before the Northern District of California. The firm represented one of the first Plaintiffs to win a jury verdict against Monsanto.

*Ramirez v. Monsanto Co.,* Case No. 3:19-cv-02224, (N.D. Cal. 2019)
- Class action filed by the firm alleging that Monsanto's product, Roundup, causes non-Hodgkin's lymphoma on behalf of those that have yet to be diagnosed, seeking the certification of an issues class and the determination that Roundup causes non-Hodgkin's Lymphoma.

*Bhatia v. 3M Co.,* Case No. 0:16-cv-01304, (D. Minn. 2016)
- Class action filed by the firm on behalf of a nationwide class of dentists claiming 3M breached a 10-year limited warranty  Attorney Audet served on the Executive Committee and in March 2019, 3M Co. agreed to pay $32.5 million to settle this class action.

*Andrews v. Plains All American Pipeline LP,* Case No. 2:15-cv-04113, (C.D. Cal. 2015)
- Class action filed by the firm on behalf of victims of the 2015 Santa Barbara Oil Spill. Attorney Audet was appointed one of four co lead counsel. A settlement was reached in the seven year-lawsuit. Plains All American Pipeline agreed to pay $230 million to fishers, fish processors and shoreline property residents who are members of two classes in this class action.

*Loretz v. Regal Stone, Ltd.,* Case No. 3:07-cv-05800, (N.D. Cal. 2007) and *Tarantino v. Hanjin Shipping Co., Ltd.,* Case No. CGC 07 469379, (Cal. Super. Ct. 2007)
- Class action and actions for individual claims filed by the firm, representing various individuals including seafood processors, crab and herring fisheries, marinas, and captains/crews of commercial and recreational vessels.  Mr. Audet was appointed Lead Counsel in the Federal case and Co-Lead Counsel in the State action. The firm was responsible for seizure and arrest of Cosco Busan, and

invalidating waivers obtained by the Defendants from class members and obtaining other significant orders that benefitted plaintiffs. The parties settled, with relief including a payment of $3.65 million to the class.

*In Zyprexa Litigation II*, Case No. 1:04-md-01596, (E.D.N.Y. 2004)
- The firm represented over 300 clients who allegedly developed diabetes after ingesting Zyprexa. Audet & Partners, LLP partner William M. Audet was appointed a member of the Plaintiffs Executive Committee, and later appointed as the sole chairperson of the EC. The parties eventually settled for $700 million.

*In Baycol Litigation*, Case No. 0:01-md-01431, (D. Minn. 2001)
- William M. Audet served as Court appointed member of the Plaintiffs Executive Committee relating to the defective drug Baycol, resulting in confidential settlements.

*In re Metabolife Litigation*, JCCP No. 4360, (Cal. Super. Ct., San Diego County)
- William M. Audet served as a member of the California State Steering Committee in personal injury cases arising out of injuries suffered due to Metabolife products.

*In re Vioxx Litigation*, JCCP 4247 (Cal. Super. Ct., Los Angeles County)
- The firm filed in excess of 100 individual actions against Defendants Merck & Company arising out of injuries associated with the defective drug Vioxx. The firm assisted in working up trial cases and settled its cases as part of the initial wave of settlements.

*In re Bextra Litigation*, Case No. 3:05-md-01699, (N.D. Cal. 2005)
- Audet & Partners, LLP partner William M. Audet served as a Court appointed member of the Plaintiffs Steering Committee. The firm represented in excess of 100 injured clients. The parties settled, with defendant paying $850 million in settlements.

*In re Intergel Litigation*, Florida State Court
- The firm filed dozens of cases on behalf of women injured using a Johnson & Johnson product called Intergel. The firm has recovered millions of dollars for their clients in confidential settlements with the company.

*In re Defective Ancure Products Liability Litigation*, Case No. 03-cv-02774, (N.D. Cal. 2003)
- The firm represented dozens of individuals who were implanted with a defective device, reaching confidential settlement agreements.

*Table Bluff Reservation, Wiyot Tribe, v. Philip Morris*, Case No. 99-cv-02621, (N.D. Cal. 1999)

❖

- The firm represented Native American Tribes challenging the $200 billion plus state tobacco agreement on the grounds that it violated their civil rights. The case was argued in the Ninth Circuit Court of Appeals.

*Fen-Phen Product Liability Litigation,* Case No. 2:11-md-01203, (E.D. Pa. 2011)
- The firm filed a medical monitoring and punitive damage claim on behalf of California residents. The MDL settled for $4.75 billion.

*In re Baxter Heparin Litigation,* Case No. 1:08-hc-60000, (N.D. Ohio 2008)
- The firm represented a number of injured victims and their families arising out of contaminated heparin blood transfusion products imported from other countries. The firm filed cases in Illinois and Wisconsin State Court. William M. Audet was appointed liaison counsel in the Wisconsin cases and reached confidential settlements for his clients. .

*In re Pfizer Chantix Litigation,* Case No. 2:09-cv-2039 (N.D. Ala. 2009)
- Audet & Partners, LLP partner William M. Audet serves as a Court appointed member of the Plaintiffs Steering Committee. The firm represented dozens of families who were not properly and fully warned about the safety issues associated with use of Chantix, reaching confidential settlements.

*In re Glaxo Avandia Litigation,* Case No. 2:07-md-01871, (E.D. Pa. 2007)
- The firm represents dozens of families whose loved ones suffered heart attacks and other injuries relating to use of Avandia. The firm was one of the first plaintiffs' law firms in the United States to uncover the claims and file cases against the manufacturer of Avandia. The manufacturer settled the suits against it for billions of dollars.

*PG&E "San Bruno Fire" Cases,* JCCP No. 4648, (Cal. Super. Ct., San Mateo County)
- The firm filed the first class action case seeking damages arising from the San Bruno/ PG&E explosion. PG&E settled the claims against it for over $500 million.

*In re Tainted Similac Baby Formula, Kury v. Abbott Laboratories,* Case No. 3:11-cv-00803, (D.N.J. 2011)
- The firm filed a number of class action cases against Abbott and also represented a number of individuals with personal injury claims arising from tainted baby formula.

*In re Raptiva Litigation, Hedrick v. Genentech,* Case No. RG 09-446158 (Cal. Super. Ct., Alameda County 2009)

❖

- The firm represented dozens of individuals who have allegedly been injured after using Genentech's now-recalled psoriasis medication.  The cases settled prior to the first trial.

***DaVinci Robotic Surgery,*** Case No. 1:15CV275845, (Cal. Super. Ct., Santa Clara County 2015)
- The firm filed dozens of individual cases with potential injuries arising out of alleged defects associated with the DaVinci robotic surgery, reaching settlements for its clients.

***GranuFlo Litigation,*** Case No. 2:14-cv-09686, (C.D. Cal. 2014)
- The firm has been retained to assist dozens of clients with potential injuries arising out of inappropriate prescription of the now-recalled Fresenius Medical Care North America Naturalyte Liquid Acid Concentrate and Naturalyte GranuFlo (powder) Acid Concentrate. Most of the plaintiffs reached a $250 million dollar settlement with the defendant.

***TVM Mesh Litigation,***
- The firm represents hundreds of individuals who have been injured as a result of implantation of "mesh" products. The firm pursued individual claims against AMS, Bard and other manufacturers. The manufacturers settled for $8 billion.

***Baker v. Sorin Group USA, Inc.,*** Case No. 1:16-cv-00260, (M.D. Pa. 2016)
- The firm filed a class action lawsuit alleging the use of defendant's Sorin 3T Heater-Coolers to heat and cool their blood exposed them to a potentially fatal, slow-growing bacteria. The firm also asserted claims for medical monitoring under Pennsylvania law. The case settled and the terms allowed for declaratory relief and for medical monitoring.

## Consumer Litigation

***Perez v. Public Storage,*** Case No. BC611584, (Cal. Super. Ct., Los Angeles County)
- Class action filed by the firm on behalf of consumers who alleged having been misled by Public Storage regarding an undisclosed kickback program related to the marketing and sale of insurance policies, seeking declaratory and injunctive relief, damages, and restitution.

***In Re: Toll Roads Litigation,*** Case No. 8:16-cv-00262, (C.D. Cal. 2016)
- Class action filed on behalf of motorists against operators of cashless tolls in Southern and Northern California alleging that the operators unlawfully appropriated drivers' personal information to collect unpaid tolls and charge overblown fines, seeking damages, restitution, and declaratory and injunctive relief.

❖

*Uber Driver Arbitrations,* (2021)
- The firm and attorney Mark Burton represented hundreds of underpaid and misclassified Uber drivers, cases proceeded to trial in arbitration and settled after a number of arbitration awards.

*Coleman v. Theranos Inc.*, Case No. 5:16-cv-06822, (N.D. Cal. 2016)
- The firm filed class case involving claims of fraud relating to the Theranos 'test' kits.

*In Re: Stericycle, Inc., Sterisafe Contract Litigation,* Case No. 1:13-cv-05795, (N.D. Cal. 2013)
- Class action initially filed in 2013 on behalf of consumer class who allegedly signed fixed-fee contracts for the collection and disposal of medical, pharmaceutical or hazardous waste. The action settled for $295,000,000.

*Stefforia v. Monat,* Case No. 1:18-cv-22837, (S.D. Fla. 2018)
- Class action filed in July 2018 alleging that Florida-based hair care product manufacturer Monat Global Corp. knowingly failed to disclose potentially harmful side effects of its "naturally based" products, including scalp irritation and hair loss.

*Apple iPhone 4 Cases* JCCP No. 4639 (Cal. Super. Ct., Santa Clara County 2010)
- William M. Audet was appointed Liaison Counsel in a case involving claims that the "iPhone 4" is allegedly defective.

*iTunes Litigation, Johnson v. Apple, Inc.* Case No. 1-09-CV-14650, Cal Super. Ct., Santa Clara County 2009)
- The firm served as lead class counsel in a nationwide class action against Apple, Inc. for allegedly overcharging consumers who purchased "99¢" iTunes gift cards, reaching a settlement with Apple.

*AAA Battery Overcharge Davis-Miller v. Automobile Club of Southern California,* Case No. BC 398608, (Cal. Super Ct., Los Angeles County 2008)
- Class filed by the firm on behalf of consumers who purchased automobile batteries allegedly sold to replace batteries that did not require replacement.

*Google Adwords Litigation, CLRB Hanson Industries, LLC, v. Google, Inc.,* Case No. 5:05-cv-03649, (N.D. Cal. 2005)
- Serving as Court-appointed Liaison Counsel, the firm represents advertisers on Google's web pages who claim to have been overcharged for advertising through a complicated monthly charge program, resulting in a $20 million dollar settlement.

***Smith v. Hewlett-Packard***, Case No. CV 776794, (Cal. Super. Ct., Santa Clara County)
- The firm served as Plaintiffs' Liaison Counsel in a case relating to defective recorded data machine.

***Palm Treo Litigation, Santa*** Clara County Superior Court.  Audet & Partners, LLP partner Michael McShane served as class counsel in a nationwide class action involving claims of product defect against Palm, Inc., resulting in a settlement.

***Roberts v. Bausch & Lomb***, Case No. CV-94-C-1144-W, (N.D. Ala 1994)
- William M. Audet, served on the Plaintiffs' Class Committee in this nationwide consumer class action.  A settlement against Bausch & Lomb was approved by the Court on August 1, 1996.

***Hilla v. TCI Cablevision***, Case No. CV-769105, Cal. Super. Ct., Santa Clara County)
- The firm represented California residents involving illegal overcharges by the cable company for late fees.

***Plotkin v. General Electric***, Case No. C-92-4447, Northern District of California
- Class action filed by the firm against General Electric for defrauding the American public in the sale of Energy Choice Light Bulbs,.  General Electric subsequently settled this national class action.

***Afanador v. H&R Block Tax Services, Inc.***, Case No. No. CV-767677, (Cal. Super. Ct., Santa Clara County)
- The firm's attorneys, along with other Plaintiffs' counsel, successfully represent consumers in claims against H&R Block arising out of its ∧Rapid Refund@ program.

### *Insurance/Healthcare Litigation*

***Mirena IUD Products Liability Litigation***, Case No. 13-md-02434, (S.D.N.Y. 2013)
- Initial actions filed by the firm involving alleged defects in the Mirena IUD, resulting in confidential settlements.

***In Re: Depakote***, Case No. 18-cv-01222, (S.D. Ill. 2018)
- The firm represents hundreds of children and family members relating to claims of lack of warning with respect to Depakote, resulting in confidential settlements.

***Yamada v. Nobel Biocare Holding AG***, Case No. 2:10-CV-04849, (C.D. Cal. 2010)

❖

- Class action filed on behalf of nationwide class of dentists alleging that Nobel had marketed the NobelDirect as easier to implant and claiming that the implants would lead to less bone loss for patients.  Case settled  in May 2013 for millions of dollars and plus other benefits to the class.

*In re Unum Provident Litigation,* **Case No.** 1:03-md-01552, (E.D. Tenn. 2003)
- Audet & Partners, LLP firm partners William M. Audet and Michael McShane serve as Court-appointed Lead Counsel in a class action on behalf of Plaintiffs alleging the wrongful denial of benefits under long term disability policies, resulting in a settlement

*In re Industrial Life Insurance Litigation,* MDL Nos. 1371, 1382, 1390, 1391, and 1395 (E.D. La. 2000)
- William M. Audet served on the Court-appointed Plaintiffs' Steering Committee. The class cases involve claims that insurance companies overcharge African-Americans for life and health insurance.

*In re Life of Georgia Insurance Litigation,* Thirteenth Judicial District, Shelby County, Memphis, Tennessee
- William M. Audet served as Court-appointed Co-Lead Counsel and reached nationwide class settlement in 2002 on behalf of class of insureds discriminated against in the issuance of life insurance.

*Thorn v. Jefferson Pilot Insurance Co.,* Case No. 3:00-2782-22, (D.S.C. 2000)
- Nationwide class on behalf of purchasers of life insurance.  Michael McShane of the firm represents the proposed Plaintiffs class alleging racial discrimination in the issuance of life insurance policies, seeking an injunction prohibiting Jefferson-Pilot from collecting any future premiums on its dual-rate policies, restitution for the difference in premium payments made by African-American and white policyholders, and damages.

*In re Average Wholesale Price Litigation,* Case No. 1:01-cv-12257, (D. Minn. 2001)
- Audet & Partners, LLP partner William M. Audet and Michael McShane of the firm serve as Court appointed members of the Executive Committee representing Plaintiffs in a nation-wide class action allegedly the manipulation of pricing for prescription drugs, resulting in a trial award of $13 million.

*In re Tenet Healthcare Litigation,* JCCP. No. 4289, (Cal. Super. Ct., Los Angeles County)
- Numerous actions coordinated in 2002 by the Judicial Council.  Partners William M. Audet and Michael McShane served among three Court appointed Lead Counsel on behalf of nationwide class of individuals who were allegedly overcharged directly, or through their health insurance for medical services,

❖

products and medication.

***Lawson v. Liberty Life,*** Birmingham, Alabama, Case No. 96-1119
- William M. Audet of the firm, along with four other Plaintiffs' Counsel, represents a proposed class of life insurance policy holders of Liberty Life Corporation who were subjected to unlawful life insurance policy "churning" by Liberty Life.

## *Antitrust*

***Beverage et al., v. Apple Inc.,*** Case No. 20-cv-370535, (Cal. Super. Ct., Santa Clara County 2020)
- Class action filed by the firm against Apple for their alleged anticompetitive control of the mobile gaming purchases market exercised through their App Store and control of In-App Purchases. The firm represents users of Fortnite who were impacted by Apple's decision and were overcharged for In-App Purchases as a result of Apple's anticompetitive policies.

***In re PRK/Lasik, Laser Surgery Overcharges Litigation***, Case No. CV772894, (Cal. Super. Ct., Santa Clara County)
- Audet & Partners LLP served as Court-appointed Liaison Counsel in a nationwide class action case alleging antitrust violations again Visx, Inc. and Summit, Inc, resulting in a $12.5 million settlement.

***Flat Glass Antitrust Litigation***, Case No. 97-mcp-00550, (W.P. Pa. 1997)
- Mr. Audet of the firm serves as one of five Court-appointed Discovery Committee members and as Plaintiffs' Counsel in a national class action antitrust case pending against the manufacturers of flat glass, resulting in $60 million to the class.

***Toys "R" Us Antitrust Litigation,*** Case No. 97-cv3931, **(**N.D. Cal. 1997)
- National class action antitrust complaint filed by the firm on behalf of toy consumers, resulting in a settlement valued at over $50 million.

***Pharmaceutical Antitrust Cases,*** JCCP 2969, (Cal. Super. Ct., San Francisco County)
- The firm members worked on a case for independent pharmacies pursuing claims against major drug manufacturers for violation of California's price fixing statutes, resulting in a settlement in which pharmaceutical companies provided $150 million worth of drugs free of charge to 200 California hospitals and clinics.

***In re Vitamin Antitrust Litigation***, California, North Carolina, Tennessee and Maine

❖

- William M. Audet was appointed as lead counsel in three states and on the Plaintiffs' Executive Committee in one state (California) in class claims involving alleged price fixing by the manufacturers of vitamin products, resulting in a settlement.

*In re Methionine Antitrust Litigation*, Case No. 00-md-1311 (N.D. Cal. 2000)
- William M. Audet serves as class counsel in a case involving allegations of price fixing in the Methionine industry.

*In re Bromine Antitrust Litigation*, Case No. 1:99-cv-09310 (S.D. Ind. 1999)
- The firm serves as class counsel in a case involving allegations of antitrust violations in the Bromine industry. The case settled in the Southern District of Indiana.

*In re Carbon Fiber Antitrust Litigation*, 99-cv-11475, (C.D. Cal. 1999)
- Manufacturers, sellers, and distributors of carbon fibers were sued by makers of airplanes, spacecraft parts, industrial and sporting equipment for conspiring to maintain an artificially inflated price for their product.  The firm members served as one of Plaintiffs' counsel.

*In re: Terazosin Hydrochloride Antitrust Litigation*, Case No. 1:99-md-01317, (S.D. Fla. 1999)
- Plaintiffs alleged a conspiracy to create a monopoly and fix prices of this a used prescription drug as well as preventing the sale of any generic bioequivalent to Hytrin.  The firm members served as one of Plaintiffs' counsel, resulting in a settlement.

*In re Dram Antitrust*, Case No. 4:02-md-01486, (N.D. Cal. 2002)
- William M. Audet of the firm serves as class counsel in a class action case to recover money for class members due to antitrust activity in the DRAM industry.

*In re Copper Tubings Litigation*, District of Tennessee
- William M. Audet serves as class counsel in a class action case to recover money for class members due to antitrust activity in the DRAM industry. The case settled, resulting in a total recovery of more than $325 million.

## Securities & Insider-Trading

*In re CNET Derivative Litigation,* Case No. C 06-03817, (Cal. Super. Ct., San Francisco County 2008)
- Action filed by the firm against the corporate Defendants for insider trading and back dating of options.

*Adaptec Derivative Litigation*, Case No. CV 772590, Cal. Super. Ct., (Santa Clara County)
- The firm serves as Liaison Counsel in a derivative action filed on behalf of shareholders of Adaptec, Inc.

*In re Genesis Securities Litigation*, Northern District of California
- William M. Audet serves as class counsel on a case filed against Genesis.  After the case was dismissed by the District Court, the firm filed an appeal and ultimately settled the case for $1.5 million.

*Informix Derivative Securities Litigation*, Case No. 402254, (Cal. Super. Ct., San Mateo County)
- The firm served as one of the Plaintiffs' Derivative Counsel in a shareholder lawsuit alleging derivative claims on behalf of Informix.

*Solv-Ex Securities Litigation*, Case No. CV-96-09869, (N.M. State Court, Bernalillo County 1996)
- The firm serves as Plaintiffs' Class Counsel in a suit alleging securities fraud against Solv-Ex Corporation and other insider defendants.

*Imp, Inc., Securities Litigation*, Case No. CV762109, (Cal. Super. Ct., Santa Clara County)
- The firm represents shareholders of Imp, Inc. in an action against certain insiders of Imp, Inc., for alleged insider trading of the Company's stock.

*CBT Group Derivative Litigation*, Case No.  406767, (Cal. Super. Ct., San Mateo County)
- The firm's founder, William M. Audet served as one of two plaintiffs' counsel representing shareholders of CBT Group, PLC, in a derivative action against officers and directors of the Company.

*Oakley Technology Derivative Litigation*, Case No. CV75829, (Cal. Super. Ct., Santa Clara County)
- The firm's members served as one of three Co-lead Counsel in a derivative securities case brought on behalf of shareholders of Oakley Technology, Inc., brought against certain Officers and Directors of the Company.

*Horizon Securities Litigation*, Case No. 96-0442, (D.N.M. 1996)
- William M. Audet of the firm serves as one of the Plaintiffs' Class Counsel in a securities case filed against New Mexico-based Horizon Corporation for alleged violation of federal securities laws.

*Bay Networks Securities Litigation* Garnier v. Bay Networks, Case No. CV764357, (Cal. Super. Ct., Santa Clara County); Greeneway v. Bay Networks, Case No. CV765564, (Cal. Super. Ct., Santa Clara County)
- The firm members served as one of four plaintiffs' counsel representing shareholders of Bay Networks for alleged securities violations.

*Unison Healthcare Corporation Litigation*, Case No. 97-00583, (D. Ariz. 1997)
- The firm members served as one of the Plaintiffs' Class Counsel representing investors in Unison Healthcare.

*S3 Derivative Litigation*, Case No. CV770254, (Cal. Super. Ct., Santa Clara County)
- The firm members served as one of the Plaintiffs' Lead Counsel in a derivative action filed on behalf of shareholders of S-3, Inc.

*In re Networks Associates Derivative Litigation*, Case No. CV 781854, (Cal. Super. Ct., Santa Clara County)
- In this case, shareholders sued officers and directors of this leading manufacturer of anti-virus and protocol analyzer software who sold over 800,000 shares of their personal stock for more than $33 million by misleading the public regarding its value. William M. Audet of the firm served as Liaison Counsel.

*In re Oak Technology Derivative Action*, Case No. CV758629, (Cal. Super. Ct., Santa Clara County)
- Shareholders sued directors and officers to recover more than $100 million Defendants made by artificially inflating the company's stock, representing that exceptional demand for the company's products existed. In fact, the company's shipments of CD-ROM controllers far exceeded what the market could absorb. Three related derivative cases were filed and subsequently consolidated. William M. Audet of the firm serves as Lead Counsel in this lawsuit.

*In re Sybase Derivative Litigation*, Case No. 98-cv-00252, (Cal. Super. Ct., N.D. Cal. 1998)
- The firm's attorneys served as Plaintiffs' Counsel in this stockholder's derivative action brought on behalf of Sybase against certain of the Company's present and former officers and/or directors for insider trading.