# EXHIBIT 5



# MARSHAL J. HODA

Office: (832) 848-0036
Email: marshal@thehodalawfirm.com

## HIGHLIGHTS

- Native Mississippian; first-generation professional.

- Boalt Scholar (top 3 students by class rank) at Berkeley Law; 8 awards for first or second-highest grade in individual courses; executive committee on Berkeley's flagship law review.

- Federal appellate clerk for Hon. Amul R. Thapar.

## EDUCATION

### UNIVERSITY OF CALIFORNIA, BERKELEY, SCHOOL OF LAW

#### HONORS

- Order of the Coif (top 10% graduating class rank).

- Boalt Scholar (finished 3L ranked in top 3 students of approx. 300-student class).

- American Jurisprudence Awards (highest grade): Constitutional Law; Property; Advanced Legal Writing; Advanced Legal Research; Professional Ethics.

- Prosser Award (second-highest grade): Civil Procedure; Torts; Real Estate Transactions & Litigation.

#### ACTIVITIES

- California Law Review, Executive Committee (2015-2017)

- Berkeley Business Law Journal (2014-2015)

#### PUBLICATIONS

- California Law Review: *The* Aerospatiale *Dilemma: Why U.S. Courts Ignore Blocking Statutes and What Foreign States Can Do About It* (Spring 2017). Cited several dozen times in treatises, briefs, and online.

### TULANE UNIVERSITY

B.A., *MAGNA CUM LAUDE*
PHILOSOPHY WITH ECONOMICS MINOR

#### HONORS

- Departmental Honors Philosophy; Economics Honor Society

## EXPERIENCE

**2021 - Present**

### THE HODA LAW FIRM, PLLC
ATTORNEY & FOUNDER

- The Hoda Law Firm focuses full-time on internet-related law and litigation, including matters arising from the cryptocurrency and Web3 ecosystems, data-privacy matters, and intellectual-property issues.

**2018-2021**

### GIBBS & BRUNS, LLP
ASSOCIATE

- Commercial litigation and white-collar defense/investigations in the boutique style.

- Took 13 depositions; defended 4 depositions.

- Examined 6 witnesses in open court or arbitration hearings, including two expert witnesses on technical subject matter.

- Argued two summary-judgment motions; primary drafter on more than 15 additional motions, responses to motions, and appellate briefs.

- Designed and managed review process in case with 8 million documents at issue; managed team of 20+ contract reviewers.

**2017 - 2018 Term**

### HONORABLE AMUL R. THAPAR, UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT
JUDICIAL LAW CLERK

- Challenging and rewarding clerkship with intense mentorship relationship and high expectations.

## ADDITIONAL INFORMATION

- Recipient of Chevron Outstanding Pro Bono Partner Award (2019) in recognition of efforts representing a series of domestic-abuse survivors in family law proceedings.

- Pro Bono representation of nonviolent Texas inmate in his parole application; secured his release 11 years early.

- Experienced mountaineer & outdoors nut; former Park Ranger for National Park Service.