# EXHIBIT 6



# MARC A. WITES

Marc A. Wites directs Wites Law Firm's class action practice. He has worked on class actions since 1994, starting as a defense lawyer, and then limiting his practice to the representation of plaintiff classes in 2001. Notably, Marc has served has co-lead counsel in two cryptocurrency class actions, both of which resulted in recoveries for the class; *Leidel v. Project Investors, Inc. d/b/a Cryptsy, Paul Vernon, et al.*, U.S. Dist. Ct. - S.D. Fla. -- Case No. 9:16-cv-80060-MARRA; *Leidel v. Coinbase, Inc.*, U.S. Dist. Ct. - S.D. Fla. -- Case No. 9:16-cv-81992-MARRA. Marc's class action experience also includes federal and state court class actions throughout the country involving automobile defects, commodities, securities, consumer protection statutes, real estate issues, and other consumer claims. In recent years he also has litigated individual arbitration cases against some of the world's largest cryptocurrency exchanges.

Marc has achieved great success for his clients in his core practice areas. This includes multi-million-dollar jury verdicts and settlements in personal injury and wrongful death actions, the recovery of investment losses of individuals and families against brokerage firms, banks and investment advisors, and industry changing class actions that have returned monies to class members and changed the way in which companies do business. These victories have been achieved in state and federal trial and appellate courts throughout the country, as well as arbitration proceedings.

Marc is a graduate of The University of Florida Levin College Law, where he served as a board member of The University of Florida Law Review and the Justice Thornal Campbell National Moot Court Board. Marc earned a Bachelor of Business Administration from The University of Michigan.

He is admitted to the Florida Bar, the United States District Courts for the Southern and Middle Districts of Florida, the United States Court of Appeals for the Eleventh Circuit, and the United States Supreme Court.

Marc authored *The Florida Civil Litigation Handbook: Actions, Defenses and Evidence and Rules*, which was published annually by Matthew Bender & Co., Inc. from 1997 through 2000. He has authored and published an annual series entitled *The Florida Litigation Guide* (www.flalitguide.com) since 2001. He also served as the author of *Florida Causes of Action*, an annual treatise published by James Publishing, from 2007 to 2022.

Marc also has published several articles, including *Reflections at 50 and 25 on the Practice of Law*, Daily Business Review, April 24, 2019; *Do Equine Immunity Acts Provide a False Sense of Security, The Chronicle of the Horse*, Vol. LXI, Number 33, August 14, 1998; *Back in the Saddle Again: An Analysis of Florida's Equine Immunity Act*, Florida Bar Journal, Volume LXXI, Number 10, November 1997; and *The Franchisor as Predator: Encroachment and the Implied Covenant of Good Faith*, The University of Florida Journal of Law and Public Policy, Volume VII, Issue 2, Spring 1996.

Marc holds Martindale-Hubbell's AV rating and has for many years. He also has been named as a Florida Super Lawyer from 2009-2022.

During his early years as a lawyer, Marc practiced law with Homer & Bonner P.A. (f/k/a Greer, Homer, Cope & Bonner, P.A.), a well-known Miami law firm, for over 5 years. There, his practice included the prosecution and defense of class actions, commercial litigation and transactions on behalf of brokerage firms, corporations, general contractors, aviation companies and banks, and equine litigation and transactions. During 2000, Marc served as Associate General Counsel and General Counsel for Link2Gov Corp. and HostLogic, Inc.

Marc was born in Queens, New York, and raised in Coral Springs, Florida. He lives in Lighthouse Point, Florida, with his wife, Jennifer, and sons, Asher and Leo.

---

The following is a list of some of the class actions in which Marc has represented a party as counsel, as well as a case where Marc was counsel for the defense:

- *Magill v. Ford Motor Company,* In the Circuit Court in and for Miami-Dade County, Florida, Case No.: 95-06523 (counsel for plaintiff and the class that was certified by the trial court based on defective liftgates in Ford Explorers; reversed on appeal: Ford Motor Co. v. Magill, 698 So. 2d 1244 (Fla. 3rd DCA 1997))(litigated at Homer & Bonner, P.A.).

- *Waters v. IPMC,* In the United States District Court for the Southern District of Florida, Case No.: 90-6863-Civ-Ungaro-Benages (counsel for defendants in trial and appellate levels of commodities class action: Waters v. IPMC, 190 F. 3d 1291 (11th Cir. 1999)) (litigated at Homer & Bonner, P.A.).

- *Berns v. CCS Financial Services, Inc., d/b/a The Check Cashing Stores, In the United States District Court of the Southern District of Florida,* Case No. 02-61633-CIV-DIMITROULEAS (class certified and final settlement approved based on violations of The Fair Debt Collection Practices Act).

- *Cohen and Zeiger v. DeConna Ice Cream Co.,* In the Circuit Court in and for the 17th Judicial Circuit of Broward County, Florida, Case Nos. 01-010780 (14) and 02-001336 (14)(class certified and final settlement approved, based on the mislabeling of the nutrition label of an ice cream product).

- *Rilling v. Republic Security Bank,* In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida, Case No. CL 01-3545-AE (counsel for plaintiff)(class certified, final settlement approved, and plaintiff and the class received 100% of their damages plus interest based on improper charging of interest rates on credit cards).

- *Coto v. Countrywide Home Loans, Inc.,* In the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No.: 01-7276 CA 30 (class certified, and final settlement approved, based on overcharging of fees in real estate transactions).

- *In re Merrill Lynch & Co., Inc.,* Research Reports Securities Litigation, In the United States District Court for the Southern District of New York, Case No. 02-MDL-1484 (MP)(counsel to lead plaintiffs in 2 of 26 consolidated actions based on fraudulent reports from securities analysts).

- *Rhodes v. Old Republic National Title Insurance Company, In the 15th Judicial Circuit in and for Miami-Dade County, Florida,* Case No.: 50 2004 CA 004073 XXXX MB (class action settlement approved based on overcharges for title insurance).

- *Rivera v. Amalgamated Debt Collection Services, The United States District Court for the Southern District of Florida,* Case No.: 05-CIV-20176-LENARD/TORRES ((class certified and final settlement approved based on violations of The Fair Debt Collection Practices Act).

- *Sifford v. Ashland, Inc. d/b/a/ The Valvoline Oil Co. and Valvoline Instant Oil Change,* In the Circuit Court of St. Louis County, Missouri, Case No.: 04CC-004724 (settlement of consumer class action based on charging of improper used oil disposal fees).

- *In re High Sulfur Content Gasoline Products Liability Litigation,* The United States District Court for the Eastern District of Louisiana, Case No.: 2:04-md-01632-IRLR-KWR (class settlement approved based on sale of gasoline with excessive sulfur content).

- *Hawley v. American Pioneer Title Insurance Company,* In the 17th Judicial Circuit in and for Broward County, Florida, Case No.: CA-03-016234 (11)(class action settlement approved based on overcharges for title insurance).
- *Thula v. Lawyers Title Insurance Corporation,* In the 17th Judicial Circuit in and for Broward County, Florida, Case No.: 04-05324 (11)(class action settlement approved based on overcharges for title insurance).

- *Devick v. Attorney's Title Insurance Fund,* In the 17th Judicial Circuit in and for Broward County, Florida, Case No.: 04-06633 (08) (class action settlement approved based on overcharges for title insurance).

- *Glassman v. Suntrust Merchant Services, LLC,* In the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida, Case No.: 04-05042 CA 22 (class action settlement including Florida residents based on defendant's violation of the Telephone Consumer Protection Act).

- *Irwin v. Hyundai/Kia,* Superior Court of the State of California, County of Orange, Case No.: 02CC00287 (class certified, final settlement approved, based on misrepresentation of horsepower ratings of automobiles).

- *Penzer v. Southeast Wireless,* In the Circuit Court in and for the 17th Judicial Circuit of Broward County, Florida, Case No.: 03-010994 (02) (certified class of Florida residents based on defendant's violation of the Telephone Consumer Protection Act, which included litigation in state and federal court, multiple appeals, and ultimately a class action settlement, after eight years of litigation)(*see Penzer v. Transportation Ins. Co.*, 29 So.3d 1000, 1005 (Fla. 2010)).

- *Evans v. Stewart Title Guaranty Company,* In the 17th Judicial Circuit in and for Broward County, Florida, Case No.: 04-06630-05 (class action settlement approved based on overcharges for title insurance).

- *Jackson v. Milestone Title,* In the 17th Judicial Circuit in and for Broward County, Florida, Case No.: 07-24806 (11) (class action settlement approved based on overcharges for title insurance).

- *Rhodes v. Resource Title Co.,* In the 15th Judicial Circuit in and for Palm Beach County, Florida, Case No.: 502007CA14069XXXXMBAE (class action settlement approved based on overcharges for title insurance).

- *Nolan v. Integrated Real Estate Processing, LLP,* In the United States District Court for the Middle District of Florida, Case No. 3:08-cv-00642 (class action settlement approved based on overcharges for title insurance).

- *Bleich v. Chicago Title Insurance Company,* In the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case No.: 07-15721-27 (appointed class counsel in certified class action).

- *Berry v. Mega Brands, Inc., et al*., United States District Court, District of New Jersey, Case No.: 2:08-cv-01750 (counsel for lead plaintiff in approved class action settlement concerning defective toys).

- *Winward Builders, LLC v. Delos Insurance Group,* In the Supreme Court of the State of New York, Nassau County, Case No.: 09-015214 (co-lead counsel in approved class action settlement based on insurance overcharges).

- *In re Groupon, Inc. Marketing and Sales Practices Litigation*, United States District Court of the Southern District of Florida, Case No.: 11 md 2238 (Executive Committee Member in approved class action settlement)

- *In re TFT-LCD (Flat Panel) Antitrust Litigation,* United States District Court, Northern District of California, Case No.: 3:07-md-1827 (counsel for lead plaintiff in approved indirect purchaser antitrust class action settlement).

- *Valli v. Avis Budget Rental Car Group, LLC*, United States District Court, District Court of New Jersey, Case No.: 2:14-cv-06072-CCC-JBC (co-counsel for lead plaintiffs in pending consumer class action)

- *Leidel, et al. v. Project Investors, Inc. d/b/a CRYPTSY, Paul VERNON, and Lorie Ann Nettles*, United States District Court for the Southern District of Florida, Case No. 9:16-cv-80060-MARRA (co-lead counsel in approved class action settlement re cryptocurrency)

- *Leidel v. Coinbase, Inc.* United States District Court for the Southern District of Florida, Case No. 9:16-cv-81992-MARRA (co-lead counsel for Plaintiff and the Class in pending cryptocurrency class action)