1  Rafey S. Balabanian (SBN 315962)
   rbalabanian@edelson.com
2  Todd Logan (SBN 305912)
   tlogan@edelson.com
3  Yaman Salahi (SBN 288752)
4  ysalahi@edelson.com
   P. Solange Hilfinger-Pardo (SBN 320055)
5  shilfingerpardo@edelson.com
   EDELSON PC
6  150 California Street, 18th Floor
   San Francisco, California 94111
7  Tel: 415.212.9300
8  Fax: 415.373.9435

9
                    **UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11

12 | ELLIOTT LAM, individually and on behalf of other members of the general public similarly situated, | **Case No. 3:22−cv−07336−JSC** |
13 |  |  |
14 | *Plaintiff*, | **PROOF OF SERVICE** |
   | v. |  |
15 |  |  |
16 | SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC, | Judge: Jacqueline Scott Corley |
17 |  |  |
   | *Defendants*. | Trial Date: None set |
18 |  | Action Filed: November 20, 2022 |
19 | THIS DOCUMENT RELATES TO: |  |
20 | *Pierce v. Bankman-Fried et al.,* No. 22-cv-7444-JSC |  |
21 | *Hawkins v. Bankman-Fried et al.,* No. 22-cv-7620-JSC |  |
22 |  |  |
23 | *Jessup v. Bankman-Fried, et al.,* No. 22-cv-7666-JSC |  |
24 | *Papadakis v. Bankman-Fried, et al.,* No. 23-cv-24-JSC |  |

25
26
27
28

**PROOF OF SERVICE**

I, Todd Logan, declare:

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is 150 California Street, 18th Floor, San Francisco, CA 94111, in said County and State. On February 2, 2023, I had a member of my staff serve the following documents described as:

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO CONSOLIDATE, TO APPOINT INTERIM CO-LEAD COUNSEL, LIAISON COUNSEL, AND PLAINTIFFS' EXECUTIVE COMMITTEE**

**DECLARATION OF WILLIAM M. AUDET IN SUPPORT OF PLAINTIFFS' MOTION TO CONSOLIDATE, TO APPOINT INTERIM CO-LEAD COUNSEL, LIAISON COUNSEL, AND PLAINTIFFS' EXECUTIVE COMMITTEE**

**EXHIBITS 1-7**

**[PROPOSED] ORDER CONSOLIDATING THE RELATED ACTIONS AND APPOINTING INTERIM CO-LEAD COUNSEL, LIAISON COUNSEL, AND PLAINTIFFS' EXECUTIVE COMMITTEE**

By serving a true copy of the above-described document in the manner described below. The above-described documents were transmitted via CM/ECF to all attorneys on the service list. Any attorney not listed on the service list was emailed. Attorneys or Defendants lacking an email address will be served by U.S. Mail.

Respectfully Submitted,

/s/ Todd Logan

Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
Todd Logan (SBN 305912)
tlogan@edelson.com
Yaman Salahi (SBN 288752)
ysalahi@edelson.com
P. Solange Hilfinger-Pardo (SBN 320055)
shilfingerpardo@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300

1

**PROOF OF SERVICE (3:22-cv-07336-JSC)**

| | |
|---|---|
| | **Service List** |
| William M. Audet (CA SBN 117456) <br> Ling Y. Kuang (CA SBN 296873) <br> Kurt D. Kessler (CA SBN 327334) <br> waudet@audetlaw.com <br> lkuang@audetlaw.com <br> kkessler@audetlaw.com <br> AUDET & PARTNERS, LLP <br> 711 Van Ness Avenue, Suite 500 <br> San Francisco, CA 94102-3275 <br> Telephone: (415) 568-2555 <br> Facsimile: (415) 568-2556 <br><br> Robert L. Lieff (CA SBN 037568) <br> rlieff@lieff.com <br> P.O. Drawer A <br> Rutherford, California 94573 <br><br> Edward Lehman (IL SBN 6194489)* <br> elehman@lehmanlaw.com <br> Jacob BLACKLOCK (TX SBN 24079835)* <br> jblacklock@lehmanlaw.com <br> LEHMAN, LEE & XU LLC <br> (Saipan #25977-001-1) <br> c/o LEHMAN, LEE & XU <br> Suite 3313, Tower One, Times Square 1 Matheson Street, <br> Causeway Bay, Hong Kong <br> Telephone: (852) 3588-2127 <br> Facsimile: (852) 3588-2088 <br><br> Counsel for Lam Plaintiff in *Lam v. Bankman-Fried*, No. 22-cv-7336-JSC (N.D. Cal.) <br><br> Jennifer Pafiti (SBN 282790) <br> jpafiti@pomlaw.com <br> POMERANTZ LLP <br> 1100 Glendon Avenue, 15th Floor <br> Los Angeles, California 90024 <br> Telephone: (310) 405-7190 <br><br> Jeremy A. Lieberman (*pro hac vice* application forthcoming) | **Samuel Bankman-Fried** <br><br> Mailed to: <br> 743 Cooksey Ln, <br> Stanford, CA 94305 <br><br> Last Known Address of Defendant in *Hawkins v. Bankman-Fried, et al.*, No. 3:22-cv-07620-JSC (N.D. Cal.); *Jessup v. Samuel Bankman-Fried*, No. 22-cv-7666-JSC (N.D. Cal.); *Lam v. Bankman-Fried*, No. 22-cv-7336-JSC (N.D. Cal.); *Pierce v. Bankman-Fried et al.*, No. 3:22-cv-07444-JSC (N.D. Cal.); *Papadakis v. Bankman-Fried, et al.*, Case No. 3:23-cv-00024-JSC (N.D. Cal.) <br><br> Emailed to: <br><br> Mark Stewart Cohen <br> Christian R. Everdell <br> Cohen & Gresser, LLP (NYC) <br> 800 Third Avenue <br> New York, NY 10022 <br> (212) 957-7600 <br> Fax: (212)957-4514 <br> Email: mcohen@cohengresser.com <br> ceverdell@cohengresser.com <br><br> Counsel for Defendant in *USA v. Samuel Bankman-Fried*, No. 22-cr-673-LAK-1 (S.D.N.Y.) <br><br> **Caroline Ellison** <br><br> Mailed to: <br> 20 Exchange Pl, Apt 1212, <br> New York, NY 10005 <br><br> 327 Franklin St, <br> Newton, MA 02458 <br><br> Last Known Addresses of Defendant in *Hawkins v. Bankman-Fried, et al.*, No. 3:22-cv-07620-JSC (N.D. Cal.); *Jessup v. Samuel Bankman-Fried*, No. 22-cv-7666-JSC (N.D. Cal.); *Lam v. Bankman-Fried*, No. 22-cv-7336-JSC (N.D. Cal.); *Pierce v. Bankman-Fried et al.*, No. 3:22-cv-07444-JSC (N.D. Cal.); *Papadakis v. Bankman-Fried, et al.*, Case No. 3:23-cv-00024-JSC (N.D. Cal.) |

jalieberman@pomlaw.com
J. Alexander Hood II (*pro hac vice* application forthcoming)
ahood@pomlaw.com
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044

Peretz Bronstein (*pro hac vice* application forthcoming)
peretz@bgandg.com
Eitan Kimelman (*pro hac vice* application forthcoming)
eitank@bgandg.com
BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296

*Counsel for Plaintiff in Hawkins v. Bankman-Fried, et al.*, No. 3:22-cv-07620-JSC (N.D. Cal.)

Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
Todd Logan (SBN 305912)
tlogan@edelson.com
Yaman Salahi (SBN 288752)
ysalahi@edelson.com
P. Solange Hilfinger-Pardo (SBN 320055)
shilfingerpardo@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

*Counsel for Plaintiff in Jessup v. Samuel Bankman-Fried*, No. 22-cv-7666-JSC (N.D. Cal.)

Marshal J. Hoda, Esq. Texas Bar

Emailed to:
Stephanie Avakian
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
202-663-6471
Email: stephanie.avakian@wilmerhale.com

Anjan Sahni
Nicholas Werle
Peter Gillies Neiman
Wilmer Cutler Pickering Hale & Dorr LLP (NYC)
7 World Trade Center
New York, NY 10007
(212)-937-7418
Email: anjan.sahni@wilmerhale.com
nick.werle@wilmerhale.com
Peter.Neiman@wilmerhale.com

Counsel for Defendant in *USA v. Caroline Ellison*, No. 22-cr-673-LAK-3 (S.D.N.Y.)

**Zixiao Gary Wang**

   Mailed to:

304 Island Ln,
Egg Harbor Township, NJ 08234

Last Known Address of Defendant in *Hawkins v. Bankman-Fried, et al.*, No. 3:22-cv-07620-JSC (N.D. Cal.); *Jessup v. Samuel Bankman-Fried*, No. 22-cv-7666-JSC (N.D. Cal.); *Pierce v. Bankman-Fried et al.*, No. 3:22-cv-07444-JSC (N.D. Cal.); *Papadakis v. Bankman-Fried, et al.*, Case No. 3:23-cv-00024-JSC (N.D. Cal.)

   Emailed to:

Ilan Tuviah Graff
Alex B. Miller
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
212-859-8931
Fax: 212-859-4000
Email: ilan.graff@friedfrank.com
alex.miller@friedfrank.com

| | |
|---|---|
| No. 2411009 (*Pro hac vice* application forthcoming)<br>marshal@thehodalawfirm.com<br>THE HODA LAW FIRM, PLLC<br>12333 Sowden Road, Suite B<br>Houston, TX 77080<br>Tel: (832) 848-0036<br><br>Steven C. Vondran, Esq. California Bar No. 232337<br>steve@vondranlegal.com<br>THE LAW OFFICES OF STEVEN C. VONDRAN, PC<br>One Sansome Street, Suite 3500<br>San Francisco, CA 94104<br>Tel: (877) 276-5084<br><br>*Counsel for Plaintiff in Pierce v. Bankman-Fried et al.*, No. 3:22-cv-07444-JSC (N.D. Cal.)<br><br>Laurence D. King (SBN 206423)<br>Kathleen A. Herkenhoff (SBN 168562)<br>Blair E. Reed (SBN 316791)<br>KAPLAN FOX & KILSHEIMER LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>Telephone: 415-772-4700<br>Facsimile: 415-772-4707<br>Email: lking@kaplanfox.com<br>kherkenhoff@kaplanfox.com<br>breed@kaplanfox.com<br><br>Frederic S. Fox (*pro hac vice* to be filed)<br>Joel B. Strauss (*pro hac vice* to be filed)<br>Jeffrey P. Campisi (*pro hac vice* to be filed)<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Telephone: 212-687-1980<br>Facsimile: 212-687-7714 | Counsel for Defendant in *USA v. Gary Wang*, No. 22-cr-673-LAK-2 (S.D.N.Y.)<br><br>**Nishad Singh**<br><br>   Mailed to:<br>26050 Kriste Ln.<br>Los Altos Hills, CA 94022<br><br>Last Known Address of Defendant in *Hawkins v. Bankman-Fried, et al.*, No. 3:22-cv-07620-JSC (N.D. Cal.); *Jessup v. Samuel Bankman-Fried*, No. 22-cv-7666-JSC (N.D. Cal.); *Pierce v. Bankman-Fried et al.*, No. 3:22-cv-07444-JSC (N.D. Cal.); *Papadakis v. Bankman-Fried, et al.*, Case No. 3:23-cv-00024-JSC (N.D. Cal.)<br><br>**Sam Trabucco**<br><br>   Mailed to:<br>36 Winners Cir.<br>Wells, ME 04090<br><br>Last Known Address of Defendant in *Jessup v. Samuel Bankman-Fried*, No. 22-cv-7666-JSC (N.D. Cal.)<br><br>**Armanino, LLP**<br><br>   Mailed to:<br>12657 Alcosta Boulevard, Suite 500<br>San Ramon, California 94583<br><br>Address for Service of Defendant in *Hawkins v. Bankman-Fried, et al.*, No. 3:22-cv-07620-JSC (N.D. Cal.); *Pierce v. Bankman-Fried et al.*, No. 3:22-cv-07444-JSC (N.D. Cal.)<br><br>   Emailed to:<br><br>**Ann Marie Mortimer**<br>Kirk Austin Hornbeck<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>(213) 532-2103<br>Email: amortimer@HuntonAK.com<br>khornbeck@HuntonAK.com<br><br>Counsel for Defendant in *Papadakis v. Bankman-Fried, et al.*, Case No. 3:23-cv-00024-JSC (N.D. Cal.) |


| | |
|---|---|
| Email: ffox@kaplanfox.com<br>jstrauss@kaplanfox.com<br>jcampisi@kaplanfox.com<br><br>Marc A. Wites (pro hac vice to be filed)<br>WITES LAW FIRM<br>4400 North Federal Highway<br>Lighthouse Point, FL 33064<br>Telephone: (866) 558-9631<br>Email: mwites@witeslaw.com<br><br>Counsel for Plaintiff in *Papadakis v. Bankman-Fried, et al.*, Case No. 3:23-cv-00024-JSC (N.D. Cal.) | **Prager Metis CPAs, LLC**<br><br>   Mailed to:<br><br>14 Penn Plaza, Suite 1800<br>New York, New York 10122<br><br>Address for Service of Defendant in *Hawkins v. Bankman-Fried, et al.*, No. 3:22-cv-07620-JSC (N.D. Cal.)<br><br>   Emailed to:<br><br>Bruce Roger Braun<br>Joanna Rubin Travalini<br>Tommy Hoyt<br>Sidley Austin LLP<br>One S. Dearborn<br>Chicago, Il 60603<br>312-853-7000<br>Fax: 312-853-7036<br>Email: bbraun@sidley.com<br>jtravalini@sidley.com<br>thoyt@sidley.com<br><br>Sarah Alison Hemmendinger<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>415-772-7413<br>Fax: 415-772-7400<br>Email: shemmendinger@sidley.com<br><br>Counsel for Defendant in *Pierce v. Bankman-Fried et al.*, No. 3:22-cv-07444-JSC (N.D. Cal.)<br><br>**Golden State Warriors, LLC**<br><br>   Mailed to:<br>c/o CT Corporation System<br>330 N. Brand Blvd., Ste 700<br>Glendale, CA 91203<br><br>Address for Service of Defendant in *Lam v. Bankman-Fried*, No. 22-cv-7336-JSC (N.D. Cal.) |