**GIRARD SHARP LLP**
Daniel C. Girard (SBN 114826)
Adam E. Polk (SBN 237000)
Tom Watts (SBN 308853)
Makenna Cox (SBN 326068)
601 California Street, Suite 1400
San Francisco, California 94108
Tel: (415) 981-4800
dgirard@girardsharp.com
apolk@girardsharp.com
tomw@girardsharp.com
mcox@girardsharp.com

*Counsel for Plaintiffs Matson Magleby and Golam Sakline*

*Additional counsel on signature page*

**BLOOD HURST & O'REARDON, LLP**
Timothy G. Blood (149343)
Thomas J. O'Reardon II (247952)
James M. Davis (301636)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
jdavis@bholaw.com

*Counsel for Plaintiff Nicole Keane*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT LAM, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC<br><br>    Defendants. | Case No. 3:22-cv-07336-JSC<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12); AND NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS (L.R. 3-13)** |
| THIS DOCUMENT RELATES TO:<br><br>*Pierce v. Bankman-Fried et al.*, Case No. 4:22-cv-07444-JSC<br><br>*Hawkins v. Bankman-Fried et al.*, Case No. 3:22-cv-07620-JSC<br><br>*Jessup v. Bankman-Fried et al.*, Case No. 4:22-cv-07666-JSC<br><br>*(Continued on Next Page)* | |

*Papadakis v. Bankman-Fried, et al.*, Case No. 3:23-cv-00024-JSW

*Bhatia v. Silvergate Bank*, Case No. 3:23-cv-00667 (N.D. Cal.)

*Magleby, et al v. Silvergate Bank, et al.*, Case No. 3:23-cv-00669-SK

*Keane v. Silvergate Bank*, Case No. 3:23-cv-00670-KAW (N.D. Cal.)

Plaintiffs Soham Bhatia, Matson Magleby, Golam Sakline, and Nicole Keane ("Silvergate Plaintiffs") submit this motion pursuant to Civil Local Rule 3-12 to consider whether *Bhatia v. Silvergate Bank*, No. 23-cv-00667-AGT (N.D. Cal.), *Magleby v. Silvergate Bank*, Case No. 3:23-cv-00669-SK (N.D. Cal.) and *Keane v. Silvergate Bank*, 3:23-cv-00670-KAW (N.D. Cal.) should be related to *Lam v. Bankman-Fried*, 22-cv-07336-JSC (N.D. Cal.).  Silvergate Plaintiffs also give notice pursuant to L.R. 3-13 of the Pendency of Other Actions or Proceedings, specifically, the filing of a petition with the Judicial Panel on Multidistrict Litigation seeking transfer to the Southern District of Miami of all FTX-related actions pending in the Northern District of California.

I.   **Introduction**

*Bhatia*, *Magleby*, and *Keane* are class actions brought against Silvergate Bank and its parent company Silvergate Capital Corporation (together, "Silvergate") for Silvergate's role in the FTX collapse. Silvergate Plaintiffs allege that Silvergate, as a bank for both FTX and an entity controlled by FTX's principals, Alameda, improperly executed transfers of FTX customer money into Alameda accounts and provided other assistance to FTX and Alameda's scheme. Silvergate Plaintiffs further allege that Silvergate knew that the scheme was fraudulent and violated fiduciary duties to investors. Silvergate Plaintiffs seek damages from Silvergate for its part in the FTX/Alameda scheme. To the knowledge of the Silvergate Plaintiffs, these are the only cases arising out of the FTX/Alameda scheme that name the Silvergate entities as defendants.

The *Lam* class action also arises out of the FTX collapse.  Plaintiffs in *Lam* sued: Sam Bankman-Fried, the former CEO of FTX; Caroline Ellison, CEO of Alameda; and the Golden State Warriors, who endorsed and promoted FTX. Other actions have been filed against additional FTX and Alameda executives and celebrity promoters are defendants and have been related to *Lam*. *See, e.g.*, *Jessup v. Bankman-Fried*, 22-cv-07666-JSC (N.D. Cal.), ECF Nos. 1 (complaint with additional defendants Nishad Singh, Gary Wang, and Sam Trabucco, all of whom were executives at FTX or Alameda), 10 (relating to *Lam*). At least one action has been filed in this Court against FTX and Alameda executives and their financial auditors Armanino and Prager Metis and has been related to

*Lam*. *See Papadakis v. Bankman-Fried*, 23-cv-00024-JSC (N.D. Cal.), ECF No. 1 (complaint), 14 (relating to *Lam*).

Pursuant to L.R. 3-13, Silvergate Plaintiffs further notify the Court that Plaintiffs in additional FTX-related cases in the Southern District of Florida on February 10, 2023, filed a motion before the Judicial Panel on Multidistrict Litigation for transfer of all FTX-related actions to the Southern District of Florida. *See In re FTX Cryptocurrency Exchange Collapse Litigation*, Case No. Pending No. 4 (J.P.M.L.) (the "MDL Petition"). The JPML has not yet set a schedule for responsive briefs or a hearing.

## II.   Argument

Under Civil Local Rule 3-12, actions are related when "(1) [t]he actions concern substantially the same parties, property, transaction, or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." *Bhatia*, *Magleby*, and *Keane* share certain questions of fact and law in common with *Lam* and the cases that have been related to *Lam* because all of the cases involve the FTX collapse. *Lam* and the currently related cases assert claims of fraud or breach of fiduciary duty (among other claims) against FTX or Alameda executives, and *Bhatia*, *Magleby*, and *Keane* assert claims of aiding and abetting fraud and breach of fiduciary duty against Silvergate. Thus, whether FTX or Alameda, through its executives, committed fraud and breached their fiduciary duties is a common question among all the cases. Relating the cases and proceeding before a single judge may reduce burdens related to discovery into these common issues and the potential for conflicting results. The classes, consisting of FTX customers, also overlap.[1]

The Court in determining relatedness and the course of further proceedings in the presently pending actions may wish to consider the pendency of the MDL Petition.

---

[1]   Unlike *Lam* and the currently related cases, *Magleby* does not share any defendants in common with *Lam* or the currently related cases, and it focuses on Silvergate's role, not the roles of any promoters or auditors.

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: February 16, 2023 | **REISER LAW, P.C.**<br>MICHAEL J. REISER (133621)<br>MATTHEW REISER (315301)<br>ISABELLA MARTINEZ (315299) |

By: _____s/ Michael J. Reiser_____
　　　　MICHAEL J. REISER

1475 N. Broadway, Suite 300
Walnut Creek, CA 94596
Tel: 925/256-0400
michael@reiserlaw.com
matthew@reiserlaw.com
isabella@reiserlaw.com

**LEVINE KELLOGG LEHMAN
　SCHNEIDER + GROSSMAN LLP**
JASON KELLOGG (*pro hac vice* forthcoming)
VICTORIA J. WILSON (*pro hac vice* forthcoming)
MARCELO DIAZ-CORTES (*pro hac vice* forthcoming)
100 Southeast Second Avenue, 36th Floor
Miami, FL 33131
Tel: 305/403-8788
jk@lklsg.com
vjw@lklsg.com
mdc@lklsg.com

*Attorneys for Plaintiff SOHAM BHATIA*

Dated: February 16, 2023

**GIRARD SHARP LLP**
Daniel C. Girard
Adam E. Polk
Tom Watts
Makenna Cox

By: _____s/ Daniel C. Girard_____
　　　　DANIEL C. GIRARD

601 California Street, Suite 1400
San Francisco, CA 94108
(415) 981-4800
dgirard@girardsharp.com
apolk@girardsharp.com
tomw@girardsharp.com
mcox@girardsharp.com

**HARTLEY LLP**
Jason S. Hartley
Jason M. Lindner
101 West Broadway, Suite 820

| | |
|---|---|
| | San Diego, CA 92101 <br> (619) 400-5822 <br> hartley@hartleyllp.com <br> lindner@hartleyllp.com |
| | *Attorneys for Plaintiffs MATSON MAGLEBY and GOLAM SAKLINE* |
| Dated: February 16, 2023 | **BLOOD HURST & O'REARDON, LLP** <br> TIMOTHY G. BLOOD (149343) <br> THOMAS J. O'REARDON II (247952) <br> JAMES M. DAVIS (301636) |
| | By:           *s/  Timothy G. Blood* <br>             TIMOTHY G. BLOOD |
| | 501 West Broadway, Suite 1490 <br> San Diego, CA  92101 <br> Tel: 619/338-1100 <br> 619/338-1101 (fax) <br> tblood@bholaw.com <br> toreardon@bholaw.com <br> jdavis@bholaw.com |
| | **FITZGERALD JOSEPH LLP** <br> Jack Fitzgerald <br> Paul K. Joseph <br> Melanie Persinger <br> Trevor M. Flynn <br> Caroline S. Emhardt <br> 2341 Jefferson Street, Suite 200 <br> San Diego, CA 92110 <br> 619/215-1741 <br> jack@fitgeraldjoseph.com <br> paul@fitgeraldjoseph.com <br> melanie@fitgeraldjoseph.com <br> trevor@fitgeraldjoseph.com <br> caroline@fitgeraldjoseph.com |
| | *Attorneys for Plaintiff NICOLE KEANE* |

**FILER'S ATTESTATION**

I, Daniel C. Girard, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that all counsel has concurred in this filing.

By: __/s/ *Daniel C. Girard*__
         Daniel C. Girard

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2023, I electronically filed the foregoing document using CM/ECF system which will send notification of such filing to all counsel of record registered in the CM/ECF system.

I also certify that I served the following *via First Class Mail* on:

SILVERGATE BANK
c/o CT Corporation System
330 N. Brand Blvd., Glendale, CA 91203

SILVERGATE CAPITAL CORPORATION
c/o CT Corporation System
330 N. Brand Blvd., Glendale, CA 91203

By:   /s/ *Daniel C. Girard*
          Daniel C. Girard