Daniel C. Girard (SBN 114826)
Adam E. Polk (SBN 237000)
Tom Watts (SBN 308853)
Makenna Cox (SBN 326068)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Tel: (415) 981-4800
dgirard@girardsharp.com
apolk@girardsharp.com
tomw@girardsharp.com
mcox@girardsharp.com

*Counsel for Plaintiffs Matson Magleby and Golam Sakline*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT LAM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC<br><br>Defendants. | Case No. 3:22-cv-07336-JSC<br><br>**DECLARATION OF DANIEL C. GIRARD IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12); AND NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS (L.R. 3-13)** |
| THIS DOCUMENT RELATES TO:<br><br>*Pierce v. Bankman-Fried et al.*, Case No. 4:22-cv-07444-JSC<br><br>*Hawkins v. Bankman-Fried et al.*, Case No. 3:22-cv-07620-JSC<br><br>*Jessup v. Bankman-Fried et al.*, Case No. 4:22-cv-07666-JSC<br><br>*(Continued on Next Page)* | |

DECLARATION OF DANIEL C. GIRARD IN SUPPORT OF ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 3:22-cv-07336-JSC

*Papadakis v. Bankman-Fried, et al.*, Case No. 3:23-cv-00024-JSW

*Bhatia v. Silvergate Bank*, Case No. 3:23-cv-00667 (N.D. Cal.)

*Magleby, et al v. Silvergate Bank, et al.*, Case No. 3:23-cv-00669-SK

*Keane v. Silvergate Bank*, Case No. 3:23-cv-00670-KAW (N.D. Cal.)

DECLARATION OF DANIEL C. GIRARD IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 3:22-cv-07336-JSC

I, Daniel C. Girard, hereby declare as follows:

1.  I am the managing partner of Girard Sharp LLP, attorney for Plaintiffs Matson Magleby and Golam Sakline in *Magleby, et al v. Silvergate Bank, et al.*, Case No. 3:23-cv-00669-SK. I am admitted to practice in the Northern District of California. I submit this declaration in support of Plaintiff's Motion to Consider Whether Cases Should be Related. I have personal knowledge of the facts set forth herein or know of such facts from my review of the file in this case, and if called upon to do so could competently testify as follows:

2.  Defendants Silvergate Bank and Silvergate Capital Corporation have not yet been served, and counsel for defendants Silvergate Bank and Silvergate Capital Corporation have not yet appeared in the *Magleby* case.

3.  Plaintiff submits this motion now, however, in accordance with the Civil Local Rule 3-12(b)'s requirement that parties do so "promptly" after learning that "an action, filed in or removed to this district" may be related.

4.  For these reasons, a stipulation pursuant to Civil L.R. 7-11 could not be obtained.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct. Executed this 16th day of February 2023.

                                                                             /s/ *Daniel C. Girard*
                                                                             Daniel C. Girard

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2023, I electronically filed the foregoing document using CM/ECF system which will send notification of such filing to all counsel of record registered in the CM/ECF system.

I also certify that I served the following *via First Class Mail* on:

SILVERGATE BANK
c/o CT Corporation System
330 N. Brand Blvd., Glendale, CA 91203

SILVERGATE CAPITAL CORPORATION
c/o CT Corporation System
330 N. Brand Blvd., Glendale, CA 91203

By:   /s/ *Daniel C. Girard*
        Daniel C. Girard