**BLOOD HURST & O'REARDON, LLP**
Timothy G. Blood (149343)
Thomas J. O'Reardon II (247952)
James M. Davis (301636)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
jdavis@bholaw.com

*Counsel for Plaintiff Nicole Keane*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT LAM, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC<br><br>　　　　Defendants. | Case No. 3:22-cv-07336-JSC<br><br>**DECLARATION OF TIMOTHY G. BLOOD IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12); AND NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS (L.R. 3-13)** |
| THIS DOCUMENT RELATES TO:<br><br>*Pierce v. Bankman-Fried et al.*, Case No. 4:22-cv-07444-JSC<br><br>*Hawkins v. Bankman-Fried et al.*, Case No. 3:22-cv-07620-JSC<br><br>*Jessup v. Bankman-Fried et al.*, Case No. 4:22-cv-07666-JSC<br><br>*(Continued on Next Page)* | |

1  *Papadakis v. Bankman-Fried, et al.*, Case No. 3:23-cv-00024-JSW

2  

3  *Bhatia v. Silvergate Bank*, Case No. 3:23-cv-00667 (N.D. Cal.)

4  

5  *Magleby, et al v. Silvergate Bank, et al.*, Case No. 3:23-cv-00669-SK

6  

7  *Keane v. Silvergate Bank*, Case No. 3:23-cv-00670-KAW (N.D. Cal.)

I, Timothy G. Blood, hereby declare as follows:

1. I am the managing partner of Blood Hurst & O'Reardon, LLP, one of the attorneys for Plaintiff Nicole Keane in *Keane v. Silvergate Bank, et al.*, Case No. 3:23-cv-00670. I am admitted to practice in the Northern District of California. I submit this declaration in support of Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related and Notice of Pendency of Other Actions or Proceedings. I have personal knowledge of the facts set forth herein or know of such facts from my review of the file in this case, and if called upon to do so could competently testify as follows:

2. Defendants Silvergate Bank and Silvergate Capital Corporation have not yet been served, and counsel for defendants Silvergate Bank and Silvergate Capital Corporation have not yet appeared in the *Keane* case.

3. Plaintiff submits this motion now, however, in accordance with the Civil Local Rule 3-12(b)'s requirement that parties do so "promptly" after learning that "an action, filed in or removed to this district" may be related.

4. For these reasons, a stipulation pursuant to Civil L.R. 7-11 could not be obtained.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct. Executed this 16th day of February 2023.

Dated: February 16, 2023            By:       s/ Timothy G. Blood
                                              TIMOTHY G. BLOOD

**FILER'S ATTESTATION**

I, Daniel C. Girard, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that counsel has concurred in this filing.

                                    By:   /s/ *Daniel C. Girard*
                                          Daniel C. Girard

1
DECLARATION OF TIMOTHY G. BLOOD IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 3:22-cv-07336-JSC

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2023, I electronically filed the foregoing document using CM/ECF system which will send notification of such filing to all counsel of record registered in the CM/ECF system.

I also certify that I served the following *via First Class Mail* on:

SILVERGATE BANK
c/o CT Corporation System
330 N. Brand Blvd., Glendale, CA 91203

SILVERGATE CAPITAL CORPORATION
c/o CT Corporation System
330 N. Brand Blvd., Glendale, CA 91203

By:   /s/ *Daniel C. Girard*
           Daniel C. Girard