**REISER LAW, P.C.**
MICHAEL J. REISER (133621)
MATTHEW REISER (315301)
ISABELLA MARTINEZ (315299)
1475 N. Broadway, Suite 300
Walnut Creek, CA 94596
Tel: 925/256-0400
michael@reiserlaw.com
matthew@reiserlaw.com
isabella@reiserlaw.com

*Counsel for Plaintiff Soram Bhatia*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT LAM, individually and on behalf of all others similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC<br><br>　　Defendants. | Case No. 3:22-cv-07336-JSC<br><br>**DECLARATION OF MICHAEL J. REISER IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12); AND NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS (L.R. 3-13)** |

I, Michael J. Reiser, hereby declare as follows:

1. I am the managing partner of Reiser Law p.c., attorneys for Plaintiff Soram Bhatia in *Bhatia v. Silvergate Bank*, No. 3:23-cv-00667-AGT. I am admitted to practice in the Northern District of California. I submit this declaration in support of Plaintiffs' Motion to Consider Whether Cases Should Be Related. I have personal knowledge of the facts set forth herein or know of such facts from my review of the file in this case, and if called upon to do so could competently testify as follows:

2. Defendants have not yet been served, and counsel for Defendants have not yet appeared in the *Bhatia* case.

3. Plaintiff submits this motion now; however, in accordance with the Civil Local Rule 3-12(b)'s requirement that parties do so "promptly" after learning that "an action, filed in or removed to this district" may be related.

4. For these reasons, a stipulation pursuant to Civil L.R. 7-11 could not be obtained.

Respectfully submitted,

Dated: February 15, 2022

By: /s/ *Michael J. Reiser*
Michael J. Reiser (SBN 133621)
michael@reiserlaw.com
**REISER LAW, p.c.**
1475 N. Broadway, Suite 300
Walnut Creek, California 94596
Telephone: (925) 256-0400

1
DECLARATION OF MICHAEL J. REISER IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 3:22-cv-07336-JSC