1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT LAM, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC<br><br>  Defendants. | Case No. 3:22-cv-07336-JSC<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12); AND NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS (L.R. 3-13)** |
| THIS DOCUMENT RELATES TO:<br><br>*Pierce v. Bankman-Fried et al.*, Case No. 4:22-cv-07444-JSC<br><br>*Hawkins v. Bankman-Fried et al.*, Case No. 3:22-cv-07620-JSC<br><br>*Jessup v. Bankman-Fried et al.*, Case No. 4:22-cv-07666-JSC<br><br>*Papadakis v. Bankman-Fried, et al.*, Case No. 3:23-cv-00024-JSW<br><br>*(Continued on Next Page)* | |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER
CASES SHOULD BE RELATED
Case No. 3:22-cv-07336-JSC

1  *Bhatia v. Silvergate Bank*, Case No. 3:23-cv-00667 (N.D. Cal.)

2

3  *Magleby, et al v. Silvergate Bank, et al.*, Case No. 3:23-cv-00669-SK

4

5  *Keane v. Silvergate Bank*, Case No. 3:23-cv-00670-KAW (N.D. Cal.)

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 3:22-cv-07336-JSC

Plaintiffs Matson Magleby and Golam Sakline have filed an Administrative Motion Pursuant to Consider Whether Cases Should be Related Pursuant to Civil Local Rules 3-12 and 7-11 (the "Motion"). The time for filing an opposition or statement of support to the Motion has passed.

The Court finds that *Bhatia v. Silvergate Bank*, No. 23-cv-00667-AGT (N.D. Cal.), *Magleby v. Silvergate Bank*, Case No. 3:23-cv-00669-SK (N.D. Cal.), and *Keane v. Silvergate Bank*, 3:23-cv-00670-KAW (N.D. Cal.) (the "Silvergate Actions") are related to is related to the first five above-captioned actions that the Court previously ordered related in ECF No. 10 in *Lam v. Bankman-Fried et al.*, Case No. 3:22-cv- 07336-JSC (the "*Lam* Action"). Accordingly, having considered the Motion, as well as the pleadings on file, and good cause appearing, the Court hereby **GRANTS** the Motion.

The Court further **ORDERS** the Clerk to relate the Silvergate Actions to the *Lam* Action and the actions ordered related to it. The following actions are ordered related pursuant to Civil L.R. 3-12(a):

1. *Lam v. Bankman-Fried et al.*, Case No. 3:22-cv-07336-JSC (N.D. Cal.);
2. *Pierce v. Bankman-Fried et al.*, Case No. 4:22-cv-07444-JSC (N.D. Cal.);
3. *Hawkins v. Bankman-Fried et al.*, Case No. 3:22-cv-07620-JSC (N.D. Cal.);
4. *Jessup v. Bankman-Fried et al.*, Case No. 4:22-cv-07666-JSC (N.D. Cal.);
5. *Papadakis v. Bankman-Fried et al.*, Case No. 3:23-cv-00024-JSC (N.D. Cal.);
6. *Bhatia v. Silvergate Bank*, No. 23-cv-00667-AGT (N.D. Cal.);
7. *Magleby, et al v. Silvergate Bank, et al.*, Case No. 3:23-cv-00669-SK (N.D. Cal.); and
8. *Keane v. Silvergate Bank*, 3:23-cv-00670-KAW (N.D. Cal.).

The Silvergate Actions shall be reassigned to this Court and the docket shall reflect the actions as: *Bhatia v. Silvergate Bank*, No. 23-cv-00667-JSC (N.D. Cal.); *Magleby, et al v. Silvergate Bank, et al.*, Case No. 3:23-cv-00669-JSC; and *Keane v. Silvergate Bank*, 3:23-cv-00670-JSC (N.D. Cal.) for all future filings.

Specifically, the parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by Federal Rules of Civil Procedure 16 and 26

accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

**IT IS SO ORDERED.**

DATED: _____           _____

                                                                                      Honorable Jacqueline Scott Corley
                                                                                      United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2023, I electronically filed the foregoing document using CM/ECF system which will send notification of such filing to all counsel of record registered in the CM/ECF system.

I also certify that I served the following *via First Class Mail* on:

SILVERGATE BANK
c/o CT Corporation System
330 N. Brand Blvd., Glendale, CA 91203

SILVERGATE CAPITAL CORPORATION
c/o CT Corporation System
330 N. Brand Blvd., Glendale, CA 91203

By:   /s/ *Daniel C. Girard*
           Daniel C. Girard

3

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 3:22-cv-07336-JSC