ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
hdeshmukh@rgrdlaw.com
    – and –
ERIC I. NIEHAUS (239023)
BRIAN E. COCHRAN (286202)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
ericn@rgrdlaw.com
bcochran@rgrdlaw.com
kdolitsky@rgrdlaw.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT LAM, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>  vs.<br><br>SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC.,<br><br>                    Defendants. | Case No. 3:22-cv-07336-JSC<br><br>CLASS ACTION<br><br>DECLARATION OF BRIAN E. COCHRAN IN SUPPORT OF PATRICK RABBITTE'S RESPONSE TO NOTICE OF MOTION AND MOTION TO CONSOLIDATE, TO APPOINT INTERIM CO-LEAD COUNSEL, LIAISON COUNSEL, AND PLAINTIFFS' EXECUTIVE COMMITTEE<br><br>DATE:    March 9, 2023<br>TIME:    10:00 a.m.<br>CTRM:  8, 19th Floor<br>JUDGE: Hon. Jacqueline Scott Corley |

4866-4303-7777.v1

I, BRIAN E. COCHRAN, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of California and this Court. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP and counsel for Patrick Rabbitte. I make this declaration in support of Mr. Rabbitte's Response to Plaintiffs' Notice of Motion and Motion to Consolidate, to Appoint Interim Co-Lead Counsel, Liaison Counsel, and Plaintiffs' Executive Committee. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached is a true and correct copy of the following exhibit:

Exhibit A:   February 16, 2022 email from William M. Audet responding to email from Brian E. Cochran requesting consent to stay briefing or briefing schedule.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of February, at San Diego, California.

                                              s/ Brian E. Cochran
                                              BRIAN E. COCHRAN

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 16, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Shawn A. Williams
SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
Email:  shawnw@rgrdlaw.com

4866-4303-7777.v1

## Mailing Information for a Case 3:22-cv-07336-JSC Lam v. Bankman-Fried

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **William M. Audet**
  waudet@audetlaw.com,nperez@audetlaw.com,kkessler@audetlaw.com,lkuang@audetlaw.com

- **Daniel C. Girard**
  dgirard@girardsharp.com,mcox@girardsharp.com,tomw@girardsharp.com,avongoetz@girardsharp.com,apolk@girardsharp.com,5804895420@filings.docketbird.com

- **Marshal Hoda**
  marshal@thehodalawfirm.com,marshal@ecf.courtdrive.com

- **Kurt David Kessler**
  kkessler@audetlaw.com

- **Laurence D. King**
  lking@kaplanfox.com,spowley@kaplanfox.com,nlee@kaplanfox.com

- **Ling Yue Kuang**
  lkuang@audetlaw.com

- **Robert Lawrence Lieff**
  rlieff@lieff.com,robertl-lieff-1865@ecf.pacerpro.com

- **Todd M. Logan**
  tlogan@edelson.com,abhausmann@edelson.com,4054100420@filings.docketbird.com,bsilverkorn@edelson.com,docket@edelson.com

- **Stephen T Pierce**
  steve@vondranlegal.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`