# EXHIBIT A

**Brian Cochran**

| | |
|---|---|
| **From:** | William Audet <waudet@audetlaw.com> |
| **Sent:** | Thursday, February 16, 2023 11:21 AM |
| **To:** | Brian Cochran; jblacklock@lehmanlaw.com; elehman@lehmanlaw.com; rlieff@lieff.com; peretz@bgandg.com; eitank@bgandg.com; marshal@thehodalawfirm.com; mwites@witeslaw.com; jcampisi@kaplanfox.com; jstrauss@kaplanfox.com; ffox@kaplanfox.com; breed@kaplanfox.com; kherkenhoff@kaplanfox.com; lking@kaplanfox.com; hhilligoss@edelson.com; ahausmann@edelson.com; shilfingerpardo@edelson.com; ysalahi@edelson.com; tlogan@edelson.com; ctourek@pomlaw.com; jbsilverman@pomlaw.com; jpafiti@pomlaw.com; Kurt Kessler; Ling (David) Kuang; steve@vondranlegal.com; amortimer@HuntonAK.com; khornbeck@HuntonAK.com; mbosher@huntonak.com; twaskom@HuntonAK.com; Bruce R. Braun; jtravalini@sidley.com; shemmendinger@sidley.com; thoyt@sidley.com |
| **Cc:** | Shawn Williams; Stuart Davidson; Eric Niehaus; Ken Dolitsky; Hadiya Deshmukh |
| **Subject:** | RE: Lam v. Bankman-Fried, Case No. 3:22-cv-07336-JSC, and related cases |

EXTERNAL SENDER

Brian,

On behalf of the proposed leadership group, we do not consent to a stay or to a shortened briefing schedule for your motion to stay.

Best,

William M. Audet, esq.
waudet@audetlaw.com
t 415.568.2555
f 415.568.2556
Audet & Partners, LLP.
711 Van Ness Ave., Suite 500
San Francisco, CA 94102
www.audetlaw.com

**From:** Brian Cochran <BCochran@rgrdlaw.com>
**Sent:** Wednesday, February 15, 2023 9:14 PM
**To:** jblacklock@lehmanlaw.com; elehman@lehmanlaw.com; rlieff@lieff.com; peretz@bgandg.com; eitank@bgandg.com; marshal@thehodalawfirm.com; mwites@witeslaw.com; jcampisi@kaplanfox.com; jstrauss@kaplanfox.com; ffox@kaplanfox.com; breed@kaplanfox.com; kherkenhoff@kaplanfox.com; lking@kaplanfox.com; hhilligoss@edelson.com; ahausmann@edelson.com; shilfingerpardo@edelson.com; ysalahi@edelson.com; tlogan@edelson.com; ctourek@pomlaw.com; jbsilverman@pomlaw.com; jpafiti@pomlaw.com; Kurt Kessler <kKessler@audetlaw.com>; Ling (David) Kuang <lkuang@audetlaw.com>; William Audet <waudet@audetlaw.com>; steve@vondranlegal.com; amortimer@HuntonAK.com; khornbeck@HuntonAK.com; mbosher@huntonak.com; twaskom@HuntonAK.com; Bruce R. Braun <bbraun@sidley.com>; jtravalini@sidley.com; shemmendinger@sidley.com; thoyt@sidley.com
**Cc:** Shawn Williams <shawnw@rgrdlaw.com>; Stuart Davidson <sdavidson@rgrdlaw.com>; Eric Niehaus <EricN@rgrdlaw.com>; Ken Dolitsky <KDolitsky@rgrdlaw.com>; Hadiya Deshmukh <HDeshmukh@rgrdlaw.com>
**Subject:** Lam v. Bankman-Fried, Case No. 3:22-cv-07336-JSC, and related cases

Counsel:

1

I hope this finds you all well.  We represent Plaintiff Patrick Rabbitte in related case no. 3:23-cv-00655, which was filed yesterday.  We write to inform you that we plan to seek a stay of motion practice related to Plaintiffs' Motion to Consolidate, to Appoint Interim Co-Lead Counsel, Liaison Counsel, and Plaintiffs' Executive Committee, ECF No. 19, in light of the pending MDL petition.

Please let us know if you consent to this request.  If not, we propose the following Motion briefing schedule: 7 days for any oppositions and 7 days for the reply.

Kind regards,

Brian E. Cochran

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**