UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT LAM, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC.,<br><br>　　　　　　　　　　Defendants. | Case No. 3:22-cv-07336-JSC<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER STAYING BRIEFING ON NOTICE OF MOTION AND MOTION TO CONSOLIDATE, TO APPOINT INTERIM CO-LEAD COUNSEL, LIAISON COUNSEL, AND PLAINTIFFS' EXECUTIVE COMMITTEE (ECF 19) |

4875-8472-4561.v1

Having considered Plaintiffs' Notice of Motion and Motion to Consolidate, to Appoint Interim Co-Lead Counsel, Liaison Counsel, and Plaintiffs' Executive Committee (the "Motion"), ECF 19, and the response of Plaintiff Patrick Rabbitte thereto, in light of the pending petition with the Judicial Panel on Multidistrict Litigation to transfer the above-captioned action and related cases to the United States District Court for the Southern District of Florida, *see* ECF 21 (the "Petition"), and in the interests of efficiency and economy and good cause existing therefor, the Court ORDERS as follows:

1. Briefing on the Motion is STAYED pending a ruling on the Petition.

2. After a ruling on the Petition, the parties will meet and confer and within 14 days inform the Court whether the Motion is withdrawn.

3. If the Motion is not withdrawn, the parties at that time will jointly propose a briefing schedule for the Motion for consideration by the Court.

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE