| | |
|---|---|
| Yaman Salahi (SBN 288752) | William M. Audet (SBN 117456) |
| **EDELSON PC** | **AUDET & PARTNERS, LLP** |
| 150 California Street, 18th Floor | 711 Van Ness Avenue, Suite 500 |
| San Francisco, California 94111 | San Francisco, CA 94102-3229 |
| Telephone: (415) 212-9300 | Telephone: (415) 568-2555 |
| Facsimile: (415) 373-0943 | Facsimile: (415) 568-2556 |
| Email: *ysalahi@edelson.com* | Email: *waudet@audetlaw.com* |

Laurence D. King (SBN 206423)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
Email: *lking@kaplanfox.com*

*Proposed Liaison Counsel and Chair of Executive Committee*

Jennifer Pafiti (SBN 282790)
**POMERANTZ LLP**
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
Email: *jpafiti@pomlaw.com*

*Proposed Interim Co-Lead Counsel*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELLIOT LAM, individually and on behalf of all others similarly situated,<br><br>     *Plaintiff*,<br><br>v.<br><br>SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC,<br><br>     *Defendants*. | Case No. 3:22-cv-07336-JSC<br>**Class Action**<br><br>**PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO CONSOLIDATE, TO APPOINT INTERIM CO-LEAD COUNSEL, LIAISON COUNSEL, AND PLAINTIFFS' EXECUTIVE COMMITTEE**<br><br>**Date**: March 9, 2023<br>**Time**: 10:00 a.m.<br>**Room**: Courtroom 8, 19th Floor<br>450 Golden Gate Ave.<br>San Francisco, CA 94102<br><br>**Judge**: Honorable Jacqueline Scott-Corley |

| | |
|---|---|
| STEPHEN PIERCE, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br>v.<br><br>SAMUEL BANKMAN-FRIED, CAROLINE ELLISON, ZIXIAO "GARY" WANG, NISHAD SINGH, ARMANINO, LLP, and PRAGER METIS CPAS, LLC,<br><br>    *Defendants*. | Case No. 3:22-cv-07444-JSC |
| RUSSELL HAWKINS, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br>v.<br><br>SAMUEL BANKMAN-FRIED, CAROLINE ELLISON, ZIXIAO "GARY" WANG, NISHAD SINGH, ARMANINO, LLP, and PRAGER METIS CPAS, LLC,<br><br>    *Defendants*. | Case No. 3:22-cv-07620-JSC |
| MICHAEL ELLIOTT JESSUP, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br>v.<br><br>SAMUEL BANKMAN-FRIED, an individual, CAROLINE ELLISON, an individual, NISHAD SINGH, an individual, GARY WANG, an individual, and SAM TRABUCCO, an individual,<br><br>    *Defendants*. | Case No. 3:22-cv-07666-JSC |
| JULIE PAPADAKIS, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br>v.<br><br>SAMUEL BANKMAN-FRIED, CAROLINE ELLISON, ZIXIAO "GARY" WANG, NISHAD SINGH, ARMANINO LLP, and PRAGER METIS CPAS, LLC,<br><br>    *Defendants*. | Case No. 3:23-cv-00024-JSC |

Plaintiffs Michael Elliott Jessup, Elliott Lam, Russell Hawkins, Stephen Pierce, and Julie Papadakis (collectively, the "Consolidation Plaintiffs") respectfully request the Court grant their Motion to Consolidate, to Appoint Interim Co-Lead Counsel, Liaison Counsel, and Plaintiffs' Executive Committee (the "Motion"). No Defendant opposes the Consolidation Plaintiffs' Motion. The only opposition comes from a single plaintiff, Patrick Rabbitte, who is not a party to these proceedings, has not sought leave to intervene, and whose litigation—filed nearly two weeks after the Consolidation Plaintiffs' Motion, and months after the Consolidation Plaintiffs' complaints—is pending before another judge because Rabbitte has not even sought to have his case related. Rabbitte's belated filing requests a "stay" of the Consolidation Plaintiffs' Motion, or in the alternative, to amend the briefing schedule. *Lam*, Dkt. 23. Both requests should be denied.

Rabbitte has not shown good cause to amend the briefing schedule regarding the Consolidation Plaintiffs' Motion, let alone to indefinitely stay the Motion. Federal Rule of Civil Procedure 16 requires that schedules "be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). Rabbitte states only that he wishes to have the opportunity to "substantively respond to the Motion." *Lam*, Dkt. 23 at 1. However, he provides no reason why he could not have been heard under the schedule set by the Court. *Cf. Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) ("Carelessness is not compatible with a finding of diligence and offers no reason for a grant of relief."). All interested parties had a full opportunity to review and provide a substantive response to the Consolidation Plaintiffs' Motion. No Defendant opposes the Consolidation Plaintiffs' Motion, and the vast majority of plaintiffs in this District support it. Though Rabbitte also had a full two weeks to substantively respond to the Motion, he nevertheless waited to request a stay until the response deadline—even though his counsel was almost certainly aware of the Motion immediately after it was filed. *In re W. States Wholesale Nat. Gas Antitrust Litig.*, 715 F.3d 716, 737 (9th Cir. 2013) (good cause is usually not shown when the party seeking relief is aware of the underlying facts giving rise to the claimed need to amend). Rabbitte's eleventh-hour request to impede and indefinitely prevent further progress in this matter should be rejected. Rabbitte's claim that he was unable to substantively respond to the Consolidation Plaintiffs' Motion is belied by the fact that he was able to file a

response within two days of filing his case, choosing to focus on introducing procedural delay rather than the substance of the Motion.

Nor is the Consolidation Plaintiffs' Motion premature. Rabbitte attempts to argue the Court should not address the Consolidation Plaintiffs' Motion on leadership and consolidation in this District because a single out-of-district plaintiff has filed a motion requesting centralization in the Southern District of Florida with the J.P.M.L. Rabbitte ignores that, when the Consolidation Plaintiffs filed their Motion, there was no petition before the J.P.M.L.; the petition was filed afterward, on February 15, 2023, *see Lam*, Dkt. 21, and appears to have been filed primarily to thwart the Consolidation Plaintiffs' Motion. In any case, the resolution of the Motion will not impact the J.P.M.L.'s proceedings. On the contrary, the J.P.M.L. encourages parties to take steps towards local and voluntary coordination to remove the need for an MDL proceeding. *See*, *e.g.*, *In re: Gerber Probiotic Prod. Mktg. & Sales Pracs. Litig.*, 899 F. Supp. 2d 1378, 1379 (J.P.M.L. 2012) ("centralization under section 1407 should be the last solution after considered review of all other options"). Rather, consolidation here would allow for the efficient progression of several procedural tasks that will arise in these cases before the J.P.M.L. has an opportunity to rule on the § 1407 motion. It does no good to force the parties in this action to separately navigate these issues without any guidance or direction as it will only give rise to duplication of effort and potentially inconsistent results. Nor is there any prejudice to making as much progress as possible now, as these tasks must be accomplished regardless of whether these cases ultimately are transferred to another venue.

The main case Rabbitte relies on in arguing that an interim leadership motion is premature is distinguishable from the instant case. Rabbitte cites *Navarrete v. Hill's Pet Nutrition, Inc.*, as an example of a case where an interim leadership motion was denied pending the J.P.M.L. decision. No. C 19-00767 WHA, 2019 WL 1932388, at *1 (N.D. Cal. May 1, 2019). However, in *Navarrete*, the plaintiffs in the three cases proposed for local consolidation were all represented by the same counsel. Under those specific circumstances, the court found an interim leadership motion to be an attempt to get a "leg up." *Id*. In contrast, here, there are seven class action cases relating to the same conduct pending in the Northern District of California, with each plaintiff

represented by different counsel. *See*, *e.g.*, *Imran v. Vital Pharms., Inc.*, No. 18-CV-05758-JST, 2019 WL 1509180, at *10 (N.D. Cal. Apr. 5, 2019) (the "typical situation requiring the appointment of interim class counsel is one where a large number of putative class actions have been consolidated or otherwise are pending in a single court" (quotation omitted)); *Olosoni v. HRB Tax Grp., Inc.*, No. 19-CV-03610-SK, 2019 WL 7576680, at *6 (N.D. Cal. Nov. 5, 2019) (granting motion to appoint interim lead counsel *because* there was at least one related case pending in another district). This is precisely the scenario where having interim leadership will benefit not only the parties but the Court as well, by allowing the interim leadership to coordinate discovery and motions practice, along with the bankruptcy and criminal proceedings, as well as any issues that arise while the J.P.M.L. petition is decided.

While Rabbitte complains that consolidation and appointment of interim leadership may cause inefficiencies, the opposite is true. The J.P.M.L. has looked favorably on district courts that make as much progress as possible while awaiting a decision on transfer. The J.P.M.L. often cites progress made by a district court as a reason why it is an appropriate transferee court. *See, e.g.*, *In re Smith & Nephew BHR & R3 Hip Implant Prod. Liab. Litig.*, 249 F. Supp. 3d 1348, 1352 (J.P.M.L. 2017) (transferee district presiding over "one of the most procedurally-advanced actions"); *In re: AndroGel Prod. Liab. Litig.*, 24 F. Supp. 3d 1378, 1380 (J.P.M.L. 2014) (transferee court "already has taken initial steps to organize...litigation"); *In re Pet Food Prod. Liab. Litig.*, 499 F. Supp. 2d 1346, 1347 (J.P.M.L. 2007) ("pretrial proceedings are advancing well" in transferee district); *In re Republic Nat'l-Realty Equities Sec. Litig.*, 382 F. Supp. 1403, 1406 (J.P.M.L. 1974) (cases in transferee district "proceeding expeditiously"). Far from being concerned that ongoing progress in the proceedings is wasteful, the J.P.M.L. recognizes that it can be beneficial for district courts to organize related cases efficiently even when they may ultimately become part of an MDL. The parties here should not simply sit on their hands until the J.P.M.L. rules on the § 1407 motion. Pressing the case forward here makes it more likely that, if an MDL is created, it will be sent to this Court.

Rabbitte will not be prejudiced by the Court deciding the Motion as it contemplates an interim leadership structure. The Court may modify the leadership structure at any time in

response to developments in the case. Additionally, Consolidation Plaintiffs will meet and confer with Rabbitte's counsel in the hopes of finding a collaborative path forward. This is further evidence it would not be productive to stay the Motion, as Consolidation Plaintiffs are already actively working to adapt to new developments in the case. There is no need to stay the Motion when Consolidation Plaintiffs have demonstrated a capacity to address changing circumstances as they arise.

Further supporting that point, the Consolidation Plaintiffs have been informally cooperating since the first case, the above-entitled *Lam* action, was filed in November of 2022. Counsel for the Consolidation Plaintiffs have additionally been in contact with counsel for numerous Defendants in the related cases, including Sam Bankman-Fried, whose counsel has agreed to accept service for Mr. Bankman-Fried. Counsel for the Consolidation Plaintiffs have had a weekly standing zoom call since 2022, as well as numerous other scheduled discussions among the group as a whole, to coordinate their cooperation in this litigation and ensure the best path forward for their clients and the putative class. Additionally, the efforts expended by counsel for the Consolidation Plaintiffs have not only been focused on events in this District but across the country and the world. For example:

- Counsel for Plaintiff Lam has discussed a potential tolling agreement with counsel for Defendant Golden State Warriors, LLC.
- Counsel for the Consolidation Plaintiffs have been in communication with Mr. Bankman-Fried's attorneys.
- Counsel for Plaintiff Lam retained counsel in The Bahamas to file a Writ of Mandate for clients in that country and to effectuate personal service on Defendant Bankman-Fried in The Bahamas before he was extradited to the United States at the end of 2021. Commonwealth of The Bahamas, In the Supreme Court, Common Law and Equity Division Case No. 01779.
- Counsel for Consolidation Plaintiffs have been involved in the bankruptcy action for FTX, including multiple discussions with various counsel for creditors and unsecured

creditors, as well as filing an objection to the appointment of Sullivan & Cromwell as the debtors' lead counsel.

- Counsel for Plaintiff Papadakis has sent correspondence to Senator Warren seeking information about the investigation of the FTX Entities and related parties.

The group of attorneys representing Consolidation Plaintiffs has been working together for months and has put together a leadership plan that is borne out of cooperation and shared knowledge of the disposition of this case thus far—a case that Rabbitte joined at the eleventh hour. Any delay in appointing a leadership structure in this action will simply harm the Consolidation Plaintiffs and the putative class by further postponing the effective prosecution of this action. Delay is unnecessary because there is already a well-organized group of attorneys with a proven ability to coordinate and work cooperatively. Consolidation and appointment of an interim leadership structure will ensure the putative class's interests are protected. Any further delay will only undermine those interests and cause needless duplication of efforts and inefficiency.

For the above reasons, the Consolidation Plaintiffs respectfully request that the Court grant their Motion to Consolidate and Appoint Interim Co-Lead Counsel and Liaison Counsel, and deny Rabbitte's belated request to stay the Motion or alter the briefing schedule.

Respectfully submitted,

DATED: February 23, 2023

**EDELSON PC**

By:  /s/ *Yaman Salahi*
        Yaman Salahi

Todd M. Logan (SBN 305912)
Yaman Salahi (SBN 288752)
P. Solange Hilfinger-Pardo (SBN 320055)
Edelson PC
150 California Street, 18th Floor
San Francisco, CA  94111
Telephone: (415) 212-9300
tlogan@edelson.com
ysalahi@edelson.com
shilfingerpardo@edelson.com

Amy Hausmann (*pro hac vice* forthcoming)

|   |   |
|---|---|
| 1 | Hannah Hilligoss (*pro hac vice* forthcoming) |
| 2 | Edelson PC |
|   | 350 N La Salle St., 15th Floor |
| 3 | Chicago, IL 60654 |
|   | Telephone: (312) 589-6370 |
| 4 | ahausmann@edelson.com |
|   | hhilligoss@edelson.com |

*Counsel for Plaintiff Jessup, and Proposed Interim Co-Lead Counsel*

DATED: February 23, 2023            **AUDET & PARTNERS, LLP**

By: __/s/ *William M. Audet*_____
     William M. Audet

William M. Audet (SBN 117456)
Ling Yue Kuang (SBN 296873)
Kurt David Kessler (SBN 327334)
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102-3275
Telephone: (415) 568-2555
Email: *waudet@audetlaw.com*
         *lkuang@audetlaw.com*
         *kkessler@audetlaw.com*

*Counsel for Plaintiff Lam, and Proposed Liaison Counsel and Chair of Executive Committee*

DATED: February 23, 2023            **POMERANTZ LLP**

By: __/s/ *Joshua B. Silverman*_____
     Joshua B. Silverman

1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone:  405-7190
Email: *jpafiti@pomlaw.com*

Joshua B. Silverman (admitted *pro hac vice*)
Christopher Tourek (admitted *pro hac vice*)
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Email:  jbsilverman@pomlaw.com
         ctourek@pomlaw.com

*Counsel for Plaintiff Hawkins, and Proposed Interim Co-Lead Counsel*

**KAPLAN FOX & KILSHEIMER LLP**

DATED: February 23, 2023

By:  /s/ *Laurence D. King*
       Laurence D. King

Laurence D. King (SBN 206423)
Kathleen A. Herkenhoff (SBN 168562)
Blair E. Reed (SBN 316791)
1999 Harrison Street, Suite 1560
Oakland, CA  94612
Telephone: (415) 772-4700
Email: *lking@kaplanfox.com*
         *kherkenhoff@kaplanfox.com*
         *breed@kaplanfox.com*

Frederic S. Fox (admitted *pro hac vice*)
Joel B. Strauss (admitted *pro hac vice*)
Jeffrey P. Campisi (admitted *pro hac vice*)
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone:  212-687-1980
Email: *ffox@kaplanfox.com*
         *jstrauss@kaplanfox.com*
         *jcampisi@kaplanfox.com*

*Counsel for Plaintiff Papadakis, and Proposed Interim Co-Lead Counsel*

**WITES LAW FIRM**
Marc A. Wites (*pro hac vice* to be filed)
4400 North Federal Highway
Lighthouse Point, FL 33064
Telephone: (866) 558-9631
Email: *mwites@witeslaw.com*

*Counsel for Plaintiff Papadakis, and Proposed Executive Committee Member*

**THE HODA LAW FIRM, PLLC**
Marshal Hoda (*pro hac vice* to be filed)
12333 Sowden Road, Suite B, PMB 51811
Houston, TX 77080
Telephone: (832) 848-0036
Email: *marshal@thehodalawfirm.com*

*Counsel for Plaintiff Pierce, and Proposed Executive Committee Member*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein (*pro hac vice* to be filed)
Eitan Kimelman (*pro hac vice* to be filed)
60 E. 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Email: *peretz@bgandg.com*
         *eitank@bgandg.com*

*Counsel for Plaintiff Hawkins, and Proposed Executive Committee Member*

**LIEFF GLOBAL**
Robert L. Lieff (SBN 037568)
  rlieff@lieff.com
  P.O. Drawer A
  Rutherford, California 94573

*Counsel for Plaintiff Lam*

**LEHMAN, LEE & XU LLC** (Saipan #25977-001-1)
  **c/o LEHMAN, LEE & XU**
Edward LEHMAN (IL SBN 6194489)*
  elehman@lehmanlaw.com
Jacob BLACKLOCK (TX SBN 24079835)*
  jblacklock@lehmanlaw.com
  Suite 3313, Tower One, Times Square
  1 Matheson Street, Causeway Bay, Hong Kong
  Telephone:   (852) 3588-2127
  Facsimile:    (852) 3588-2088

*Counsel for Plaintiff Lam*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Yaman Salahi, attest that concurrence in the filing of this document has been obtained from the other signatories.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of February, 2023, at San Francisco, California.

*By:  /s/ Yaman Salahi*
Yaman Salahi

# CERTIFICATE OF SERVICE

I, Maria Parker, declare:

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is 150 California Street, 18th Floor, San Francisco, CA 94111, in said County and State. On February 23, 2023, I served the following documents described as:

**PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO CONSOLIDATE, TO APPOINT INTERIM CO-LEAD COUNSEL, LIAISON COUNSEL, AND PLAINTIFFS' EXECUTIVE COMMITTEE**

By serving a true copy of the above-described document in the manner described below. The above-described documents were transmitted via CM/ECF to all attorneys on the service list. Any attorney not listed on the service list was emailed. Attorneys or Defendants lacking an email address will be served by U.S. Mail.

Respectfully Submitted,

*/s/ Maria Parker*

| Service List | |
|---|---|
| William M. Audet (CA SBN 117456)<br>Ling Y. Kuang (CA SBN 296873) Kurt D. Kessler (CA SBN 327334)<br>waudet@audetlaw.com<br>lkuang@audetlaw.com<br>kkessler@audetlaw.com<br>AUDET & PARTNERS, LLP<br>711 Van Ness Avenue, Suite 500 San Francisco, CA 94102-3275 Telephone: (415) 568-2555 Facsimile: (415) 568-2556<br><br>Robert L. Lieff (CA SBN 037568)<br>rlieff@lieff.com<br>P.O. Drawer A<br>Rutherford, California 94573 | **Samuel Bankman-Fried**<br><br>Mailed to:<br>743 Cooksey Ln,<br>Stanford, CA 94305<br><br>Last Known Address of Defendant in *Hawkins v. Bankman-Fried, et al.*, No. 3:22-cv-07620-JSC (N.D. Cal.); *Jessup v. Samuel Bankman-Fried*, No. 22-cv-7666-JSC (N.D. Cal.); *Lam v. Bankman-Fried*, No. 22-cv-7336-JSC (N.D. Cal.); *Pierce v. Bankman-Fried et al.*, No. 3:22-cv-07444-JSC (N.D. Cal.); *Papadakis v. Bankman-Fried, et al.*, Case No. 3:23-cv-00024-JSC (N.D. Cal.)<br><br>Emailed to: |

| | | |
|---|---|---|
| 1 | Edward Lehman (IL SBN 6194489)* elehman@lehmanlaw.com | Mark Stewart Cohen |
| 2 | Jacob BLACKLOCK (TX SBN 24079835)* jblacklock@lehmanlaw.com | Christian R. Everdell Cohen & Gresser, LLP (NYC) |
| 3 | LEHMAN, LEE & XU LLC | 800 Third Avenue |
| 4 | (Saipan #25977-001-1) c/o LEHMAN, LEE & XU | New York, NY 10022 (212) 957-7600 |
| 5 | Suite 3313, Tower One, Times Square 1 | Fax: (212)957-4514 |
| 6 | Matheson Street, Causeway Bay, Hong Kong Telephone: (852) 3588-2127 | Email: mcohen@cohengresser.com ceverdell@cohengresser.com |
| 7 | Facsimile: (852) 3588-2088 | Counsel for Defendant in *USA v. Samuel* |
| 8 | Counsel for Lam Plaintiff in *Lam v. Bankman-Fried*, No. 22-cv-7336-JSC | *Bankman-Fried*, No. 22-cr-673-LAK-1 (S.D.N.Y.) |
| 9 | (N.D. Cal.) | **Caroline Ellison** |
| 10 | Jennifer Pafiti (SBN 282790) | Mailed to: |
| 11 | jpafiti@pomlaw.com POMERANTZ LLP | 20 Exchange Pl, Apt 1212, New York, NY 10005 |
| 12 | 1100 Glendon Avenue, 15th Floor Los Angeles, California 90024 | 327 Franklin St, |
| 13 | Telephone: (310) 405-7190 | Newton, MA 02458 |
| 14 | Jeremy A. Lieberman (*pro hac vice* | Last Known Addresses of Defendant in *Hawkins v.* |
| 15 | application forthcoming) jalieberman@pomlaw.com | *Bankman-Fried, et al.*, No. 3:22-cv-07620-JSC (N.D. Cal.); *Jessup v. Samuel Bankman-Fried*, No. |
| 16 | J. Alexander Hood II (*pro hac vice* application forthcoming) | 22-cv-7666-JSC (N.D. Cal.); *Lam v. Bankman-Fried*, No. 22-cv-7336-JSC (N.D. Cal.); *Pierce v.* |
| 17 | ahood@pomlaw.com | *Bankman-Fried et al.*, No. 3:22-cv-07444-JSC |
| 18 | POMERANTZ LLP 600 Third Avenue, 20th Floor | (N.D. Cal.); *Papadakis v. Bankman-Fried, et al.*, Case No. 3:23-cv-00024-JSC (N.D. Cal.) |
| 19 | New York, New York 10016 Telephone: (212) 661-1100 | Emailed to: |
| 20 | Facsimile: (917) 463-1044 | Stephanie Avakian Wilmer Cutler Pickering Hale and Dorr LLP |
| 21 | Peretz Bronstein (*pro hac vice* application | 1875 Pennsylvania Avenue NW |
| 22 | forthcoming) peretz@bgandg.com | Washington, DC 20006 202-663-6471 |
| 23 | Eitan Kimelman (*pro hac vice* application forthcoming) | Email: stephanie.avakian@wilmerhale.com |
| 24 | eitank@bgandg.com | Anjan Sahni |
| 25 | BRONSTEIN, GEWIRTZ & GROSSMAN, LLC | Nicholas Werle Peter Gillies Neiman |
| 26 | 60 East 42nd Street, Suite 4600 New York, New York 10165 | Wilmer Cutler Pickering Hale & Dorr LLP (NYC) 7 World Trade Center |
| 27 | Telephone: (212) 697-6484 Facsimile: (212) 697-7296 | New York, NY 10007 (212)-937-7418 |
| 28 | | Email: anjan.sahni@wilmerhale.com |

| | |
|---|---|
| *Counsel for Plaintiff in Hawkins v. Bankman-Fried, et al.*, No. 3:22-cv-07620-JSC (N.D. Cal.) | nick.werle@wilmerhale.com<br>Peter.Neiman@wilmerhale.com<br><br>Counsel for Defendant in *USA v. Caroline Ellison*, No. 22-cr-673-LAK-3 (S.D.N.Y.) |
| Rafey S. Balabanian (SBN 315962)<br>rbalabanian@edelson.com<br>Todd Logan (SBN 305912)<br>tlogan@edelson.com<br>Yaman Salahi (SBN 288752)<br>ysalahi@edelson.com<br>P. Solange Hilfinger-Pardo (SBN 320055)<br>shilfingerpardo@edelson.com<br>EDELSON PC<br>150 California Street, 18th Floor<br>San Francisco, California 94111<br>Tel: 415.212.9300<br>Fax: 415.373.9435 | **Zixiao Gary Wang**<br><br>   Mailed to:<br><br>304 Island Ln,<br>Egg Harbor Township, NJ 08234<br><br>Last Known Address of Defendant in *Hawkins v. Bankman-Fried, et al.*, No. 3:22-cv-07620-JSC (N.D. Cal.); *Jessup v. Samuel Bankman-Fried*, No. 22-cv-7666-JSC (N.D. Cal.); *Pierce v. Bankman-Fried et al.*, No. 3:22-cv-07444-JSC (N.D. Cal.); *Papadakis v. Bankman-Fried, et al.*, Case No. 3:23-cv-00024-JSC (N.D. Cal.) |
| Counsel for Plaintiff in *Jessup v. Samuel Bankman-Fried*, No. 22-cv-7666-JSC (N.D. Cal.)<br><br>Marshal J. Hoda, Esq. Texas Bar No. 2411009 (*Pro hac vice* application forthcoming)<br>marshal@thehodalawfirm.com<br>THE HODA LAW FIRM, PLLC<br>12333 Sowden Road, Suite B Houston, TX 77080<br>Tel: (832) 848-0036 | Emailed to:<br><br>Ilan Tuviah Graff<br>Alex B. Miller<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>212-859-8931<br>Fax: 212-859-4000<br>Email: ilan.graff@friedfrank.com<br>alex.miller@friedfrank.com |
| Steven C. Vondran, Esq. California Bar No. 232337<br>steve@vondranlegal.com<br>THE LAW OFFICES OF STEVEN C. VONDRAN, PC<br>One Sansome Street, Suite 3500<br>San Francisco, CA 94104<br>Tel: (877) 276-5084 | Counsel for Defendant in *USA v. Gary Wang*, No. 22-cr-673-LAK-2 (S.D.N.Y.)<br><br>**Nishad Singh**<br><br>   Mailed to:<br>26050 Kriste Ln.<br>Los Altos Hills, CA 94022 |
| *Counsel for Plaintiff in Pierce v. Bankman-Fried et al.*, No. 3:22-cv-07444-JSC (N.D. Cal.)<br><br>Laurence D. King (SBN 206423) Kathleen A. Herkenhoff (SBN 168562) | Last Known Address of Defendant in *Hawkins v. Bankman-Fried, et al.*, No. 3:22-cv-07620-JSC (N.D. Cal.); *Jessup v. Samuel Bankman-Fried*, No. 22-cv-7666-JSC (N.D. Cal.); *Pierce v. Bankman-Fried et al.*, No. 3:22-cv-07444-JSC (N.D. Cal.); |

| | |
|---|---|
| Blair E. Reed (SBN 316791)<br>KAPLAN FOX & KILSHEIMER LLP<br>1999 Harrison Street, Suite 1560 Oakland, CA 94612<br>Telephone: 415-772-4700 Facsimile: 415-772-4707<br>Email: lking@kaplanfox.com<br>kherkenhoff@kaplanfox.com<br>breed@kaplanfox.com<br><br>Frederic S. Fox (*pro hac vice* to be filed)<br>Joel B. Strauss (*pro hac vice* to be filed)<br>Jeffrey P. Campisi (*pro hac vice* to be filed)<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Telephone: 212-687-1980 Facsimile: 212-687-7714<br>Email: ffox@kaplanfox.com<br>jstrauss@kaplanfox.com<br>jcampisi@kaplanfox.com<br><br>Marc A. Wites (pro hac vice to be filed)<br>WITES LAW FIRM<br>4400 North Federal Highway Lighthouse Point, FL 33064<br>Telephone: (866) 558-9631<br>Email: mwites@witeslaw.com<br><br>Counsel for Plaintiff in *Papadakis v. Bankman-Fried, et al.*, Case No. 3:23-cv-00024-JSC (N.D. Cal.)<br><br><br>ROBBINS GELLER RUDMAN & DOWD LLP<br>Shawn A. Williams (SBN 213113)<br>Hadiya K. Deshmukh (SBN 328118)<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800 San Francisco, CA 94104 Telephone: 415/288-4545<br>415/288-4534 (fax)<br>shawnw@rgrdlaw.com<br>hdeshmukh@rgrdlaw.com<br><br>Eric I. Niehaus (SBN 239023) | *Papadakis v. Bankman-Fried, et al.*, Case No. 3:23-cv-00024-JSC (N.D. Cal.)<br><br>**Sam Trabucco**<br><br>   Mailed to:<br>36 Winners Cir.<br>Wells, ME 04090<br><br>Last Known Address of Defendant in *Jessup v. Samuel Bankman-Fried*, No. 22-cv-7666-JSC (N.D. Cal.)<br><br>**Armanino, LLP**<br><br>   Mailed to:<br>12657 Alcosta Boulevard, Suite 500<br>San Ramon, California 94583<br><br>Address for Service of Defendant in *Hawkins v. Bankman-Fried, et al.*, No. 3:22-cv-07620-JSC (N.D. Cal.); *Pierce v. Bankman-Fried et al.*, No. 3:22-cv-07444-JSC (N.D. Cal.)<br><br>   Emailed to:<br><br>**Ann Marie Mortimer**<br>Kirk Austin Hornbeck<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>(213) 532-2103<br>Email: amortimer@HuntonAK.com<br>khornbeck@HuntonAK.com<br><br>Counsel for Defendant in *Papadakis v. Bankman-Fried, et al.*, Case No. 3:23-cv-00024-JSC (N.D. Cal.)<br><br>**Prager Metis CPAs, LLC**<br><br>   Mailed to:<br><br>14 Penn Plaza, Suite 1800<br>New York, New York 10122 |

| | |
|---|---|
| Brian E. Cochran (SBN 286202)<br>Kenneth P. Dolitsky (SBN 345400)<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax) ericn@rgrdlaw.com<br>bcochran@rgrdlaw.com<br>kdolitsky@rgrdlaw.com<br><br>Stuart A. Davidson<br>Anny M. Martin<br>225 NE Mizner Boulevard<br>Suite 720<br> Boca Raton, FL 33432<br>Telephone: 561/750-3000<br>561/750-3364 (fax)<br><br>*Attorneys for Plaintiff Patrick Rabbitte* in *Rabbitte v. Sequoia Capital Operations, LLC*, No. 4:23-cv-00655-KAW | Address for Service of Defendant in *Hawkins v. Bankman-Fried, et al.*, No. 3:22-cv-07620-JSC (N.D. Cal.)<br><br>   Emailed to:<br><br>Bruce Roger Braun<br>Joanna Rubin Travalini<br>Tommy Hoyt<br>Sidley Austin LLP<br>One S. Dearborn<br>Chicago, Il 60603<br>312-853-7000<br>Fax: 312-853-7036<br>Email: bbraun@sidley.com<br>jtravalini@sidley.com<br>thoyt@sidley.com<br><br>Sarah Alison Hemmendinger<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>415-772-7413<br>Fax: 415-772-7400<br>Email: shemmendinger@sidley.com<br><br>Counsel for Defendant in *Pierce v. Bankman-Fried et al.*, No. 3:22-cv-07444-JSC (N.D. Cal.)<br><br>**Golden State Warriors, LLC**<br><br>   Mailed to:<br>c/o CT Corporation System<br>330 N. Brand Blvd., Ste 700<br>Glendale, CA 91203<br><br>Address for Service of Defendant in *Lam v. Bankman-Fried*, No. 22-cv-7336-JSC (N.D. Cal.) |