ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
hdeshmukh@rgrdlaw.com
     – and –
ERIC I. NIEHAUS (239023)
BRIAN E. COCHRAN (286202)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
ericn@rgrdlaw.com
bcochran@rgrdlaw.com
kdolitsky@rgrdlaw.com

Attorneys for Interested Party Patrick Rabbitte

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT LAM, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC.,<br><br>            Defendants. | Case No. 3:22-cv-07336-JSC<br><br>CLASS ACTION<br><br>PLAINTIFF PATRICK RABBITTE'S NOTICE OF WITHDRAWAL OF HIS RESPONSE TO PLAINTIFFS' NOTICE OF MOTION AND MOTION TO CONSOLIDATE, TO APPOINT INTERIM CO-LEAD COUNSEL, LIAISON COUNSEL, AND PLAINTIFFS' EXECUTIVE COMMITTEE<br><br>DATE: March 9, 2023<br>TIME: 10:00 a.m.<br>CTRM: 8, 19th Floor<br>JUDGE: Hon. Jacqueline Scott Corley |

4864-9425-2116.v1

1  Plaintiff Patrick Rabbitte hereby submits this notice of withdrawal of his Response to Plaintiffs' Notice of Motion and Motion to Consolidate, to Appoint Interim Co-Lead Counsel, Liaison Counsel, and Plaintiffs' Executive Committee.  *See* ECF 23.

DATED: March 2, 2023                    Respectfully submitted,

                                       ROBBINS GELLER RUDMAN
                                             & DOWD LLP
                                       SHAWN A. WILLIAMS
                                       HADIYA K. DESHMUKH


                                                   s/ Shawn A. Williams
                                          SHAWN A. WILLIAMS

                                       Post Montgomery Center
                                       One Montgomery Street, Suite 1800
                                       San Francisco, CA  94104
                                       Telephone:  415/288-4545
                                       415/288-4534 (fax)

                                       ROBBINS GELLER RUDMAN
                                          & DOWD LLP
                                       ERIC I. NIEHAUS
                                       BRIAN E. COCHRAN
                                       KENNETH P. DOLITSKY
                                       655 West Broadway, Suite 1900
                                       San Diego, CA  92101
                                       Telephone:  619/231-1058
                                       619/231-7423 (fax)

                                       ROBBINS GELLER RUDMAN
                                          & DOWD LLP
                                       STUART A. DAVIDSON
                                       ANNY M. MARTIN
                                       225 NE Mizner Boulevard, Suite 720
                                       Boca Raton, FL 33432
                                       Telephone:  561/750-3000
                                       561/750-3364 (fax)

                                       Attorneys for Interested Party Patrick Rabbitte

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on March 2, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Shawn A. Williams
SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
    &amp; DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
Email:  shawnw@rgrdlaw.com

4864-9425-2116.v1

# Mailing Information for a Case 3:22-cv-07336-JSC Lam v. Bankman-Fried

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **William M. Audet**
  waudet@audetlaw.com,nperez@audetlaw.com,kkessler@audetlaw.com,lkuang@audetlaw.com

- **Daniel C. Girard**
  dgirard@girardsharp.com,mcox@girardsharp.com,tomw@girardsharp.com,avongoetz@girardsharp.com,apolk@girardsharp.com,5804895420@filings.docketbird.com

- **Marshal Hoda**
  marshal@thehodalawfirm.com,marshal@ecf.courtdrive.com

- **Kurt David Kessler**
  kkessler@audetlaw.com

- **Laurence D. King**
  lking@kaplanfox.com,spowley@kaplanfox.com,nlee@kaplanfox.com

- **Ling Yue Kuang**
  lkuang@audetlaw.com

- **Todd M. Logan**
  tlogan@edelson.com,abhausmann@edelson.com,4054100420@filings.docketbird.com,bsilverkorn@edelson.com,docket@edelson.com

- **Stephen T Pierce**
  steve@vondranlegal.com

- **Yaman Salahi**
  ysalahi@edelson.com,4913733420@filings.docketbird.com,docket@edelson.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`