SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
POLLY TOWILL, Cal. Bar. No. 120420
ptowill@sheppardmullin.com
JOHN LANDRY, Cal. Bar No. 194374
jlandry@sheppardmullin.com
MADALYN MACARR, Cal. Bar No. 301539
mmacarr@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398

Attorneys for Defendants SILVERGATE CAPITAL CORPORATION, SILVERGATE BANK, and ALAN J. LANE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELLIOTT LAM, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAM BANKMAN-FRIED, CAROLING ELLISON, and GOLDEN STATE WARRIORS, LLC,<br><br>Defendants.<br><br>THIS DOCUMENT RELATES TO:<br><br>*Pierce v. Bankman-Fried et al.*, Case No. 3:22-cv-07444-JSW<br><br>*Hawkins v. Bankman-Fried et al.*, Case No. 3:22-cv-007620-TSH<br><br>*Jessup v. Bankman-Fried et al.*, Case No. 4:22-cv-07666-DMR<br><br>*Papadakis v. Bankman-Fried, et al.*, Case No. 3:23-cv-00024-JSC | Case No. 3:22-cv-07336-JSC<br>The Hon. Jacqueline Scott Corley<br><br>**DECLARATION OF POLLY TOWILL IN SUPPORT OF OPPOSITION TO ADMINISTRATIVE L.R. 7-11 MOTION TO CONSIDER WHETHER THE SILVERGATE ACTIONS SHOULD BE RELATED**<br><br>N.D. Cal. Civil L.R. 3-12<br><br>[Complaint Filed:  November 20, 2022]<br><br>Trial Date:  None Set |
|---|---|

## DECLARATION OF POLLY TOWILL

I, Polly Towill, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Silvergate Capital Corporation, Silvergate Bank, and Alan J. Lane (collectively, the "Silvergate Defendants"). If called as a witness, I could and would competently testify to all facts within my personal knowledge.

2. This declaration is made in support of the Silvergate Defendants' *Opposition to Administrative L.R. 7-11 Motion to Consider Whether the Silvergate Actions Should Be Related* (ECF No. 22) filed by plaintiffs Soham Bhatia, Mason Magleby, Golam Sakline, and Nicole Keane (the "Movants"). The Motion relates to three cases Movants filed against the Silvergate Defendants in the Northern District of California – *Bhatia v. Silvergate Bank*, (N.D. Cal. Case No. 3:23-cv-00667); *Keane v. Silvergate Bank*, (N.D. Cal. Case No. 3:23-cv-00670); and *Magleby, et al.*, *v. Silvergate Bank, et al.*, (N.D. Cal. Case No. 3:23-cv-00669) (collectively, the "Silvergate Actions")

3. Between December 1, 2022 and January 9, 2023, counsel for the Movants filed three separate actions against the Silvergate Defendants in the Southern District of California, on behalf of different plaintiffs: (1) *Gonzalez v. Silvergate Bank, et al.* (SD. Cal. Case No. 3:22-cv-1981); (2) *Zuleta, et al. v. Silvergate Capital Corporation, et al.*, (S.D. Cal. Case No. 3:22-cv-1901); and (3) *Husary, et al. v. Silvergate Bank, et al.*, (S.D. Cal. Case No. 3:23-cv-0038).

4. Starting on or around December 16, 2022, I was in contact with counsel for the plaintiffs in the *Zuleta* action, who are the same counsel in the currently pending *Keane* Action.

5. Starting on or around December 19, 2022, I was in contact with counsel for the plaintiffs in the *Gonzalez* action (who are the same counsel for the now-

dismissed *Husary* action) who are also counsel in the currently pending *Magleby* Action.

6. In January 2023 and into early February 2023, my office was coordinating with counsel for plaintiffs in the *Zuleta*, *Gonzalez*, and *Husary* Actions pending in the Southern District of California regarding a motion to consolidate those cases. While the parties were in the process of finalizing the terms of a stipulation to consolidate the *Gonzalez*, *Zuleta*, and *Husary* Actions, on February 9 and 10, 2023, counsel in the *Gonzalez*, *Zuleta*, and *Husary* Actions inexplicably voluntarily dismissed all three actions pending in the Southern District of California.

7. On February 14, 2023, the same plaintiffs' counsel that I had been speaking with regarding the *Gonzalez*, *Zuleta*, and *Husary* Actions filed the currently pending Silvergate Actions in the Northern District of California. The next morning, counsel for Ms. Keane, Timothy Blood, provided me with courtesy copies of all three complaints. None of the Silvergate Defendants have been served in any of the Silvergate Actions, nor has counsel for Movants contacted me or anyone in my office to discuss service. Nor was I contacted regarding Movants' anticipated Motion to Relate prior to or at the time of its filing.

8. I am informed and believe that the agent for service of process for Silvergate Capital and Silvergate Bank received service of the instant Motion to Relate, which was sent via first-class mail on or around February 18, 2023, on February 27, 2023. To my knowledge, Mr. Lane has not been served with a copy of the Motion to Relate.

9. At my direction and instruction, my office has been regularly checking the docket for each of the Silvergate Actions. As of the time of signing this declaration, I am advised that a copy of the Motion to Relate has not been lodged or filed in any of the Silvergate Actions.

1  I declare under penalty of perjury under the laws of the State of California that
2 the foregoing is true and correct.
3  Executed on March 2, 2023 at Los Angeles, California.

*Polly Towill*

Polly Towill