1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   POLLY TOWILL, Cal. Bar. No. 120420
3  ptowill@sheppardmullin.com
   JOHN LANDRY, Cal. Bar No. 194374
4  jlandry@sheppardmullin.com
   MADALYN MACARR, Cal. Bar No. 301539
5  mmacarr@sheppardmullin.com
   333 South Hope Street, 43rd Floor
6  Los Angeles, California 90071-1422
   Telephone:  213.620.1780
7  Facsimile:   213.620.1398

8  Attorneys for Defendants SILVERGATE
   CAPITAL CORPORATION, SILVERGATE
9  BANK, and ALAN J. LANE

10              UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| ELLIOTT LAM, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAM BANKMAN-FRIED, CAROLING ELLISON, and GOLDEN STATE WARRIORS, LLC,<br><br>Defendants. | Case No. 3:22-cv-07336-JSC<br>The Hon. Jacqueline Scott Corley<br><br>**[PROPOSED] ORDER DENYING ADMINISTRATIVE L.R. 7-11 MOTION TO CONSIDER WHETHER THE SILVERGATE ACTIONS SHOULD BE RELATED**<br><br>N.D. Cal. Civil L.R. 3-12<br><br>[Complaint Filed:  November 20, 2022]<br><br>Trial Date:  None Set |
| THIS DOCUMENT RELATES TO:<br><br>*Pierce v. Bankman-Fried et al.,*<br>Case No. 3:22-cv-07444-JSW<br><br>*Hawkins v. Bankman-Fried et al.,*<br>Case No. 3:22-cv-007620-TSH<br><br>*Jessup  v.  Bankman-Fried  et  al.,*<br>Case No. 4:22-cv-07666-DMR<br><br>*Papadakis v. Bankman-Fried, et al.,*<br>Case No. 3:23-cv-00024-JSC | |

1

## **[PROPOSED] ORDER**

2      Having considered plaintiffs Soham Bhatia, Mason Magleby, Golam Sakline,

3 and Nicole Keane (the "Movants") Administrative Motion to Consider Whether

4 Cases Should be Related under Civil Local Rule 3-12, and the Opposition of

5 Silvergate Capital Corporation, Silvergate Bank, and Alan J. Lane (collectively, the

6 "Silvergate Defendants"), the Court HEREBY ORDERS that:

7      *Bhatia v. Silvergate Bank*, (N.D. Cal. Case No. 3:23-cv-00667); *Keane v.*

8 *Silvergate Bank*, (N.D. Cal. Case No. 3:23-cv-00670); and *Magleby, et al., v.*

9 *Silvergate Bank, et al.*, (N.D. Cal. Case No. 3:23-cv-00669) (collectively, the

10 "Silvergate Actions") are NOT related to *Lam v. Bankman-Fried*, 22-cv-07336-JSC

11 (N.D. Cal) under Local Rule 3-12.

12

13      IT IS SO ORDERED.

14

15 Dated: _____, 2023

16                                    _____

17                                    HON. JACQUELINE SCOTT CORLEY
                                     UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28