ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
hdeshmukh@rgrdlaw.com
     – and –
ERIC I. NIEHAUS (239023)
BRIAN E. COCHRAN (286202)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
ericn@rgrdlaw.com
bcochran@rgrdlaw.com
kdolitsky@rgrdlaw.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT LAM, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC.,<br><br>　　　　　　　　Defendants. | Case No. 3:22-cv-07336-JSC<br><br><u>CLASS ACTION</u><br><br>JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11 |
| This Document Relates To:<br><br>*Pierce v. Bankman-Fried et al.*,<br>No. 3:22-cv-07444-JSC<br><br>*Hawkins v. Bankman-Fried et al.*,<br>No. 3:22-cv-07620-JSC | |

[Caption continued on following page.]

4858-3260-0405.v1

| | |
|---|---|
| *Jessup v. Bankman-Fried, et al.*, No. 3:22-cv-07666-JSC | ) ) ) |
| *Papadakis v. Bankman-Fried, et al.*, No. 3:23-cv-00024-JSC | ) ) ) |
| *Rabbitte v. Sequoia Capital Operations, LLC,, et al.*, No. 3:23-cv-00655-WHA | ) ) ) ) |
| *Girshovich v. Sequoia Capital Operations, LLC, et al.*, No. 3:23-cv-00945-JCS | ) ) ) ) |

4858-3260-0405.v1

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE, pursuant to Civil L.R. 3-12 and 7-11, plaintiff Patrick J. Rabbitte and plaintiff Mark Girshovich ("Plaintiffs") and defendants Sequoia Capital Operations, LLC, Paradigm Operations LP, and Thoma Bravo, LP hereby respectfully move this Court to consider whether *Rabbitte v. Sequoia Capital Operations, LLC*, N.D. Cal., No. 3:23-cv-00655-WHA (the "*Rabbitte* Action"), which was filed on February 14, 2023, and is pending before the Honorable William H. Alsup, should be related to *Lam v. Bankman-Fried*, No. 3:22-cv-07336-JSC (the "*Lam* Action") and the four actions already related to *Lam*: (a) *Pierce v. Bankman-Fried*, No. 3:22-cv-07444-JSC (the "*Pierce* Action"); (b) *Hawkins v. Bankman-Fried*, No. 3:22-cv-07620- JSC (the "*Hawkins* Action"); (c) *Jessup v. Bankman-Fried*, No. 3:22-cv-07666-JSC (the "*Jessup* Action"); and (d) *Papadakis v. Bankman-Fried*, No. 3:23-cv-00024-JSC (the "*Papadakis* Action"), *see, e.g.*, ECFs 15 and 18 in the *Lam* Action, as well as the later-filed *Girshovich v. Sequoia Capital Operations, LLC*, N.D. Cal., No. 3:23-cv-00945 (the "*Girshovich* Action") (the "Motion").

Submitted herewith is the Declaration of Eric I. Niehaus in support hereof (the "Niehaus Decl."), and an accompanying proposed order.

The *Lam* Action was filed on November 21, 2022, and is currently pending before the Honorable Jacqueline Scott Corley ("Judge Corley"). On December 19, 2022, the *Pierce* Action, *Hawkins* Action, and *Jessup* Action were ordered related to the *Lam* Action. *See* ECF 15 in the *Lam* Action. On January 10, 2023, the *Papadakis* Action was ordered related to the *Lam* Action. *See* ECF 18 in the *Lam* Action. Each of these five related actions (collectively the "Related Actions") are now pending before Judge Corley. On March 2, 2023, the *Girshovich* Action was filed in this District and is current pending before Chief Magistrate Judge Joseph C. Spero. The undersigned parties submit the *Rabbitte* Action is also related within the meaning of Civil L.R. 3-12(a) to the five Related Actions and the *Girshovich* Action.

Actions are related when: (1) the actions substantially concern the same parties, property, transaction or event; and (2) it appears likely there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judicial officers. Civil L.R. 3-12(a).

As outlined below, each of the Related Actions (including the *Lam* Action) and the *Girshovich* Action concern substantially the same transactions and events as in the *Rabbitte* Action and relation would avoid unnecessary labor and expense and would minimize the risk of conflicting rulings. Under Civil L.R. 3-12(a)'s standard, the *Rabbitte* Action should be related to the *Lam* Action and the other Related Actions, as well as the *Girshovich* Action.

**I. The *Rabbitte* Action, the Related Actions, and the *Girshovich* Action Concern the Same Transactions and Events: the Collapse of the FTX Cryptocurrency Trading Platforms Following the Disclosure of Alleged Misconduct in November 2022**

The *Rabbitte* Action, the Related Actions, and the *Girshovich* Action all arise from the same alleged transactions and events: specifically, the promotion of the FTX cryptocurrency trading platforms ("FTX") to consumers, the deposit and use of customer funds for trading on the FTX platforms, and the eventual collapse of FTX in November 2022 following claims that FTX's management had misappropriated customer funds and improperly diverted assets to their separately owned proprietary trading firm Alameda Research, among other alleged misconduct.[1] *See* Niehaus Decl. at Exs. 1-6. Eventually, the entities that operate FTX filed for bankruptcy trapping billions of dollars' worth of customer funds on the impacted platforms. While the *Rabbitte* Action and the *Girshovich* Action assert claims against the venture capital and private equity investors in FTX that are not asserted in any of the Related Actions, the operative complaints on file in each of these actions contain substantially similar factual allegations concerning the alleged promotion of FTX by various defendants and alleged misrepresentations regarding the true operations of FTX and the safety and viability of the FTX platforms. *See, e.g.*, Niehaus Decl., Ex. 1 ("*Lam* Action Complaint") at ¶¶22-37; Ex. 6 ("*Rabbitte* Action Complaint") at ¶¶52-70; 75-85; 89-94. Thus, as the Court already decided in relating the *Lam* Action to the other Related Actions, the *Rabbitte* Action and the *Girshovich* Action also meet the standards of Civil L.R. 3-12(a)(1) for relation to each other and to

---

[1] Although Defendants agreed to join this Motion, Defendants note that the allegations at issue are merely that: allegations. Defendants do not agree with the characterization of any claims or express a view that any claims are in any way meritorious, and expressly reserve all rights in that regard.

the Related Actions, as each of these actions arises from the same alleged transactions and events. *See* Niehaus Decl. at Exs. 1-6.

## II. Relation Would Minimize Duplication of Labor and Expense and the Risk of Inconsistent Rulings

The *Rabbitte* Action, the Related Actions, and the *Girshovich* Action also allege similar claims (such as claims under the Unfair Competition Laws or for conspiracy) related to the alleged promotion and operation of FTX and other alleged wrongdoing. *See, e.g.*, Niehaus Decl. *Lam* Action Complaint at ¶¶91-106; *Rabbitte* Action Complaint at ¶¶159-173.

Moreover, because the underlying allegations surrounding the cases are similar and interrelated and involve substantially the same period of time (pending from the formation of FTX through its eventual collapse and bankruptcy), a significant amount of the discovery sought in these cases will likely overlap. *See* Niehaus Decl. at Exs. 1-6.

Thus, Civil L.R. 3-12(a)(2) necessitates the relating of these cases because otherwise the overlapping questions of law and discovery will impose an unduly burdensome duplication of labor and expense upon the parties and will create the risk of conflicting rulings if the actions are conducted before different judges within this District. In sum, relation of these actions would significantly advance the interests of judicial economy.

For these reasons, the undersigned parties respectfully request the *Rabbitte* Action and the *Girshovich* Action be deemed related to each other and to the Related Actions pursuant to Civil L.R. 3-12.

Respectfully submitted,

DATED: March 8, 2023

| ROBBINS GELLER RUDMAN | THE MEHDI FIRM |
| & DOWD LLP | AZRA MEHDI |
| ERIC I. NIEHAUS | |
| BRIAN E. COCHRAN | |
| KENNETH P. DOLITSKY | |

| s/ Eric I. Niehaus | s/ Azra Mehdi |
| ERIC I. NIEHAUS | AZRA MEHDI |

| | |
|---|---|
| 655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br><br>ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>SAMUEL H. RUDMAN<br>SHAWN A. WILLIAMS<br>HADIYA K. DESHMUKH<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: 415/288-4545<br>415/288-4534 (fax)<br><br>ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>STUART A. DAVIDSON<br>ANNY M. MARTIN<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>Telephone: 561/750-3000<br>561/750-3364 (fax)<br><br>Attorneys for Plaintiff Patrick J Rabbitte | 95 Third Street<br>2nd Floor No. 9122<br>San Francisco, CA 94103<br>Telephone: 415/905-8880<br><br>HERMAN JONES LLP<br>JOHN C. HERMAN<br>CANDACE SMITH<br>CONNELY DOIZÉ<br>3424 Peachtree Road, N.E., Suite 1650<br>Atlanta, Georgia 30326<br>Telephone: 404/504-6500<br>404/504-6501 (fax)<br><br><br><br>Attorneys for Plaintiff Mark Girshovich |
| CLEARY GOTTLIEB STEEN &<br>  HAMILTON LLP<br>JENNIFER KENNEDY PARK<br>JOSHUA WALDEN<br>YE EUN CHUN<br><br>     s/ Jennifer Kennedy Park<br>    JENNIFER KENNEDY PARK<br><br>1841 Page Mill Rd., Suite 250<br>Palo Alto, CA 94304<br>Telephone: 650/814-4100<br><br>Attorneys for Defendant<br>  Sequoia Capital Operations, LLC | KIRKLAND & ELLIS LLP<br>MARK EDWARD MCKANE, P.C.<br>ANNA TERTERYAN<br>STEPHEN M. SILVA<br><br><br>       s/ Anna Terteryan<br>       ANNA TERTERYAN<br><br>555 California Street<br>San Francisco, CA 94104<br>Telephone: 415/439-1400<br>415/439-1500 (fax)<br><br>Attorneys for Defendant Thomas Bravo, LP |
| SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>MARK R.S. FOSTER<br><br><br><br>     s/ Mark R.S. Foster<br>    MARK R.S. FOSTER | |

JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11 - 3:22-cv-07336-JSC - 4 -
4858-3260-0405.v1

1
2  525 University Avenue
   Palo Alto, California 9430
3  Telephone: 650/470-4500
   650/470-4570 (fax)
4
   SKADDEN, ARPS, SLATE,
5    MEAGHER & FLOM LLP
   ALEXANDER C. DRYLEWSKI
6  (admitted *pro hac vice*)
   One Manhattan West
7  New York, NY  10001
   Telephone:  212/735-3000
8  212/735-2000 (fax)
9
   Attorneys for Defendant
10 Paradigm Operations LP

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11 - 3:22-cv-07336-JSC                  - 5 -
4858-3260-0405.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on March 8, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Eric I, Niehaus
ERIC I. NIEHAUS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  EricN@rgrdlaw.com

4858-3260-0405.v1

## Mailing Information for a Case 3:22-cv-07336-JSC Lam v. Bankman-Fried

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **William M. Audet**
  waudet@audetlaw.com,nperez@audetlaw.com,kkessler@audetlaw.com,lkuang@audetlaw.com

- **Daniel C. Girard**
  dgirard@girardsharp.com,mcox@girardsharp.com,tomw@girardsharp.com,avongoetz@girardsharp.com,apolk@girardsharp.com,5804895420@filings.docketbird.com

- **Marshal Hoda**
  marshal@thehodalawfirm.com,marshal@ecf.courtdrive.com

- **Kurt David Kessler**
  kkessler@audetlaw.com

- **Laurence D. King**
  lking@kaplanfox.com,spowley@kaplanfox.com,nlee@kaplanfox.com

- **Ling Yue Kuang**
  lkuang@audetlaw.com

- **Todd M. Logan**
  tlogan@edelson.com,abhausmann@edelson.com,4054100420@filings.docketbird.com,bsilverkorn@edelson.com,docket@edelson.com

- **Stephen T Pierce**
  steve@vondranlegal.com

- **Yaman Salahi**
  ysalahi@edelson.com,4913733420@filings.docketbird.com,docket@edelson.com

- **Polly Towill**
  ptowill@sheppardmullin.com,angelsmith@sheppardmullin.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`