ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
hdeshmukh@rgrdlaw.com
    – and –
ERIC I. NIEHAUS (239023)
BRIAN E. COCHRAN (286202)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ericn@rgrdlaw.com
bcochran@rgrdlaw.com
kdolitsky@rgrdlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT LAM, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC.,<br><br>　　　　　　　　　Defendants.<br><br>This Document Relates To:<br><br>*Pierce v. Bankman-Fried et al.*,<br>Case No. 3:22-cv-07444-JSC<br><br>*Hawkins v. Bankman-Fried et al.*,<br>Case No. 3:22-cv-07620-JSC | Case No. 3:22-cv-07336-JSC<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF ERIC I. NIEHAUS IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11 |

[Caption continued on following page.]

| | |
|---|---|
| 1 | *Jessup v. Bankman-Fried et al.*,      )<br>No. 3:22-cv-07666-JSC                        ) |
| 2 | ) |
| | *Papadakis v. Bankman-Fried, et al.*,  ) |
| 3 | No. 3:23-cv-00024-JSC                        ) |
| | ) |
| 4 | *Rabbitte v. Sequoia Capital Operations, LLC,* )<br>*et al.*,                                             ) |
| 5 | No. 3:23-cv-00655-WHA                    ) |
| | ) |
| 6 | *Girshovich v. Sequoia Capital Operations,* )<br>*LLC, et al.*,                                      ) |
| 7 | No. 3:23-cv-00945-JCS                      )<br>_____   ) |

DECLARATION OF ERIC I. NIEHAUS IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11 - 3:22-cv-07336-JSC                                                                                                                                - 2 -
4856-6967-8421.v1

I, Eric I. Niehaus, hereby declare:

1. I am a partner with Robbins Geller Rudman & Dowd, LLP. My firm and I serve as counsel for Plaintiff Patrick J. Rabbitte in the matter *Rabbitte v. Sequoia Capital Operations, LLC*, N.D. Cal., No. 3:23-cv-00655-WHA, filed February 14, 2023 (the "*Rabbitte* Action").

2. I have personal knowledge of the matters stated below, and if called as a witness, I could and would testify competently thereto under oath.

3. I respectfully submit this Declaration in support of Plaintiff *Rabbitte*'s Joint Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil L.R. 3-12 and 7-11 (the "Motion").

4. A stipulation pursuant to Civil L.R. 7-11 could not be obtained in view of the fact that the complaints in the above-captioned actions (the "Actions") name several defendants, and the dockets for the Actions do not reflect that all defendants have been served and/or have appeared in these Actions. Accordingly, in light of this fact, obtaining a stipulation by all parties in the Actions would be impracticable, if not impossible, at this stage of the proceedings, and significant delay is inconsistent with the need to "promptly" alert this Court, pursuant to Civil L.R. 3-12, of related cases pending before multiple judicial officers of this District.

5. Attached as Exhibit 1 is a true and correct copy of the complaint filed in *Lam v. Bankman-Fried*, No. 3:22-cv-07336-JSC.

6. Attached as Exhibit 2 is a true and correct copy of the complaint filed in *Pierce v. Bankman Fried*, No. 3:22-cv-07444-JSC.

7. Attached as Exhibit 3 is a true and correct copy of the complaint filed in *Hawkins v. Bankman-Fried*, No. 3:22-cv-07620-JSC.

8. Attached as Exhibit 4 is a true and correct copy of the Complaint filed in *Jessup v. Bankman-Fried*, No. 3:22-cv-07666-JSC.

9. Attached as Exhibit 5 is a true and correct copy of the complaint filed in *Papadakis v. Bankman-Fried*, No. 3:23-cv-00024-JSC.

DECLARATION OF ERIC I. NIEHAUS IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11 - 3:22-cv-07336-JSC - 1 -
4856-6967-8421.v1

1    10.    Attached as Exhibit 6 is a true and correct copy of the complaint filed in *Rabbitte v. Sequoia Capital Operations, LLC*, No. 3:23-cv-00655-WHA.

2    11.    Attached as Exhibit 7 is a true and correct copy of the complaint filed in *Girsovich v. Sequoia Capital Operations, LLC*, No. 3:23-cv-00945-JCS.

I declare under the penalty of perjury under the laws of the United States the foregoing is true and correct. Executed this 8th day of March, 2023 in San Diego, California.

                                                                                 s/ Eric I. Niehaus
                                                                                 ERIC I. NIEHAUS

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on March 8, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

<u>  s/ Eric I. Niehaus                            </u>
ERIC I. NIEHAUS

ROBBINS GELLER RUDMAN
        & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  EricN@rgrdlaw.com

4856-6967-8421.v1

## Mailing Information for a Case 3:22-cv-07336-JSC Lam v. Bankman-Fried

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **William M. Audet**
  waudet@audetlaw.com,nperez@audetlaw.com,kkessler@audetlaw.com,lkuang@audetlaw.com

- **Daniel C. Girard**
  dgirard@girardsharp.com,mcox@girardsharp.com,tomw@girardsharp.com,avongoetz@girardsharp.com,apolk@girardsharp.com,5804895420@filings.docketbird.com

- **Marshal Hoda**
  marshal@thehodalawfirm.com,marshal@ecf.courtdrive.com

- **Kurt David Kessler**
  kkessler@audetlaw.com

- **Laurence D. King**
  lking@kaplanfox.com,spowley@kaplanfox.com,nlee@kaplanfox.com

- **Ling Yue Kuang**
  lkuang@audetlaw.com

- **Todd M. Logan**
  tlogan@edelson.com,abhausmann@edelson.com,4054100420@filings.docketbird.com,bsilverkorn@edelson.com,docket@edelson.com

- **Stephen T Pierce**
  steve@vondranlegal.com

- **Yaman Salahi**
  ysalahi@edelson.com,4913733420@filings.docketbird.com,docket@edelson.com

- **Polly Towill**
  ptowill@sheppardmullin.com,angelsmith@sheppardmullin.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`