UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT LAM, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br> vs.<br><br>SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC.,<br><br>       Defendants.<br><br>This Document Relates To:<br><br>*Pierce v. Bankman-Fried et al.*,<br>No. 3:22-cv-07444-JSC<br><br>*Hawkins v. Bankman-Fried et al.*,<br>No. 3:22-cv-07620-JSC | Case No. 3:22-cv-07336-JSC<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11 |

[Caption continued on following page.]

4862-9573-4358.v1

| | | |
|---|---|---|
| 1 | *Jessup v. Bankman-Fried et al.*, <br> No. 3:22-cv-07666-JSC | ) <br> ) |
| 2 | | ) |
| 3 | *Papadakis v. Bankman-Fried, et al.*, <br> No. 3:23-cv-00024-JSC | ) <br> ) |
| 4 | *Rabbitte v. Sequoia Capital Operations, LLC, et al.*, | ) <br> ) |
| 5 | No. 3:23-cv-00655-WHA | ) <br> ) |
| 6 | *Girshovich v. Sequoia Capital Operations, LLC, et al.*, | ) <br> ) |
| 7 | No. 3:23-cv-00945-JCS | ) <br> ) |

4862-9573-4358.v1

1    Plaintiff Patrick J. Rabbitte and plaintiff Mark Girshovich and defendants Sequoia Capital Operations, LLC, Paradigm Operations LP, and Thoma Bravo, LP have filed a Joint Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rules 3-12 and 7-11 (the "Motion").  The time for filing an opposition or statement of support to the Motion has passed.

The Court finds that *Rabbitte v. Sequoia Capital Operations, LLC*, N.D. Cal., No. 3:23-cv-00655-WHA (the "*Rabbitte* Action") and *Girshovich v. Sequoia Capital Operations, LLC*, N.D. Cal., No. 3:23-cv-00945 (the "*Girshovich* Action") are related to the first five above-captioned actions that the Court previously ordered related in ECFs 15 and 18 in *Lam v. Bankman-Fried*, No. 3:22-cv-07336-JSC (the "*Lam* Action").  Accordingly, having considered the Motion, as well as the pleadings on file, and good cause appearing, the Court hereby **GRANTS** the Motion.

The Court further **ORDERS** the Clerk to relate the *Rabbitte* Action and the *Girshovich* Action to the first five above-captioned actions that were previously ordered related pursuant to ECFs 15 and 18 in the *Lam* Action.  Accordingly, the following actions are ordered related pursuant to Civil L.R. 3-12(a):

1.  *Lam v. Bankman-Fried*, No. 3:22-cv-07336-JSC (filed November 20, 2022);

2.  *Pierce v. Bankman-Fried*, No. 3:22-cv-07444-JSC (filed November 23, 2022);

3.  *Hawkins v. Bankman-Fried*, No. 3:22-cv-07620- JSC (filed December 2, 2022);

4.  *Jessup v. Bankman-Fried*, No. 3:22-cv-07666-JSC (filed December 5, 2022);

5.  *Papadakis v. Bankman-Fried*, No. 3:23-cv-00024-JSC (filed January 3, 2023);

6.  *Rabbitte v. Sequoia Capital Operations, LLC*, N.D. Cal., No. 3:23-cv-00655-WHA (filed February 14, 2023); and

7.  *Girshovich v. Sequoia Capital Operations, LLC*, N.D. Cal., No. 3:23-cv-00945 (filed March 2, 2023).

The *Rabbitte* Action and the *Girshovich* Action shall be reassigned to this Court and the docket shall now reflect the actions as *Rabbitte v. Sequoia Capital Operations, LLC*, N.D. Cal., No.

3:23-cv-00655-JSC and *Girshovich v. Sequoia Capital Operations, LLC*, N.D. Cal., No. 3:23-cv-00945-JSC for all future filings.

IT IS SO ORDERED.

DATED: _____     _____
                             THE HONORABLE JACQUELINE SCOTT CORLEY
                             UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11 - 3:22-cv-07336-JSC

4862-9573-4358.v1

- 2 -