MONTGOMERY McCRACKEN
WALKER & RHOADS LLP
Richard M. Simins
rsimins@mmwr.com
Jeremy D. Mishkin
jmishkin@mmwr.com
437 Madison Avenue, 24th Floor
New York, NY 10022
Telephone: (212) 867-9500

COHEN & GRESSER LLP
S. Gale Dick
sgdick@cohengresser.com
Alexandra K. Theobald
atheobald@cohengresser.com
800 Third Avenue
New York, New York 10022
Telephone: (212) 957 7600

LEWIS & LLEWELLYN LLP
Marc R. Lewis (SBN 233306)
mlewis@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 800-0590

Attorneys for Defendant
SAMUEL BANKMAN-FRIED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT LAM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC,<br><br>Defendants. | Case No. 3:22-cv-07336-JSC<br><br>Related Cases:   3:22-cv-07444-JSC<br>3:22-cv-07620-JSC<br>3:22-cv-07666-JSC<br>3:23-cv-00024-JSC<br><br>**NOTICE OF APPEARANCE OF MARC R. LEWIS ON BEHALF OF DEFENDANT SAMUEL BANKMAN-FRIED** |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE THAT Marc R. Lewis of Lewis & Llewellyn LLP, hereby enters an appearance as co-counsel for Defendant Samuel Bankman-Fried in the above-referenced action. Please serve said counsel with all pleadings and notices in this action.

>Marc R. Lewis (SBN 233306)
>mlewis@lewisllewellyn.com
>LEWIS & LLEWELLYN LLP
>601 Montgomery Street, Suite 2000
>San Francisco, CA 94111
>Telephone:   (415) 800-0590
>Facsimile:    (415) 390-2127

Dated: March 13, 2023                                           LEWIS & LLEWELLYN LLP

                                                                By:   */s/ Marc R. Lewis*
                                                                      Marc R. Lewis
                                                                      Attorneys for Defendant
                                                                      SAMUEL BANKMAN-FRIED