UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT LAM, on behalf of himself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC,<br><br>                    Defendants. | Case No. 3:22−cv−07336−JSC<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL**<br><br>Judge: Jacqueline Scott Corley<br><br>Action Filed: November 20, 2022 |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 03/15/2023

                                                        Elliott Lam
                                                            Party

Date: 03/16/2023

                                                             Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties[1]:

☐ intend to stipulate to an ADR process

☑ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 03/16/2023                                                        /s/ *Ling Kuang*
                                                                      Attorney

---

[1] Counsel for Plaintiff Lam and Defendant Sam Bankman-Fried have discussed the selection of an ADR process and both parties opt to discuss ADR selection at a future case management conference. Counsel for Plaintiff Lam and Defendant Golden State Warriors, LLC have discussed the contents of this form but Golden State Warriors, LLC did not take a position with regard to which option to select. Defendant Caroline Ellison has not yet appeared in this matter.

**Attestation**

  I, the undersigned, am the ECF user whose identification and password are being used to file this document. I hereby attest, in compliance with Civil L.R. 5-1(h)(3), that each of the other Signatories have concurred in the filing of the document.

                    /s/ *Ling Kuang*
                    Ling Kuang