Yaman Salahi (SBN 288752)
**EDELSON PC**
150 California Street, 18th Floor
San Francisco, California 94111
Telephone:  (415) 212-9300
Email: *ysalahi@edelson.com*

William M. Audet (SBN 117456)
**AUDET & PARTNERS, LLP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102-3229
Telephone:  (415) 568-2555
Email: *waudet@audetlaw.com*

Laurence D. King (SBN 206423)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA  94612
Telephone: (415) 772-4700
Email: *lking@kaplanfox.com*

Joshua B. Silverman (admitted *pro hac vice*)
**POMERANTZ LLP**
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone:     (312) 377-1181
Email: jbsilverman@*pomlaw.com*

[Additional Counsel on Signature Block]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT LAM, individually and on behalf of other members of the general public similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC,<br><br>            Defendants. | **Case Nos.**     22−cv−07336−JSC (*Lam*)<br>                  22−cv−07444−JSC (*Pierce*)<br>                  22−cv−07620−JSC (*Hawkins*)<br>                  22−cv−07666−JSC (*Jessup*)<br>                  23−cv−00024−JSC (*Papadakis*)<br><br>**ADMINISTRATIVE L.R. 7-11 REQUEST FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCES**<br><br><u>**Related Cases:**</u><br>*Rabbitte v. Sequoia Capital Operations, LLC, et al.*, No. 23-cv-00655-JSC<br><br>*Bhatia v. Silvergate Bank, et al.,* No. 23-cv-00667-JSC |
| STEPHEN T. PIERCE, individually and on behalf of other members of the general public similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>SAM BANKMAN-FRIED, CAROLINE ELLISON, ZIXIAO WANG, NISHAD SINGH, ARMANINO LLP and PRAGER METIS CPA's,<br><br>            Defendants. | *Magleby, et al., v. Silvergate Bank, et al.,* No. 23-cv-00669-JSC<br><br>*Keane v. Silvergate Bank, et al.,* No. 23-cv-00670-JSC<br><br>*Girshovich v. Sequoia Capital Operations, LLC,* No. 23-cv-00945-JSC |

1   RUSSELL HAWKINS, individually and on
2   behalf of other members of the general public
    similarly situated,
3                           Plaintiff,
            v.
4

5   SAM BANKMAN-FRIED, CAROLINE
    ELLISON, ZIXIAO WANG,  NISHAD
6   SINGH, ARMANINO LLP and PRAGER
    METIS CPA's,
7                           Defendants.

8   MICHAEL ELLIOTT JESSUP, individually
    and on behalf of other members of the general
9   public similarly situated,
                            Plaintiff,
10          v.

11  SAM BANKMAN-FRIED, CAROLINE
12  ELLISON, NISHAD SINGH, GARY WANG
    and SAM TRABUCCO,
13
                            Defendants.
14

15  JULIE PAPADAKIS, individually and on
    behalf of other members of the general public
16  similarly situated,
                            Plaintiff,
17          v.

18  SAM BANKMAN-FRIED, CAROLINE
19  ELLISON, ZIXIAO WANG, NISHAD
    SINGH, ARMANINO LLP and PRAGER
20  METIS CPA's,
                            Defendants.
21

22

23

24

25

26

27

28

TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD, **PLEASE TAKE NOTICE** that pursuant to Civil Local Rules ("L.R.") 7-11 Plaintiffs in the *Lam*, *Pierce*, *Hawkins*, *Jessup*, and *Papadakis* matters captioned above (together, "First-Filed Actions"), hereby jointly and respectfully move this Court for an order Continuing Case Management Conference(s) in some of the Related Actions.[1]

Plaintiffs in the First-Filed Actions arranged for a meet and confer with all plaintiffs' and defense counsel in each of the Related Actions on March 21, 2023, and while not all counsel attended, a great majority did, and the contents of this instant Administrative Motion ("Admin. Mot.") were discussed. *See* Declaration of Ling Y. Kuang ("Kuang Decl.") at ¶ 6. Plaintiffs' counsel in the First-Filed Actions also shared a draft of the Admin. Mot. to all counsel/parties who have appeared in the Related Actions, offering everyone an opportunity to review the anticipated filing and provide any comments thereto. *Id*. Based on comments received from counsel, Plaintiffs in the First-Filed Actions only seek relief with respect to the above-captioned cases (*Lam*, *Pierce*, *Hawkins*, *Jessup* and *Papadakis*), and not all Related Actions.  Plaintiffs in the First-Filed Actions also further update the Court regarding status of service in their respective cases.

## I.    **Relevant Factual & Procedural Background**

In November 2022, the popular cryptocurrency exchange and platform "FTX" (inclusive of both the international platform, FTX Trading, Ltd., and its United States subsidiary, FTX.US) collapsed. FTX filed for bankruptcy on November 11, 2022. Millions of FTX depositors and investors and billions of dollars in fiat and digital assets were impacted as a result of the collapse and subsequent bankruptcy.

On November 20, 2022, the first class action arising out of these facts was filed in this District alleging conspiratorial misconduct, fraud, and other deceptive actions undertaken by certain defendants.[2] Additional Related Actions were later filed in this District that brought forth additional causes of actions

---

[1] "Related Actions" refer to matters that the Court have ordered to be related to the *Lam* case, which includes the following ten (10) actions: *Lam*, *Pierce*, *Hawkins*, *Jessup*, *Papadakis*, *Rabbitte*, *Bhatia*, *Magleby*, *Keane*, and *Girshovich* actions entitled above.

[2] The *Lam* action is the first-filed action related to the FTX collapse. The only federal action that was filed before *Lam*, *Garrison v. Bankman-Fried, et al.* Case No. 1:22-cv-22753-KM (S.D. Fla.), was voluntarily dismissed on December 8, 2022.

and naming additional defendants, outside auditors, and other third parties. On December 12, 2022, an initial Administrative Motion to consider whether the *Pierce*, *Hawkins*, and *Jessup* cases should be related was filed (Dkt. 9), and on December 19, 2022, this Court related the cases (Dkt. 15). The *Papadakis* action filed on January 3, 2023 was also related on January 10, 2023 (Dkt. 18). The *Bhatia*, *Magleby*, and *Keane* actions were related on March 8, 2023 (Dkt. 29). The *Rabbitte* and *Girshovich* actions were related on March 15, 2023 (Dkt. 37).

Plaintiffs in the First-Filed Actions had filed a Motion to Consolidate and Appoint Counsel on February 2, 2023 (Dkt. 19), and the Court denied that Motion without prejudice on March 8, 2023 (Dkt. 28). The Court noted that proofs of service or waivers of the summons from "none of the three defendants in *Lam*; three of six in *Pierce*; four of six in *Hawkins*; none of the five in *Jessup*; and five of six in *Papadakis*" had been filed, thus making any ruling on the Motion premature. *Id.*

Plaintiffs in the First-Filed Actions have made substantial efforts to effect service, and in light of upcoming deadlines relating to the CMCs, offered to meet and confer with all plaintiffs' counsel and defense counsel who have appeared in the Related Actions on March 21, 2023 regarding the subject of this Administrative Motion. Kuang Decl. at ¶¶ 4-6. Undersigned counsel now request that the Court grant the relief requested herein.

## II.   Continuing the Case Management Conferences

Undersigned counsel believe the currently set Case Management Conferences ("CMCs") are premature, particularly with the pendency of the proceeding before the Judicial Panel for Multidistrict Litigation ("JPML"). *See In re: FTX Cryptocurrency Exchange Collapse Litig.*, MDL No. 3076.

Based on the Court's calendar, initial CMCs in the *Lam*, *Pierce*, *Hawkins*, and *Jessup* matters are set for the same date: April 6, 2023. No date has been set yet for the *Papadakis* matter. Plaintiffs in the First-Filed Actions also inform the Court that *Bhatia*, *Rabbitte*, *Magleby*, *Keane*, and *Girshovich* matters[3]

---

[3] The parties in the *Rabbitte* and *Girshovich* matters (which name as defendants only venture capital investors in the FTX entities) filed a stipulation with the Court seeking consolidation of their cases (and any subsequently-filed cases naming the same Defendants), and appointment of counsel for *Rabbitte* and *Girshovich* as interim class counsel for those cases. *See Rabbitte* Dkt. 42. The Court has since granted the stipulation. *Rabbitte* Dkt. 43. As the Court is aware, undersigned Plaintiffs previously moved for consolidation and appointment of counsel with respect to their own FTX-related cases, none of which name the venture-capital firms named in *Rabbitte* and *Girshovich*.  While the Court denied

also did not have CMCs set following the Court's orders relating these actions to the *Lam* case. As it stands now, per Fed. R. Civ. P. 26(f) and Civil L.R. 16-9(a), Joint Case Management Statements are due for the parties in *Lam*, *Pierce*, *Hawkins*, and *Jessup* on March 30, 2023. Many topics required by rule to be included in these Joint Case Management Statements are not ripe for discussion at this time. Moreover, as a small number of defendants have not yet been served, it is not possible to meet and confer with all parties about the relevant topics as required.

In the interests of judicial economy, undersigned counsel propose that the CMCs for all First-Filed Actions be continued until, or set, for Thursday, May 25, 2023 or a later date. The JPML is also expected to hear the FTX MDL petition at its next hearing on May 25, 2023.

**III.   Service**

Following the Court's Order on March 8, 2023, Plaintiffs in the First-Filed Actions have made diligent attempts to effectuate service of process on defendants in these cases who have not yet been served and, to the extent necessary, confer with associated defense counsel. Kuang Decl. ¶ 5.  However, certain defendants, despite significant efforts by plaintiffs' counsel in the First-Filed Actions, have still not yet been served and/or have not appeared in these matters. *Id*. As a result, and for example, neither Defendant Caroline Ellison, nor her respective counsel, have participated in the meet and confer process for this Administrative Motion. Plaintiffs in the First-Filed Actions believe that Defendant Ellison has actual knowledge of this Action through her counsel in other cases, who have declined to accept service here. *Id.*  Plaintiffs in the First-Filed Actions are also currently making a final attempt to serve the remaining defendants via traditional means. *Id*. If unsuccessful, undersigned counsel expect to seek leave for substitute service and thereafter renew their Motion for Consolidation and Appointment.

**IV.   Conclusion**

For the foregoing reasons, the Court should grant the requested relief herein and continue and/or set all Case Management Conference(s) for the First-Filed Actions and schedule them for May 25, 2023 or a later date.

---

this motion without prejudice (*see Lam* Dkt. 28), undersigned Plaintiffs intend to re-file their motion shortly.

1  Dated:  March 24, 2023

Respectfully submitted,

2

By: */s/ William Audet*

3

William M. Audet (CA SBN 117456)

4  Ling Y. Kuang (CA SBN 296873)
Kurt D. Kessler (CA SBN 327334)

5    waudet@audetlaw.com
lkuang@audetlaw.com

6    kkessler@audetlaw.com
**AUDET & PARTNERS, LLP**

7    711 Van Ness Avenue, Suite 500
San Francisco, CA 94102-3275

8    Telephone:  (415) 568-2555

9  Robert L. Lieff (CA SBN 037568)
rlieff@lieff.com

10  **LIEFF GLOBAL**
P.O. Drawer A

11  Rutherford, California 94573

12  *Counsel for Plaintiff Lam, individually*
*and on behalf of all others similarly situated*

13

14  By: */s/ Marshal Hoda*

By: */s/ Joshua Silverman*

15  Marshal J. Hoda (admitted *pro hac vice*)
marshal@thehodalawfirm.com

Joshua B. Silverman (admitted *pro hac vice*)
jbsilverman@pomlaw.com

16  **THE HODA LAW FIRM, PLLC**
12333 Sowden Road, Suite B

Christopher P.T. Tourek (admitted *pro hac vice*)
ctourek@pomlaw.com

17  Houston, TX 77080
Telephone:  (832) 848-0036

**POMERANTZ, LLP**
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603

18

Telephone:  (312) 377-1181

19  Steven C. Vondran (SBN 232337)
steve@vondranlegal.com

20  **LAW OFFICES OF STEVEN C. VONDRAN, PC**
One Sansome Street, Suite 3500

Jennifer Pafiti (SBN 282790)
jpafiti@pomlaw.com

**POMERANTZ, LLP**

21  San Francisco, CA 94104
Telephone:  (877) 276-5084

1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024

22  *Counsel for Plaintiff Pierce, individually*
*and on behalf of all others similarly situated*

Telephone:  (310) 405-7190

23

Peretz Bronstein (admitted *pro hac vice*)

24  peretz@bgandg.com
Eitan Kimelman (admitted *pro hac vice*)

25  eitank@bgandg.com
**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**

26  60 East 42nd Street, Suite 4600
New York, New York 10165

27  Telephone:  (212) 697-6484

28  *\*Pro hac vice forthcoming*
*Counsel for Plaintiff Hawkins, individually*
*and on behalf of all others similarly situated*

4                    **(3:22−CV−07336−JSC)**

By: */s/ Yaman Salahi*

Yaman Salahi (SBN 288752)
Rafey S. Balabanian (SBN 315962)
P. Solange Hilfinger-Pardo (SBN 320055)
  rbalabanian@edelson.com
  ysalahi@edelson.com
  shilfingerpardo@edelson.com
**EDELSON PC**
  150 California Street, 18th Floor
  San Francisco, CA 94111
  Telephone:  (415) 212-9300

*Counsel for Plaintiff Jessup, individually
and on behalf of all others similarly situated*

By: */s/ Laurence King*

Laurence D. King (SBN 206423)
Kathleen A. Herkenhoff (SBN 168562)
Blair E. Reed (SBN 316791)
  lking@kaplanfox.com
  kherkenhoff@kaplanfox.com
  breed@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
  1999 Harrison Street, Suite 1560
  Oakland, CA 94612
  Telephone:  (415) 772-4700

Frederic S. Fox*
Joel B. Strauss*
Jeffrey P. Campisi*
  ffox@kaplanfox.com
  jstrauss@kaplanfox.com
  jcampisi@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
  800 Third Avenue, 38th Floor
  New York, NY 10022
  Telephone:  (212) 687-1980

Marc A. Wites*
  mwites@witeslaw.com
**WITES LAW FIRM**
  4400 North Federal Highway
  Lighthouse Point, FL 33064 Kong
  Telephone:  (866) 558-9631

*Pro hac vice forthcoming*

*Counsel for Plaintiff Papadakis, individually
and on behalf of all others similarly situated*

## Attestation

I, the undersigned, am the ECF user whose identification and password are being used to file this document. I hereby attest and represent, in compliance with Civil L.R. 5-1(h)(3), that all other signatories have concurred in the filing of the document.

*/s/ William M. Audet*
William M. Audet