William M. Audet (SBN 117456)
  waudet@audetlaw.com
"David" Ling Y. Kuang (SBN 296873)
  lkuang@audetlaw.com
Kurt D. Kessler (SBN 327334)
  kkessler@audetlaw.com
**AUDET & PARTNERS, LLP**
  711 Van Ness Avenue, Suite 500
  San Francisco, CA 94102-3275
  Telephone:  (415) 568-2555
  Facsimile:   (415) 568-2556

*Attorneys for Plaintiff Elliott Lam, on behalf of himself and all others similarly situated*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELLIOTT LAM, individually and on behalf of other members of the general public similarly situated,<br>　　　　　Plaintiff,<br>　　v.<br>SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC,<br>　　　　　Defendants. | **Case Nos.**　22−cv−07336−JSC (*Lam*)<br>　　　　　　22−cv−07444−JSC (*Pierce*)<br>　　　　　　22−cv−07620−JSC (*Hawkins*)<br>　　　　　　22−cv−07666−JSC (*Jessup*)<br>　　　　　　23−cv−00024−JSC (*Papadakis*)<br><br>**DECLARATION OF LING Y. KUANG IN SUPPORT OF ADMINISTRATIVE L.R. 7-11 REQUEST FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCES** |
| STEPHEN T. PIERCE, individually and on behalf of other members of the general public similarly situated,<br>　　　　　Plaintiff,<br>　　v.<br>SAM BANKMAN-FRIED, CAROLINE ELLISON, ZIXIAO WANG, NISHAD SINGH, ARMANINO LLP and PRAGER METIS CPA's,<br>　　　　　Defendants. | **Related Cases:**<br>*Rabbitte v. Sequoia Capital Operations, LLC, et al.*, No. 23-cv-00655-JSC<br><br>*Bhatia v. Silvergate Bank, et al.*, No. 23-cv-00667-JSC<br><br>*Magleby, et al., v. Silvergate Bank, et al.*, No. 23-cv-00669-JSC<br><br>*Keane v. Silvergate Bank, et al.*, No. 23-cv-00670-JSC<br><br>*Girshovich v. Sequoia Capital Operations, LLC*, No. 23-cv-00945-JSC |
| RUSSELL HAWKINS, individually and on behalf of other members of the general public similarly situated, | |

|   |   |
|---|---|
| 1 | Plaintiff, |
| 2 | v. |
| 3 | SAM BANKMAN-FRIED, CAROLINE ELLISON, ZIXIAO WANG, NISHAD SINGH, ARMANINO LLP and PRAGER METIS CPA's, |
| 4 | |
| 5 | Defendants. |
| 6 | MICHAEL ELLIOTT JESSUP, individually and on behalf of other members of the general public similarly situated, |
| 7 | |
| 8 | Plaintiff, |
| 9 | v. |
| 10 | SAM BANKMAN-FRIED, CAROLINE ELLISON, NISHAD SINGH, GARY WANG and SAM TRABUCCO, |
| 11 | |
| 12 | Defendants. |
| 13 | JULIE PAPADAKIS, individually and on behalf of other members of the general public similarly situated, |
| 14 | |
| 15 | Plaintiff, |
| 16 | v. |
| 17 | SAM BANKMAN-FRIED, CAROLINE ELLISON, ZIXIAO WANG, NISHAD SINGH, ARMANINO LLP and PRAGER METIS CPA's, |
| 18 | |
| 19 | Defendants. |

**DECLARATION OF LING Y. KUANG (3:22-CV-07336-JSC)**

# DECLARATION OF LING Y. KUANG

I, Ling Y. Kuang, hereby declare:

1. I am an attorney at Audet & Partners, LLP. My firm serves as counsel for Plaintiff Elliott Lam in this matter *Lam v. Bankman-Fried et al.,* No. 3:22-cv-07336-JSC.

2. I have personal knowledge of the matters stated below, and if called as a witness, I could and would testify competently thereto under oath.

3. I respectfully submit this declaration in support of the concurrently filed Administrative L.R. 7-11 Request For An Order Continuing Case Management Conferences.

4. A stipulation pursuant to Civil L.R. 7-11(a) could not be obtained because doing so would be difficult if not impossible in view of the fact that some defendants have not been served and/or have not appeared in their respective matters. Accordingly, in light of this and the additional fact (*see ¶ 6, infra*) that many plaintiffs' and defendants' counsels in each Related Action have met and conferred regarding the subject of the Administrative Motion concurrently filed, and been provided a draft of the proposed filing, not obtaining a stipulation by all parties should not prevent the Court from granting the requested relief.

5. Plaintiffs' Counsel in the *Lam* matter have served two of their three defendants. Defendant Caroline Ellison, the remaining defendant, has not been served despite several attempts made to effectuate service at both her last known address and with her counsel in some of the other proceedings related to the collapse of the FTX exchange. Her current counsel in some of these other proceedings has indicated she was not authorized to accept service in this matter. Upon information and belief, the plaintiffs in the First-Filed Actions (*Lam*, *Pierce*, *Hawkins*, *Jessup*, and *Papadakis*) have served the vast majority of Defendants. Despite them not yet appearing, Plaintiffs in the First-Filed Actions believe that some of these defendants have actual knowledge of this Action through their counsel in other cases, who have declined to accept service here. Plaintiffs in the First-Filed actions are currently making final attempts to serve via traditional means and expect to seek leave for substitute service should those attempts fail.

6. Plaintiffs' counsel in the First-Filed Actions arranged for a Zoom videoconference with all known counsel on March 21, 2023 with the vast majority of the plaintiffs' counsel and certain defense

counsel attending. Plaintiffs' counsel in the First-Filed Actions summarized the forthcoming Administrative Motion it intended to be filed and the relief sought therein, and no one objected during the Zoom videoconference. Plaintiffs' counsel in the First-Filed Actions also provided a draft of the Administrative Motion to all known counsel on Wednesday, March 22, and based on the Zoom videoconference, indicated their intent to file the Motion by Friday, March 24. Based on comments received from counsel, the relief sought was narrowed to the above-captioned cases (*Lam*, *Pierce*, *Hawkins*, *Jessup* and *Papadakis*), and not all Related Actions. An updated draft of the Motion was circulated on Thursday, March 23 to counsel in the Related Actions. No further comments were received except from one defendant who indicated they agreed with the concept of continuing deadlines and may file a short response to the Motion setting forth their views about the deadlines.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in Dublin, California, this 24th day of March 2023.

*/s/ Ling Y. Kuang*
Ling Y. Kuang

**Attestation**

I, the undersigned, am the ECF user whose identification and password are being used to file this document. I hereby attest and represent, in compliance with Civil L.R. 5-1(h)(3), that all other signatories have concurred in the filing of the document.

*/s/William M. Audet*
William M. Audet

2
**DECLARATION OF LING Y. KUANG (3:22-CV-07336-JSC)**