1
2
3
4   **UNITED STATES DISTRICT COURT**
5   **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELLIOTT LAM, individually and on behalf of other members of the general public similarly situated,<br>                 Plaintiff,<br>v.<br><br>SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC,<br>                 Defendants. | Case Nos.   22−cv−07336−JSC (*Lam*)<br>                   22−cv−07444−JSC (*Pierce*)<br>                   22−cv−07620−JSC (*Hawkins*)<br>                   22−cv−07666−JSC (*Jessup*)<br>                   23−cv−00024−JSC (*Papadakis*)<br><br>[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCES<br><br>**Related Cases:**<br>*Rabbitte v. Sequoia Capital Operations, LLC, et al.*, No. 23-cv-00655-JSC<br><br>*Bhatia v. Silvergate Bank, et al.*, No. 23-cv-00667-JSC<br><br>*Magleby, et al., v. Silvergate Bank, et al.*, No. 23-cv-00669-JSC<br><br>*Keane v. Silvergate Bank, et al.*, No. 23-cv-00670-JSC<br><br>*Girshovich v. Sequoia Capital Operations, LLC*, No. 23-cv-00945-JSC |
| STEPHEN T. PIERCE, individually and on behalf of other members of the general public similarly situated,<br>                 Plaintiff,<br>v.<br><br>SAM BANKMAN-FRIED, CAROLINE ELLISON, ZIXIAO WANG, NISHAD SINGH, ARMANINO LLP and PRAGER METIS CPA's,<br>                 Defendants. | |
| RUSSELL HAWKINS, individually and on behalf of other members of the general public similarly situated,<br>                 Plaintiff,<br>v.<br><br>SAM BANKMAN-FRIED, CAROLINE ELLISON, ZIXIAO WANG, NISHAD SINGH, ARMANINO LLP and PRAGER METIS CPA's,<br>                 Defendants. | |
| MICHAEL ELLIOTT JESSUP, individually and on behalf of other members of the general public similarly situated,<br>                 Plaintiff,<br>v. | |

[~~PROPOSED~~] ORDER (3:22-cv-07336-JSC)

| | |
|---|---|
| 1 | |
| 2 | SAM BANKMAN-FRIED, CAROLINE ELLISON, NISHAD SINGH, GARY WANG and SAM TRABUCCO, |
| 3 | Defendants. |
| 4 | |
| 5 | JULIE PAPADAKIS, individually and on behalf of other members of the general public similarly situated, |
| 6 | Plaintiff, |
| 7 | v. |
| 8 | SAM BANKMAN-FRIED, CAROLINE ELLISON, ZIXIAO WANG, NISHAD SINGH, ARMANINO LLP and PRAGER METIS CPA's, |
| 9 | |
| 10 | Defendants. |

Having considered the Administrative L.R. 7-11 Request For An Order Continuing Case Management Conferences, related pleadings and supporting documents on file in the *Lam*, *Pierce*, *Hawkins*, *Jessup*, and *Papadakis* matters entitled above (together, "First-Filed Actions"), and good cause appearing, the Court **GRANTS** the request and **ORDERS** as follows:

    a.  The Court continues all currently set Case Management Conferences in the First-Filed Actions and reschedules them for May ~~25~~ 26, 2023.

    b.  ~~To the extent a CMC has not yet been set in a First-Filed Actions, the Court sets it for May 25, 2023.~~

**IT IS SO ORDERED.**

Dated: March 28, 2023



IT IS SO ORDERED AS MODIFIED
Judge Jacqueline Scott Corley

HON. J_____
UNITED STATES DISTRICT JUDGE

1

**[~~PROPOSED~~] ORDER (3:22-CV-07336-JSC)**