GIBSON, DUNN & CRUTCHER LLP
MATTHEW S. KAHN, SBN 261679
   MKahn@gibsondunn.com
MICHAEL J. KAHN, SBN 303289
   MJKahn@gibsondunn.com
555 Mission Street
Suite 3000
San Francisco, California  94105-0921
Telephone:	415.393.8200
Facsimile:	415.393.8306

GIBSON, DUNN & CRUTCHER LLP
JAMILA D. MACEBONG SBN 324532
   JMacEbong@gibsondunn.com
333 South Grand Avenue
Suite 4600
Los Angeles, CA 90071-3197
Telephone: 213.229.7155

Attorneys for Defendant
GOLDEN STATE WARRIORS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLIOTT LAM, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC,<br><br>      Defendants. | CASE NO. 3:22-CV-07336-JSC<br><br>Related Cases:  3:22-cv-07444-JSC<br>                        3:22-cv-07620-JSC<br>                        3:22-cv-07666-JSC<br>                        3:23-cv-00024-JSC<br>                        3:23-cv-00667-JSC<br>                        3:23-cv-00669-JSC<br>                        3:23-cv-00670-JSC<br><br>**DEFENDANT GOLDEN STATE WARRIORS, LLC'S DISCLOSURE OF INTERESTED PARTIES**<br><br>Judge:    Hon. Jacqueline Scott Corley |

Gibson, Dunn & Crutcher LLP

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. GSW Sports LLC
2. Lacob Family Sports, LLC
3. Guber Family Trust
4. Mandalay Professional Sports, LLC
5. Robert M. Piccinini Living Trust
6. Erika Glazer
7. Oaktree Capital Management
8. Mark Stevens
9. Robert Kagle
10. Chad Hurley
11. Walecka 1992 Living Trust udt
12. Dennis and Shannon Wong Family Trust
13. The Fredric and Stephanie Harman Family Trust
14. The Johnson Revocable Trust
15. GGW Investments, LLC
16. Miller Living Trust
17. JBM - GSW Partners, LLC
18. The Glick Revocable Trust
19. John David Scially Revocable Trust
20. Wilkins-Duignan 2009 Revocable Trust
21. Swinmurn Revocable Trust
22. Avista Investments LLC
23. Dan German

24. Lawrence A. Bowman

25. BC GSW LLC

26. JC GSW LLC

27. SBBC Associates LLC

28. Goldman-Valeriote Family Trust

29. KLM Partners

30. Aneel Bhusri

31. Yang Family Trust UDT

32. Williams Family Trust

DATED: April 3, 2023

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Matthew S. Kahn*
    Matthew S. Kahn
    Michael J. Kahn
    555 Mission Street, Suite 3000
    San Francisco, CA 94105-0921
    Phone: 415.393.8379
    Email: MKahn@gibsondunn.com
    Email: MJKahn@gibsondunn.com

    Jamila MacEbong
    333 South Grand Avenue
    Suite 4600
    Los Angeles, CA 90071-3197
    Phone: 213.229.7155
    Email: JMacEbong@gibsondunn.com

Attorneys for Defendant
GOLDEN STATE WARRIORS, LLC