GIBSON, DUNN & CRUTCHER LLP
MATTHEW S. KAHN, SBN 261679
   MKahn@gibsondunn.com
MICHAEL J. KAHN, SBN 303289
   MJKahn@gibsondunn.com
555 Mission Street
Suite 3000
San Francisco, California 94105-0921
Telephone:    415.393.8200
Facsimile:     415.393.8306

GIBSON, DUNN & CRUTCHER LLP
JAMILA D. MACEBONG, SBN 324532
   JMacEbong@gibsondunn.com
333 South Grand Avenue
Suite 4600
Los Angeles, CA 90071-3197
Telephone: 213.229.7155

Attorneys for Defendant
GOLDEN STATE WARRIORS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLIOTT LAM, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>  v.<br><br>SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC,<br><br>           Defendants. | CASE NO. 3:22-CV-07336-JSC<br><br>Related Cases:  3:22-cv-07444-JSC<br>                      3:22-cv-07620-JSC<br>                      3:22-cv-07666-JSC<br>                      3:23-cv-00024-JSC<br>                      3:23-cv-00667-JSC<br>                      3:23-cv-00669-JSC<br>                      3:23-cv-00670-JSC<br><br>**NOTICE OF APPEARANCE OF JAMILA D. MACEBONG ON BEHALF OF DEFENDANT GOLDEN STATE WARRIORS, LLC**<br><br>Judge:     Hon. Jacqueline Scott Corley |

PLEASE TAKE NOTICE that Defendant GOLDEN STATE WARRIORS, LLC ("GSW") hereby provides notice that attorney Jamila D. MacEbong is appearing as its counsel of record in this case. GSW respectfully requests that copies of all pleadings, orders, notices, and other papers filed in this action be provided to Mrs. MacEbong as follows:

> Jamila D. MacEbong
> GIBSON, DUNN & CRUTCHER LLP
> 333 South Grand Avenue
> Suite 4600
> Los Angeles, CA 90071-3197
> Telephone:   213.229.7155
> Email:   JMacEbong@gibsondunn.com

DATED: April 3, 2023

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Jamila D. MacEbong*
Jamila D. MacEbong
333 South Grand Avenue
Suite 4600
Los Angeles, CA 90071-3197
Phone: 213.229.7155
Email: JMacEbong@gibsondunn.com

Attorney for Defendant
GOLDEN STATE WARRIORS, LLC