1  Joseph R. Saveri (SBN 130064)
   Steven N. Williams (SBN 175489)
2  Christopher K.L. Young (SBN 318371)
3  **JOSEPH SAVERI LAW FIRM, LLP**
   601 California Street, Suite 1000
4  San Francisco, CA 94108
   Telephone: (415) 500-6800
5  Facsimile: (415) 395-9940
6  jsaveri@saverilawfirm.com
   swillliams@saverilawfirm.com
7  cyoung@saverilawfirm.com

8  *Counsel for Plaintiff Elliott Lam, individually
   and on behalf of all others similarly situated*
9

10

11                          **UNITED STATES DISTRICT COURT**

12                          **NORTHERN DISTRICT OF CALIFORNIA**

13                                **SAN FRANCISCO DIVISION**

14  ELLIOTT LAM, individually and on behalf of all    | Case No. 3:22-cv-07336-JSC
    others similarly situated,
15                                                    | CLASS ACTION
            *Plaintiffs*,
16                                                    | **NOTICE OF ATTORNEY APPEARANCE**
17  v.

18  SAM BANKMAN-FRIED, CAROLINE
    ELLISON, and GOLDEN STATE WARRIORS,
19  LLC,

20          *Defendant*.

21

22                              **NOTICE OF ATTORNEY APPEARANCE**

23      PLEASE TAKE NOTICE that Joseph R. Saveri of Joseph Saveri Law Firm, LLP, located at 601

24  California Street, Suite 1000, San Francisco, CA 94108, telephone number (415) 500-6800, Facsimile

25  (415) 395-9940, hereby enters an appearance in this matter on behalf of Plaintiff, Elliott Lam, in the

26  above-captioned matter. All parties are requested to forward copies of all pleadings, motions, orders

27  and other correspondence to the undersigned.

28

Respectfully Submitted,

JOSEPH SAVERI LAW FIRM, LLP

Dated: April 24, 2023　　　　　　　　　　By:　　　　/s/ *Joseph R. Saveri*
　　　　　　　　　　　　　　　　　　　　　　　　Joseph R. Saveri

　　　　　　　　　　　　　　　　　　　Joseph R. Saveri (SBN 130064)
　　　　　　　　　　　　　　　　　　　Steven N. Williams (SBN 175489)
　　　　　　　　　　　　　　　　　　　Christopher K.L. Young (SBN 318371)
　　　　　　　　　　　　　　　　　　　**JOSEPH SAVERI LAW FIRM, LLP**
　　　　　　　　　　　　　　　　　　　601 California Street, Suite 1000
　　　　　　　　　　　　　　　　　　　San Francisco, CA 94108
　　　　　　　　　　　　　　　　　　　Telephone: (415) 500-6800
　　　　　　　　　　　　　　　　　　　Facsimile: (415) 395-9940
　　　　　　　　　　　　　　　　　　　jsaveri@saverilawfirm.com
　　　　　　　　　　　　　　　　　　　swillliams@saverilawfirm.com
　　　　　　　　　　　　　　　　　　　cyoung@saverilawfirm.com

　　　　　　　　　　　　　　　　　　　William M. Audet (SBN 117456)
　　　　　　　　　　　　　　　　　　　Ling Y. Kuang (SBN 296873)
　　　　　　　　　　　　　　　　　　　Kurt D. Kessler (SBN 327334)
　　　　　　　　　　　　　　　　　　　**AUDET & PARTNERS, LLP**
　　　　　　　　　　　　　　　　　　　711 Van Ness Avenue, Suite 500
　　　　　　　　　　　　　　　　　　　San Francisco, CA 94102-3275
　　　　　　　　　　　　　　　　　　　Telephone: (415) 568-2555
　　　　　　　　　　　　　　　　　　　Facsimile: (415) 568-2556
　　　　　　　　　　　　　　　　　　　waudet@audetlaw.com
　　　　　　　　　　　　　　　　　　　lkuang@audetlaw.com
　　　　　　　　　　　　　　　　　　　kkessler@audetlaw.com

　　　　　　　　　　　　　　　　　　　Robert L. Lieff (SBN 037568)
　　　　　　　　　　　　　　　　　　　P.O. Drawer A
　　　　　　　　　　　　　　　　　　　Rutherford, California 94573
　　　　　　　　　　　　　　　　　　　rlieff@lieff.com

Edward LEHMAN (IL SBN 6194489)*
Jacob BLACKLOCK (TX SBN 24079835)*
LEHMAN, LEE & XU LLC (Saipan #25977-001-1)
**c/o LEHMAN, LEE & XU**
Suite 3313, Tower One, Times Square
1 Matheson Street, Causeway Bay, Hong Kong
Telephone: (852) 3588-2127
Facsimile: (852) 3588-2088
elehman@lehmanlaw.com
jblacklock@lehmanlaw.com

*\*Pro hac vice forthcoming*

*Counsel for Plaintiff Elliott Lam, individually
and on behalf of all others similarly situated*