| | |
|---|---|
| 1 | Joseph R. Saveri (SBN 130064) |
| 2 | Steven N. Williams (SBN 175489) |
|   | Christopher K.L. Young (SBN 318371) |
| 3 | **JOSEPH SAVERI LAW FIRM, LLP** |
|   | 601 California Street, Suite 1000 |
| 4 | San Francisco, CA 94108 |
|   | Telephone: (415) 500-6800 |
| 5 | Facsimile: (415) 395-9940 |
| 6 | jsaveri@saverilawfirm.com |
|   | swillliams@saverilawfirm.com |
| 7 | cyoung@saverilawfirm.com |

*Counsel for Plaintiff Elliott Lam, individually and on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLIOTT LAM, individually and on behalf of all others similarly situated, | Case No. 3:22-cv-07336-JSC |
| *Plaintiffs*, | CLASS ACTION |
| v. | **NOTICE OF ATTORNEY APPEARANCE** |
| SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC, | |
| *Defendant*. | |

**NOTICE OF ATTORNEY APPEARANCE**

PLEASE TAKE NOTICE that Steven N. Williams of Joseph Saveri Law Firm, LLP, located at 601 California Street, Suite 1000, San Francisco, CA 94108, telephone number (415) 500-6800, Facsimile (415) 395-9940, hereby enters an appearance in this matter on behalf of Plaintiff, Elliott Lam, in the above-captioned matter. All parties are requested to forward copies of all pleadings, motions, orders and other correspondence to the undersigned.

|   |   |
|---|---|
|   | Respectfully Submitted, |
|   | JOSEPH SAVERI LAW FIRM, LLP |
| Dated: April 24, 2023 | By:     /s/ Steven N. Williams |
|   | Steven N. Williams |

Joseph R. Saveri (SBN 130064)
Steven N. Williams (SBN 175489)
Christopher K.L. Young (SBN 318371)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
swillliams@saverilawfirm.com
cyoung@saverilawfirm.com

William M. Audet (SBN 117456)
Ling Y. Kuang (SBN 296873)
Kurt D. Kessler (SBN 327334)
**AUDET & PARTNERS, LLP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102-3275
Telephone: (415) 568-2555
Facsimile: (415) 568-2556
waudet@audetlaw.com
lkuang@audetlaw.com
kkessler@audetlaw.com

Robert L. Lieff (SBN 037568)
P.O. Drawer A
Rutherford, California 94573
rlieff@lieff.com

Edward LEHMAN (IL SBN 6194489)*
Jacob BLACKLOCK (TX SBN 24079835)*
LEHMAN, LEE & XU LLC (Saipan #25977-001-1)
**c/o LEHMAN, LEE & XU**
Suite 3313, Tower One, Times Square
1 Matheson Street, Causeway Bay, Hong Kong
Telephone: (852) 3588-2127
Facsimile: (852) 3588-2088
elehman@lehmanlaw.com
jblacklock@lehmanlaw.com

**Pro hac vice forthcoming*

*Counsel for Plaintiff Elliott Lam, individually and on behalf of all others similarly situated*