1  Joseph R. Saveri (SBN 130064)
   Steven N. Williams (SBN 175489)
2  Christopher K.L. Young (SBN 318371)
3  **JOSEPH SAVERI LAW FIRM, LLP**
   601 California Street, Suite 1000
4  San Francisco, CA 94108
   Telephone: (415) 500-6800
5  Facsimile: (415) 395-9940
6  jsaveri@saverilawfirm.com
   swillliams@saverilawfirm.com
7  cyoung@saverilawfirm.com

8  *Counsel for Plaintiff Elliott Lam, individually
   and on behalf of all others similarly situated*
9

10

11                      **UNITED STATES DISTRICT COURT**

12                      **NORTHERN DISTRICT OF CALIFORNIA**

13                             **SAN FRANCISCO DIVISION**

14 | ELLIOTT LAM, individually and on behalf of all others similarly situated, | Case No. 3:22-cv-07336-JSC |
15 | | CLASS ACTION |
   | *Plaintiffs*, | |
16 | | **NOTICE OF ATTORNEY APPEARANCE** |
17 | v. | |
18 | SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC, | |
19 | | |
20 | *Defendant*. | |

21

22                      **NOTICE OF ATTORNEY APPEARANCE**

23     PLEASE TAKE NOTICE that Christopher K.L. Young of Joseph Saveri Law Firm, LLP,

24 located at 601 California Street, Suite 1000, San Francisco, CA 94108, telephone number (415) 500-

25 6800, Facsimile (415) 395-9940, hereby enters an appearance in this matter on behalf of Plaintiff,

26 Elliott Lam, in the above-captioned matter. All parties are requested to forward copies of all pleadings,

27 motions, orders and other correspondence to the undersigned.

28

Respectfully Submitted,

JOSEPH SAVERI LAW FIRM, LLP

Dated: April 24, 2023　　　　　　　　　　By:　　　　/s/ *Christopher K.L. Young*
　　　　　　　　　　　　　　　　　　　　　　　　Christopher K.L. Young

　　　　　　　　　　　　　　　　　　　Joseph R. Saveri (SBN 130064)
　　　　　　　　　　　　　　　　　　　Steven N. Williams (SBN 175489)
　　　　　　　　　　　　　　　　　　　Christopher K.L. Young (SBN 318371)
　　　　　　　　　　　　　　　　　　　**JOSEPH SAVERI LAW FIRM, LLP**
　　　　　　　　　　　　　　　　　　　601 California Street, Suite 1000
　　　　　　　　　　　　　　　　　　　San Francisco, CA 94108
　　　　　　　　　　　　　　　　　　　Telephone: (415) 500-6800
　　　　　　　　　　　　　　　　　　　Facsimile: (415) 395-9940
　　　　　　　　　　　　　　　　　　　jsaveri@saverilawfirm.com
　　　　　　　　　　　　　　　　　　　swillliams@saverilawfirm.com
　　　　　　　　　　　　　　　　　　　cyoung@saverilawfirm.com

　　　　　　　　　　　　　　　　　　　William M. Audet (SBN 117456)
　　　　　　　　　　　　　　　　　　　Ling Y. Kuang (SBN 296873)
　　　　　　　　　　　　　　　　　　　Kurt D. Kessler (SBN 327334)
　　　　　　　　　　　　　　　　　　　**AUDET & PARTNERS, LLP**
　　　　　　　　　　　　　　　　　　　711 Van Ness Avenue, Suite 500
　　　　　　　　　　　　　　　　　　　San Francisco, CA 94102-3275
　　　　　　　　　　　　　　　　　　　Telephone: (415) 568-2555
　　　　　　　　　　　　　　　　　　　Facsimile: (415) 568-2556
　　　　　　　　　　　　　　　　　　　waudet@audetlaw.com
　　　　　　　　　　　　　　　　　　　lkuang@audetlaw.com
　　　　　　　　　　　　　　　　　　　kkessler@audetlaw.com

　　　　　　　　　　　　　　　　　　　Robert L. Lieff (SBN 037568)
　　　　　　　　　　　　　　　　　　　P.O. Drawer A
　　　　　　　　　　　　　　　　　　　Rutherford, California 94573
　　　　　　　　　　　　　　　　　　　rlieff@lieff.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Edward LEHMAN (IL SBN 6194489)*
Jacob BLACKLOCK (TX SBN 24079835)*
LEHMAN, LEE & XU LLC (Saipan #25977-001-1)
**c/o LEHMAN, LEE & XU**
Suite 3313, Tower One, Times Square
1 Matheson Street, Causeway Bay, Hong Kong
Telephone: (852) 3588-2127
Facsimile: (852) 3588-2088
elehman@lehmanlaw.com
jblacklock@lehmanlaw.com

**Pro hac vice forthcoming*

*Counsel for Plaintiff Elliott Lam, individually and on behalf of all others similarly situated*