**POMERANTZ LLP**
Joshua B. Silverman (admitted *pro hac vice*)
jbsilverman@pomlaw.com
Christopher P.T. Tourek (admitted *pro hac vice*)
ctourek@pomlaw.com
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181

Jennifer Pafiti (SBN 282790)
jpafiti@pomlaw.com
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein (admitted *pro hac vice*)
peretz@bgandg.com
Eitan Kimelman (admitted *pro hac vice*)
eitank@bgandg.com
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484

*Attorneys for Plaintiff Russell Hawkins and for the Proposed Class*

[additional counsel on signature page]

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Peter Neiman (*pro hac vice* forthcoming)
Nicholas Werle (*pro hac vice* forthcoming)
7 World Trade Center
New York, NY 10007
(212)-937-7418
peter.neiman@wilmerhale.com
nick.werle@wilmerhale.com

*Attorneys for Defendant Caroline Ellison*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL HAWKINS, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br>    v.<br><br>SAMUEL BANKMAN-FRIED, CAROLINE ELLISON, ZIXIAO "GARY" WANG, NISHAD SINGH, ARMANINO LLP, and PRAGER METIS CPAS, LLC,<br><br>    Defendants. | Case Nos.  22−cv−07336−JSC (*Lam*)<br>22−cv−07444−JSC (*Pierce*)<br>22−cv−07620−JSC (*Hawkins*)<br>22−cv−07666−JSC (*Jessup*)<br>23−cv−00024−JSC (*Papadakis*)<br><br>**STIPULATION FOR ACCEPTANCE OF SERVICE AND DEADLINE FOR DEFENDANT CAROLINE ELLISON TO FILE HER RESPONSIVE PLEADING** |

| | |
|---|---|
| ELLIOTT LAM, individually and on behalf of other members of the general public similarly situated,<br>                Plaintiff,<br>  v.<br>SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC,<br>                Defendants. | **Related Cases:**<br><br>*Rabbitte v. Sequoia Capital Operations, LLC, et al.*,<br>No. 23-cv-00655-JSC<br><br>*Bhatia v. Silvergate Bank, et al.*,<br>No. 23-cv-00667-JSC<br><br>*Magleby, et al., v. Silvergate Bank, et al.*,<br>No. 23-cv-00669-JSC<br><br>*Keane v. Silvergate Bank, et al.*,<br>No. 23-cv-00670-JSC<br><br>*Girshovich v. Sequoia Capital Operations, LLC*,<br>No. 23-cv-00945-JSC |
| STEPHEN T. PIERCE, individually and on behalf of other members of the general public similarly situated,<br>                Plaintiff,<br>  v.<br>SAM BANKMAN-FRIED, CAROLINE ELLISON, ZIXIAO WANG, NISHAD SINGH, ARMANINO LLP and PRAGER METIS CPA's,<br>                Defendants. | |
| MICHAEL ELLIOT JESSUP, individually and on behalf of other members of the general public similarly situated,<br>                Plaintiff,<br>  v.<br>SAM BANKMAN-FRIED, CAROLINE ELLISON, NISHAD SINGH, GARY WANG and SAM TRABUCCO,<br>                Defendants. | |
| JULIE PAPADAKIS, individually and on behalf of other members of the general public similarly situated,<br>                Plaintiff,<br>  v.<br>SAM BANKMAN-FRIED, CAROLINE ELLISON, ZIXIAO WANG, NISHAD SINGH, ARMANINO LLP and PRAGER METIS CPA's,<br>                Defendants. | |

| | |
|---|---|
| STIPULATION FOR ACCEPTANCE OF SERVICE AND DEADLINE TO FILE RESPONSIVE PLEADING | 3:22-cv-07620-JSC |

1   Pursuant to Local Rules 6-1(a) and 7-12, Plaintiff RUSSELL HAWKINS ("Hawkins"),
2   Plaintiff ELLIOT LAM ("Lam"), Plaintiff MICHAEL ELLIOT JESSUP ("Jessup"), Plaintiff
3   STEPHEN PIERCE ("Pierce"), and Plaintiff JULIE PAPADAKIS ("Papadakis") (collectively,
4   "Plaintiffs") and Defendant CAROLINE ELLISON ("Ellison"), by and through their respective
5   counsel, hereby stipulate and agree as follows:

6   WHEREAS, on January 19, 2023, Plaintiff Papadakis filed a proof of service on Ellison at
7   327 Franklin St., Newton, Massachusetts 02458 (*See Papadakis v. Bankman-Fried, et al.*, Case No.
8   3:23−cv−00024-JSC, Dkt. 17 (N.D. Cal. Jan. 19, 2023));

9   WHEREAS, Plaintiffs in the other above-captioned actions have not yet successfully served
10  Ellison;

11  WHEREAS, other than Ellison and Sam Trabucco in *Jessup v. Bankman-Fried, et al.*, Case
12  No. 3:22−cv−07666−JSC, all Defendants have been served in the above-captioned actions;

13  WHEREAS, the Judicial Panel for Multidistrict Litigation ("JPML") will consider a petition
14  to consolidate and transfer all FTX-related litigations at its next hearing on May 25, 2023 (*See In
15  re: FTX Cryptocurrency Exchange Collapse Litig.*, MDL No. 3076);

16  WHEREAS, Plaintiffs in the above-captioned actions have previously stipulated with
17  Defendants other than Ellison, subject to Court approval, that their responsive pleadings will be due
18  thirty (30) days following an Order by the JPML regarding the issues of potential centralization and
19  transfer in MDL No. 3076;

20  WHEREAS, on April 28, 2023, Plaintiffs filed their Notice of Motion and Joint Motion for
21  Alternative Service Upon Caroline Ellison (*See Hawkins v. Bankman-Fried, et al.*, Case No.
22  3:22−cv−07620-JSC, Dkt. 61 (N.D. Cal. Apr. 28, 2023));

23  WHEREAS, Ellison, by and through her counsel, subsequently communicated with
24  Plaintiffs about accepting service of process, and the parties reached agreement to resolve the issues
25  raised in the Joint Motion for Alternative Service;

26
27
28

WHEREAS, in light of the Court's March 28th Order and the upcoming JPML hearing, and pursuant to United States District Court for the Northern District of California Civil Local Rules 6-1(a) and 7-12, Plaintiffs and Ellison wish to stipulate to Ellison's acceptance of service of process in the related Actions and agree to a deadline for Ellison to answer or otherwise respond.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:**

1. Defendant Caroline Ellison hereby accepts service of the summons and complaints in *Lam v. Bankman-Fried, et al.*, Case No. 3:22-cv-07336-JSC;

2. Defendant Caroline Ellison hereby accepts service of the summons and complaints in *Pierce v. Bankman-Fried, et al.*, Case No. 3:22-cv-07444-JSC;

3. Defendant Caroline Ellison hereby accepts service of the summons and complaints in *Hawkins v. Bankman-Fried, et al.*, Case No. 3:22−cv−07620-JSC;

4. Defendant Caroline Ellison hereby accepts service of the summons and complaints in *Jessup v. Bankman-Fried, et al.*, Case No 3:22-cv-07666-JSC;

5. Defendant Caroline Ellison hereby accepts service of the summons and complaints in *Papadakis v. Bankman-Fried, et al.*, Case No. 3:23-cv-00024-JSC;

6. The acceptance of service of the summons and complaints does not waive any defenses (including defenses related to personal jurisdiction), other than the defense of failure to serve process;

7. Plaintiffs' Motion Dkt. 61 is hereby withdrawn; and

8. Ellison's responsive pleading(s) will be due thirty (30) days following an Order by the JPML regarding the issues of potential centralization and transfer in MDL No. 3076. Ellison's agreement to this deadline is without prejudice to her right to seek a stay of these cases (or to join in a motion seeking a stay) in light of pending criminal cases related to Ellison and/or others.

Dated: May 11, 2023       **POMERANTZ LLP**

By:   */s/ Christopher P.T. Tourek*

Joshua B. Silverman (admitted *pro hac vice*)
jbsilverman@pomlaw.com
Christopher P.T. Tourek (admitted *pro hac vice*)
ctourek@pomlaw.com
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181

*Attorneys for Plaintiff Hawkins and for the Proposed Class*

Dated: May 11, 2023       **AUDET & PARTNERS, LLP**

By:   */s/ William M. Audet*
       William M. Audet

William M. Audet (CA SBN 117456)
Ling Y. Kuang (CA SBN 296873)
Kurt D. Kessler (CA SBN 327334)
waudet@audetlaw.com
lkuang@audetlaw.com
kkessler@audetlaw.com
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102-3275
Telephone: (415) 568-2555

*Attorneys for Plaintiff Lam and for the Proposed Class*

Dated: May 11, 2023       **EDELSON PC**

By:   */s/ Yaman Salahi*
       Yaman Salahi

Todd M. Logan (SBN 305912)
Yaman Salahi (SBN 288752)
150 California Street, 18th Floor
San Francisco, CA 94111
Telephone: (415) 212-9300
tlogan@edelson.com
ysalahi@edelson.com

*Attorneys for Plaintiff Jessup and for the Proposed Class*

5

STIPULATION FOR ACCEPTANCE OF SERVICE          3:22-cv-07620-JSC
AND DEADLINE TO FILE RESPONSIVE PLEADING

| | | |
|---|---|---|
| Dated: May 11, 2023 | **THE HODA LAW FIRM, PLLC** | |
| | By: /s/ *Marshal J. Hoda* | |
| | Marshal J. Hoda | |

Marshal J. Hoda (admitted *pro hac vice*)
marshal@thehodalawfirm.com
12333 Sowden Road, Suite B
Houston, TX 77080
Telephone: (832) 848-0036

*Attorneys for Plaintiff Pierce and for the Proposed Class*

| | | |
|---|---|---|
| Dated: May 11, 2023 | **KAPLAN FOX & KILSHEIMER LLP** | |
| | By: /s/ *Laurence D. King* | |
| | Laurence D. King | |

Laurence D. King (SBN 206423)
Kathleen A. Herkenhoff (SBN 168562)
Blair E. Reed (SBN 316791)
lking@kaplanfox.com
kherkenhoff@kaplanfox.com
breed@kaplanfox.com
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: (415) 772-4700

*Attorneys for Plaintiff Papadakis and for the Proposed Class*

| | | |
|---|---|---|
| Dated: May 11, 2023 | **WILMER CUTLER PICKERING HALE AND DORR LLP** | |
| | By: /s/ *Peter Neiman* | |
| | Peter Neiman | |

Peter Neiman (*pro hac vice* forthcoming)
Nicholas Werle (*pro hac vice* forthcoming)
7 World Trade Center
New York, NY 10007
(212)-937-7418
peter.Neiman@wilmerhale.com
nick.werle@wilmerhale.com

*Attorneys for Defendant Caroline Ellison*

6

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: May 12, 2023

_____
The Honorable Jacqueline Scott Corley
United States District Court Judge

STIPULATION FOR ACCEPTANCE OF SERVICE  3:22-cv-07620-JSC
AND DEADLINE TO FILE RESPONSIVE PLEADING

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Christopher P.T. Tourek, attest that concurrence in the filing of this document has been obtained from the other signatories.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of May, 2023, at Chicago, Illinois.

                By:    */s/ Christopher P.T. Tourek*
                          Christopher P.T. Tourek

## PROOF OF SERVICE

I, Christopher P.T. Tourek, certify that on May 11, 2023, a true and correct copy of **STIPULATION FOR ACCEPTANCE OF SERVICE AND DEADLINE FOR DEFENDANT CAROLINE ELLISON TO FILE HER RESPONSIVE PLEADING** was transmitted electronically through the Court's CM/ECF e-filing electronic notice system to all attorneys associated with the above-captioned case.

By:    */s/ Christopher P.T. Tourek*
           Christopher P.T. Tourek