AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Elliott Lam, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:22-cv-07336-JSC |
| Samuel Bankman-Fried, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Caroline Ellison.

Date: 05/18/2023

/s/ Chris Johnstone
*Attorney's signature*

Chris Johnstone (CA Bar No. 242152)
*Printed name and bar number*

Wilmer Cutler Pickering Hale and Dorr LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
*Address*

Chris.Johnstone@wilmerhale.com
*E-mail address*

(650) 858-6000
*Telephone number*

(650) 858-6100
*FAX number*