UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELLIOTT LAM, et al.                         ,

Plaintiff(s),

v.

SAMUEL BANKMAN-FRIED, et al. ,

Defendant(s).

Case No. 3:22-cv-07336-JSC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Nicholas Werle             , an active member in good standing of the bar of

New York                       , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Caroline Ellison               in the

above-entitled action. My local co-counsel in this case is Chris Johnston             , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 242152             .

7 World Trade Center
New York, NY 10007

MY ADDRESS OF RECORD

(212) 230-8800
MY TELEPHONE # OF RECORD

nick.werle@wilmerhale.com
MY EMAIL ADDRESS OF RECORD

2600 El Camino Real, Suite 400
Palo Alto, CA 94306

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(650) 858-6000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

chris.johnstone@wilmerhale.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 5685466       .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0       times in the 12 months

preceding this application.

United States District Court
Northern District of California

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: 5/18/2023 _____        Nicholas Werle _____

5                                           APPLICANT

6

7

8                   ORDER GRANTING APPLICATION

9              FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11   IT IS HEREBY ORDERED THAT the application of  Nicholas Werle _____ is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: _____May 19, 2023_____

16

17   _____

18   UNITED STATES _____ TE JUDGE



19

20

21

22

23

24

25

26

27

28