| | |
|---|---|
| 1 | **MONTGOMERY McCRACKEN WALKER & RHOADS LLP** |
| 2 | Richard M. Simins |
|   | rsimins@mmwr.com |
| 3 | Jeremy D. Mishkin |
|   | jmishkin@mmwr.com |
| 4 | 437 Madison Avenue, 24th Floor |
|   | New York, NY 10022 |
| 5 | Telephone: (212) 867-9500 |
| 6 | **COHEN & GRESSER LLP** |
|   | S. Gale Dick |
| 7 | sgdick@cohengresser.com |
|   | Alexandra K. Theobald |
| 8 | atheobald@cohengresser.com |
|   | 800 Third Avenue |
| 9 | New York, New York 10022 |
|   | Telephone: (212) 957 7600 |
| 10 | |
|    | **LEWIS & LLEWELLYN LLP** |
| 11 | Marc R. Lewis (SBN 233306) |
|    | mlewis@lewisllewellyn.com |
| 12 | 601 Montgomery Street, Suite 2000 |
|    | San Francisco, California 94111 |
| 13 | Telephone: (415) 800-0590 |
| 14 | Attorneys for Defendant |
|    | SAMUEL BANKMAN-FRIED |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELLIOTT LAM, individually and on behalf of other members of the general public similarly situated, <br><br>    Plaintiff, <br><br>  v. <br><br> SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC, <br><br>    Defendants. | **Case Nos.**  22−cv−07336−JSC (*Lam*) <br> 22−cv−07444−JSC (*Pierce*) <br> 22−cv−07620−JSC (*Hawkins*) <br> 22−cv−07666−JSC (*Jessup*) <br> 23−cv−00024−JSC (*Papadakis*) <br><br> **ADMINISTRATIVE L.R. 7-11 REQUEST FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCES** |
| STEPHEN T. PIERCE, individually and on behalf of other members of the general public similarly situated, <br><br>    Plaintiff, <br><br>  v. <br><br> SAM BANKMAN-FRIED, CAROLINE ELLISON, ZIXIAO WANG, NISHAD | |

| | |
|---|---|
| 1 | SINGH, ARMANINO LLP and PRAGER METIS CPA's, |
| 2 | Defendants. |
| 3 | RUSSELL HAWKINS, individually and on behalf of other members of the general public similarly situated, |
| 4 | |
| 5 | Plaintiff, |
| | v. |
| 6 | |
| 7 | SAM BANKMAN-FRIED, CAROLINE ELLISON, ZIXIAO WANG, NISHAD SINGH, ARMANINO LLP and PRAGER METIS CPA's, |
| 8 | |
| 9 | Defendants. |
| 10 | MICHAEL ELLIOTT JESSUP, individually and on behalf of other members of the general public similarly situated, |
| 11 | |
| 12 | Plaintiff, |
| | v. |
| 13 | |
| 14 | SAM BANKMAN-FRIED, CAROLINE ELLISON, NISHAD SINGH, GARY WANG and SAM TRABUCCO, |
| 15 | |
| 16 | Defendants. |
| 17 | JULIE PAPADAKIS, individually and on behalf of other members of the general public similarly situated, |
| 18 | |
| 19 | Plaintiff, |
| | v. |
| 20 | |
| 21 | SAM BANKMAN-FRIED, CAROLINE ELLISON, ZIXIAO WANG, NISHAD SINGH, ARMANINO LLP and PRAGER METIS CPA's, |
| 22 | |
| 23 | Defendants. |

TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD,

PLEASE TAKE NOTICE that pursuant to Civil Local Rules ("L.R.") 7-11 Defendant Samuel Bankman-Fried respectfully moves this Court for an order continuing the Case Management Conference(s) in the above-captioned actions (the "Related Actions").[1]

Plaintiffs in the Related Actions previously requested a continuance of the Case Management Conferences on March 24, 2023. *See* Dkt. 41. The Court granted that request on March 28, 2023, continuing the Case Management Conferences until May 26, 2023. *See* Dkt. 42.

Following the Court's continuance of the Case Management Conferences, Plaintiffs and Defendants jointly requested an extension to the deadline for Defendants' responsive pleadings in light of the Judicial Panel for Multidistrict Litigation's ("JPML") upcoming May 25, 2023 hearing on the FTX MDL petition (MDL No. 3076). *See* Dkt. 46. The Court granted that request on April 4, 2023, extending the deadline for Defendants' responsive pleadings until 30 days following an order by the JPML regarding the issues of potential centralization and transfer. *See* Dkt. 49.

Currently, the Case Management Conferences in the Related Actions are set for May 26, 2023—the day after the JPML's hearing on potential centralization and transfer. Defendant Bankman-Fried believes it would be premature and against the interests of judicial economy to hold Case Management Conferences immediately after the JPML hearing and before resolution of these issues. Defendant Bankman-Fried therefore requests the Court continue the Case Management Conferences for the Related Actions until at least 40 days following an order by the JPML regarding the issues of potential centralization and transfer in MDL No. 3076 (at least ten days after the current deadline for responsive pleadings).

---

[1] Other Defendants in the Related Actions also support a continuance. Defendant Golden State Warriors, LLC, a defendant in the action captioned *Lam v. Bankman-Fried*, Case No. 22−cv−07336−JSC, supports a continuance of the case management conference in that action. Defendants Armanino LLP and Prager Metis CPA's have also similarly moved for a continuance of the case management conferences in the *Pierce*, *Papadakis*, and *Hawkins* actions. *See Pierce* Dkt. 52, *Papadakis* Dkt. 68, *Pierce* Dkt. 67.

| | |
|---|---|
| Dated: May 19, 2023 | **LEWIS & LLEWELLYN LLP** |
| | By: */s/ Marc R. Lewis* |
| |     Marc R. Lewis |
| | Attorneys for Defendant<br>SAMUEL BANKMAN-FRIED |