| | |
|---|---|
| 1 | **MONTGOMERY McCRACKEN WALKER & RHOADS LLP** |
| 2 | Richard M. Simins<br>rsimins@mmwr.com |
| 3 | Jeremy D. Mishkin<br>jmishkin@mmwr.com |
| 4 | 437 Madison Avenue, 24th Floor<br>New York, NY 10022 |
| 5 | Telephone: (212) 867-9500 |
| 6 | **COHEN & GRESSER LLP**<br>S. Gale Dick |
| 7 | sgdick@cohengresser.com<br>Alexandra K. Theobald |
| 8 | atheobald@cohengresser.com<br>800 Third Avenue |
| 9 | New York, New York 10022<br>Telephone: (212) 957 7600 |
| 10 | |
| 11 | **LEWIS & LLEWELLYN LLP**<br>Marc R. Lewis (SBN 233306) |
| 12 | mlewis@lewisllewellyn.com<br>601 Montgomery Street, Suite 2000 |
| 13 | San Francisco, California 94111<br>Telephone: (415) 800-0590 |
| 14 | Attorneys for Defendant<br>SAMUEL BANKMAN-FRIED |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELLIOTT LAM, individually and on behalf of other members of the general public similarly situated,<br>　　　　　Plaintiff,<br>　v.<br>SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC,<br>　　　　　Defendants.<br><br>STEPHEN T. PIERCE, individually and on behalf of other members of the general public similarly situated,<br>　　　　　Plaintiff,<br>　v. | Case Nos.　22−cv−07336−JSC (*Lam*)<br>　　　　　　22−cv−07444−JSC (*Pierce*)<br>　　　　　　22−cv−07620−JSC (*Hawkins*)<br>　　　　　　22−cv−07666−JSC (*Jessup*)<br>　　　　　　23−cv−00024−JSC (*Papadakis*)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE L.R. 7-11 REQUEST FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCES** |

---

**[PROPOSED] ORDER GRANTING REQUEST FOR AN ORDER CONTINUING CMC**
**CASE NO. 3:22-CV-07336-JSC**

| | |
|---|---|
| 1 | SAM BANKMAN-FRIED, CAROLINE ELLISON, ZIXIAO WANG, NISHAD SINGH, ARMANINO LLP and PRAGER METIS CPA's, |
| 2 | |
| 3 | Defendants. |

| | |
|---|---|
| 4 | RUSSELL HAWKINS, individually and on behalf of other members of the general public similarly situated, |
| 5 | |
| 6 | Plaintiff, |
| 7 | v. |
| 8 | SAM BANKMAN-FRIED, CAROLINE ELLISON, ZIXIAO WANG,  NISHAD SINGH, ARMANINO LLP and PRAGER METIS CPA's, |
| 9 | |
| 10 | Defendants. |

| | |
|---|---|
| 11 | MICHAEL ELLIOTT JESSUP, individually and on behalf of other members of the general public similarly situated, |
| 12 | |
| 13 | Plaintiff, |
| | v. |
| 14 | |
| 15 | SAM BANKMAN-FRIED, CAROLINE ELLISON, NISHAD SINGH, GARY WANG and SAM TRABUCCO, |
| 16 | |
| 17 | Defendants. |

| | |
|---|---|
| 18 | JULIE PAPADAKIS, individually and on behalf of other members of the general public similarly situated, |
| 19 | |
| 20 | Plaintiff, |
| | v. |
| 21 | |
| 22 | SAM BANKMAN-FRIED, CAROLINE ELLISON, ZIXIAO WANG, NISHAD SINGH, ARMANINO LLP and PRAGER METIS CPA's, |
| 23 | |
| 24 | Defendants. |

Having considered Defendant Samuel Bankman-Fried's Administrative L.R. 7-11 Request For An Order Continuing Case Management Conferences, related pleadings and supporting documents on file in the *Lam*, *Pierce*, *Hawkins*, *Jessup*, and *Papadakis* matters captioned above, and good cause appearing, the Court **GRANTS** the request and **ORDERS** as follows:

The Case Management Conferences in each of the above captioned cases shall be continued until at least 40 days following an order from the Judicial Panel on Multidistrict Litigation regarding the issues of potential consolidation and transfer in MDL No. 3076.

**IT IS SO ORDERED**.

Dated: _____, 2023

_____
United States District Court Judge