William M. Audet (SBN 117456)
  waudet@audetlaw.com
"David" Ling Y. Kuang (SBN 296873)
  lkuang@audetlaw.com
Kurt D. Kessler (SBN 327334)
  kkessler@audetlaw.com
**AUDET & PARTNERS, LLP**
  711 Van Ness Avenue, Suite 500
  San Francisco, CA 94102-3275
  Telephone:   (415) 568-2555
  Facsimile:   (415) 568-2556

*Attorneys for Plaintiff Kenny Imbert, on behalf of himself and all others similarly situated*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELLIOTT LAM, individually and on behalf of all others similarly situated,<br>　　　　　Plaintiff,<br>　　v.<br><br>SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC.,<br>　　　　　Defendants. | **Case No. 3:22-cv-07336-JSC**<br><br>**DECLARATION OF KURT D. KESSLER IN SUPPORT OF ADMINISTRATIVE L.R. 7-11 MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>[N. D. CAL. CIVIL L.R. 3-12]<br><br>Judge:  Jacqueline Scott Corley |
| THIS DOCUMENT RELATES TO:<br><br>*Pierce v. Bankman-Fried et al.,*<br>Case No. 3:22-cv-07444-JSC<br><br>*Hawkins v. Bankman-Fried et al.,*<br>Case No. 3:22-cv-07620-JSC<br><br>*Jessup v. Bankman-Fried et al.,*<br>Case No. 3:22-cv-07666-JSC<br><br>*Papadakis v. Bankman-Fried et al.,*<br>Case No. 3:23-cv-00024-JSC<br><br>*Bhatia v. Silvergate Bank,*<br>Case No. 3:23-cv-00667-JSC<br><br>*Magleby v. Silvergate Bank, et al.,*<br>Case No. 3:23-cv-00669-JSC<br><br>*Keane v. Silvergate Bank, et al.,* | |

**DECLARATION OF KURT KESSLER (3:22-cv-07336-JSC)**

| | |
|---|---|
| 1 | Case No. 3:23-cv-0670-JSC |
| 2 | *Rabbitte v. Sequoia Capital Operations, LLC, et al.*, |
| 3 | Case No 3:23-cv-00655-JSC |
| 4 | *Girschovich v. Sequoia Capital Operations, LLC et al.*, |
| 5 | Case No. 3:23-cv-00945-JSC |
| 6 | *Imbert v. Bankman-Fried, et al.*, |
| 7 | Case No. 3:23-cv-02475 |

**DECLARATION OF KURT KESSLER (3:22-cv-07336-JSC)**

## DECLARATION OF KURT D. KESSLER

I, Kurt Kessler, hereby declare:

1. I am an associate attorney at Audet & Partners LLP. My firm and I serve as counsel for Plaintiff Kenny Imbert in the matter *Imbert v. Bankman-Fried et al.,* No. 3:23-cv-02475.

2. I have personal knowledge of the matters stated below, and if called as a witness, I could and would testify competently thereto under oath.

3. I respectfully submit this declaration in support of Plaintiff Imbert's Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil L.R. 3-12.

4. A stipulation pursuant to Civil L.R. 7-11 could not be obtained because doing so would be difficult if not impossible in view of the fact that the related complaints name several defendants, some abroad, and some named on the docket sheet have not retained counsel or appeared in the case. Accordingly, in light of this, obtaining a stipulation by all parties would be close to impossible at this stage of the proceedings, and significant delay is inconsistent with the need to "promptly" alert this Court, pursuant to L.R. 3-12, of related cases pending before multiple judges.

5. Plaintiff Imbert will notify and continue to work with Plaintiffs' counsel in the *Lam*, *Pierce*, *Hawkins*, *Jessup*, *Papadakis*, *Bhatia*, *Magleby*, *Keane*, *Rabbitte*, and *Girshovich* actions, as well as any known defense counsel, to effectuate a stipulation to the extent the Court has not already determined that these cases should be related.

6. Attached as **Exhibit 1** is a true and correct copy of the complaint filed in *Lam v. Bankman-Fried et al.,* No. 3:22-cv-07336-JSC.

7. Attached as **Exhibit 2** is a true and correct copy of the complaint filed in *Pierce v. Bankman Fried et al,* No. 4:22-cv-07444-JSW.

8. Attached as **Exhibit 3** is a true and correct copy of the complaint filed in *Hawkins v. Bankman-Fried et al.,* Case No. 3:22-cv-07620-TSH.

9. Attached as **Exhibit 4** is a true and correct copy of the complaint filed in *Jessup v. Bankman-Fried et al.,* Case No. 4:22-cv-07666-DMR.

10. Attached as **Exhibit 5** is a true and correct copy of the complaint filed in *Papadakis v. Bankman-Fried et al.,* Case No. 3:23-cv-00024-JSC.

11. Attached as **Exhibit 6** is a true and correct copy of the complaint filed in *Bhatia v. Silvergate Bank,* Case No. 3:23-cv-00667-JSC.

12. Attached as **Exhibit 7** is a true and correct copy of the complaint filed in *Magleby v. Silvergate Bank, et al.,* Case No. 3:23-cv-00669-JSC.

13. Attached as **Exhibit 8** is a true and correct copy of the complaint filed in *Keane v. Silvergate Bank, et al.,* Case No. 3:23-cv-0670-JSC.

14. Attached as **Exhibit 9** is a true and correct copy of the complaint filed in *Rabbitte v. Sequoia Capital Operations, LLC, et al.,* Case No 3:23-cv-00655-WHA.

15. Attached as **Exhibit 10** is a true and correct copy of the complaint filed in *Girschovich v. Sequoia Capital Operations, LLC et al.,* Case No. 3:23-cv-00945-JCS.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in San Francisco, California, this 19th day of May 2023.

*s/ Kurt Kessler*
Kurt Kessler