**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELLIOTT LAM, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>          v.<br><br>SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC.,<br><br>                    Defendants. | Case No. 3:22-cv-07336-JSC<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE L.R. 7-11 MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| THIS DOCUMENT RELATES TO:<br><br>*Pierce v. Bankman-Fried et al.,*<br>Case No. 3:22-cv-07444-JSC<br><br>*Hawkins v. Bankman-Fried et al.,*<br>Case No. 3:22-cv-07620-JSC<br><br>*Jessup v. Bankman-Fried et al.,*<br>Case No. 3:22-cv-07666-JSC<br><br>*Papadakis v. Bankman-Fried et al.,*<br>Case No. 3:23-cv-00024-JSC<br><br>*Bhatia v. Silvergate Bank,*<br>Case No. 3:23-cv-00667-JSC<br><br>*Magleby v. Silvergate Bank, et al.,*<br>Case No. 3:23-cv-00669-JSC<br><br>*Keane v. Silvergate Bank, et al.,*<br>Case No. 3:23-cv-0670-JSC<br><br>*Rabbitte v. Sequoia Capital Operations, LLC, et al.,*<br>Case No 3:23-cv-00655-JSC<br><br>*Girshovich v. Sequoia Capital Operations, LLC et al.,*<br>Case No. 3:23-cv-00945-JSC | [N. D. CAL. CIVIL L.R. 3-12]<br><br>Judge: Jacqueline Scott Corley |

*Imbert v. Bankman-Fried, et al.*,
Case No. 3:23-cv-02475

Having considered Plaintiff Kenny Imbert's Administrative Motion to Consider Whether the Cases Should be Related, as well as the pleadings on file, and good cause appearing, the Court **GRANTS** the motion and **ORDERS** the Clerk to relate the following filed case to this instant matter:

1. *Imbert v. Bankman-Fried, et al.*, Case No. 3:23-cv-02475 (Filed May 19, 2023).

**IT IS SO ORDERED.**

Dated: _____

                                                              **Hon. Jacqueline Scott Corley**
                                                              **UNITED STATES DISTRICT JUDGE**