1 William M. Audet (SBN 117456)
  waudet@audetlaw.com
2 "David" Ling Y. Kuang (SBN 296873)
  lkuang@audetlaw.com
3 Kurt D. Kessler (SBN 327334)
  kkessler@audetlaw.com
4 **AUDET & PARTNERS, LLP**
  711 Van Ness Avenue, Suite 500
5 San Francisco, CA 94102-3275
  Telephone: (415) 568-2555
6 Facsimile: (415) 568-2556

7 *Attorneys for Plaintiff Kenny Imbert, on behalf of himself and all others similarly situated*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT LAM, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br>v.<br><br>SAM BANKMAN-FRIED, ZIXIAO "GARY" WANG, NISHAD SINGH and CAROLINE ELLISON.<br><br>Defendants. | **Case No. 3:22−CV−07336−JSC**<br><br>**CERTIFICATE OF SERVICE**<br><br>[N. D. CAL. CIVIL L.R. 3-12]<br><br>Judge: Jacqueline Scott Corley |
| THIS DOCUMENT RELATES TO:<br><br>*Pierce v. Bankman-Fried et al.,*<br>Case No. 3:22-cv-07444-JSC<br><br>*Hawkins v. Bankman-Fried et al.,*<br>Case No. 3:22-cv-07620-JSC<br><br>*Jessup v. Bankman-Fried et al.,*<br>Case No. 3:22-cv-07666-JSC<br><br>*Papadakis v. Bankman-Fried et al.,*<br>Case No. 3:23-cv-00024-JSC<br><br>*Bhatia v. Silvergate Bank,*<br>Case No. 3:23-cv-00667-JSC | |

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**
**(3:22−CV−07336−JSC)**

*Magleby v. Silvergate Bank, et al.,*
Case No. 3:23-cv-00669-JSC

*Keane v. Silvergate Bank, et al.,*
Case No. 3:23-cv-0670-JSC

*Rabbitte v. Sequoia Capital Operations, LLC, et al.,*
Case No 3:23-cv-00655-JSC

*Girshovich v. Sequoia Capital Operations, LLC et al.,*
Case No. 3:23-cv-00945-JSC

*Imbert v. Bankman-Fried, et al.,*
Case No. 3:23-cv-02475

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 711 Van Ness Avenue, Suite 500, San Francisco, CA 94102-3275.

On May 19, 2023, I served true and correct copies of the following documents described as:

1. **ADMINISTRATIVE L.R. 7-11 MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED;**

2. **DECLARATION OF KURT D. KESSLER IN SUPPORT OF ADMINISTRATIVE L.R. 7-11 MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED;** and

3. **[PROPOSED] ORDER GRANTING ADMINISTRATIVE L.R. 7-11 MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

Onto the following interested parties:

KHerkenhoff@kaplanfox.com;
LKing@kaplanfox.com;
*Counsel for Plaintiff Papadakis*

ysalahi@edelson.com;
*Counsel for Plaintiff Jessup*

jbsilverman@pomlaw.com;
ctourek@pomlaw.com;
*Counsel for Plaintiff Hawkins*

marshal@thehodalawfirm.com;
*Counsel for Plaintiff Pierce*

swilliams@saverilawfirm.com;
cyoung@saverilawfirm.com;
*Counsel for Plaintiff Lam*

amartin@rgrdlaw.com;
sdavidson@rgrdlaw.com;
*Counsel for Plaintiff Rabbitte*

matthew@reiserlaw.com;
Michael@reiserlaw.com;

*Counsel for Plaintiff Bhatia*

jdavis@bholaw.comm;
toreardon@bholaw.com;
tblood@bholaw.com;
*Counsel for Plaintiff Keane*

dgirard@girardsharp.com;
*Counsel for Plaintiff Girshovich*

azram@themehdifirm.com;
*Counsel for Plaintiff Girshovich*

MLewis@lewisllewellyn.com;
jmishkin@mmwr.com;
rsimins@mmwr.com;
sbonnel@lewisllewellyn.com;
zflood@lewisllewellyn.com;
*Counsel for Defendant Bankman-Fried*

twaskom@hunton.com;
mbosher@hunton.com;
amortimer@hunton.com;
khornbeck@hunton.com;
*Counsel for Defendant Armanino LLP*

**CERTIFICATE OF SERVICE  (3:22-CV-07336-JSC)**

jtravalini@sidley.com;
bbraun@sidley.com;
shemmendinger@sidley.com;
*Counsel for Defendant Prager Metis, LLC*

MJKahn@gibsondunn.com;
MKahn@gibsondunn.com;
JMacEbong@gibsondunn.com;
*Counsel for Defendant Golden State Warriors, LLC*

JKlein@mayerbrown.com;
ADemko@mayerbrown.com;
GVanzura@mayerbrown.com;
JVescera@mayerbrown.com;
*Counsel for Defendant Sam Trabucco*

nick.werle@wilmerhale.com;
peter.neiman@wilmerhale.com;
anjan.sahni@wilmerhale.com;
*Counsel for Defendant Caroline Ellison*

alex.miller@friedfrank.com;
ilan.graff@friedfrank.com;
*Counsel for Defendant Gary Wang*

agoldstein@cooley.com
*Counsel for Defendant Nishad Singh*

jkpark@cgsh.com
*Counsel for Defendant Sequoia Capital Operations, LLC*

anna.terteryan@kirkland.com;
*Counsel for Defendant Thoma Bravo, LP*

mark.foster@skadden.com;
*Counsel for Defendant Paradigm Operations LP*

ptowill@sheppardmullin.com;
jlandry@sheppardmullin.com;
mmacarr@sheppardmullin.com;
*Counsel for Defendants Silvergate Bank, Silvergate Capital Corporation, and Alan J. Lane*

**CERTIFICATE OF SERVICE (3:22-cv-07336-JSC)**

By way of **E-MAIL OR ELECTRONIC TRANSMISSION**, causing a copy of said document(s) to be sent from my e-mail address nperez@audetlaw.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed in Alameda County on May 19, 2023.

*Nicholas Perez*
Nick Perez