William M. Audet (SBN 117456)
waudet@audetlaw.com
"David" Ling Y. Kuang (SBN 296873)
lkuang@audetlaw.com
Kurt D. Kessler (SBN 327334)
kkessler@audetlaw.com
**AUDET & PARTNERS, LLP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102-3275
Telephone:   (415) 568-2555
Facsimile:    (415) 568-2556

*Attorneys for Plaintiff Elliott Lam, on behalf of himself and all others similarly situated*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT LAM, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC,<br><br>Defendants. | **NOTICE OF CHANGE IN COUNSEL AND WITHDRAWAL OF COUNSEL**<br><br>**Case No. 3:22−CV−07336−JSC** |

**NOTICE OF CHANGE IN COUNSEL AND WITHDRAWAL OF COUNSEL**

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 5-1(c)(2)(C), Audet & Partners, LLP and its attorneys William M. Audet, Ling Y. Kuang, and Kurt D. Kessler withdraw as counsel of record for Plaintiff Elliott Lam in the above-captioned action. Plaintiff Lam will be represented by attorneys from Joseph Saveri Law Firm, LLP (who made appearances on behalf of Plaintiff Lam on April 24, 2023; *see* Dkt. Nos. 50-52), and will continue to be represented by Robert L. Lieff, and Lehman, Lee & Xu LLC.

All future correspondence, papers, and filings in this action should be directed to the Joseph Saveri Law Firm, LLP, Robert L. Lieff, and Lehman, Lee & Xu LLC, who remain counsel for Plaintiff Lam.

Dated:  May 19, 2023

Respectfully submitted,

*/s/William M. Audet*
William M. Audet
waudet@audetlaw.com
"David" Ling Y. Kuang
lkuang@audetlaw.com
Kurt D. Kessler (SBN 327334)
kkessler@audetlaw.com
**AUDET & PARTNERS, LLP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102-3275
Telephone:     (415) 568-2555
Facsimile:      (415) 568-2556

*Attorneys for Plaintiff Elliott Lam, on behalf of himself and all others similarly situated*