MONTGOMERY McCRACKEN
WALKER & RHOADS LLP
Richard M. Simins
rsimins@mmwr.com
Jeremy D. Mishkin
jmishkin@mmwr.com
437 Madison Avenue, 24th Floor
New York, NY 10022
Telephone: (212) 867-9500

COHEN & GRESSER LLP
S. Gale Dick
sgdick@cohengresser.com
Alexandra K. Theobald
atheobald@cohengresser.com
800 Third Avenue
New York, New York 10022
Telephone: (212) 957 7600

LEWIS & LLEWELLYN LLP
Marc R. Lewis (SBN 233306)
mlewis@lewisllewellyn.com
Zachary C. Flood (Bar No. 312616)
zflood@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 800-0590

Attorneys for Defendant
SAMUEL BANKMAN-FRIED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT LAM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC,<br><br>Defendants. | Case No. 3:22-cv-07336-JSC<br><br>Related Cases:  3:22-cv-07444-JSC<br>3:22-cv-07620-JSC<br>3:22-cv-07666-JSC<br>3:23-cv-00024-JSC<br><br>**NOTICE OF APPEARANCE OF ZACHARY C. FLOOD ON BEHALF OF DEFENDANT SAMUEL BANKMAN-FRIED** |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE THAT Zachary C. Flood of Lewis & Llewellyn LLP, hereby enters an appearance as co-counsel for Defendant Samuel Bankman-Fried in the above-referenced action. Please serve said counsel with all pleadings and notices in this action.

>Zachary C. Flood (SBN 312616)
>zflood@lewisllewellyn.com
>LEWIS & LLEWELLYN LLP
>601 Montgomery Street, Suite 2000
>San Francisco, CA 94111
>Telephone:  (415) 800-0590
>Facsimile:  (415) 390-2127

Dated: May 23, 2023              LEWIS & LLEWELLYN LLP

By: /s/ *Zachary C. Flood*
    Zachary C. Flood
    Attorneys for Defendant
    SAMUEL BANKMAN-FRIED