Joseph R. Saveri (SBN 130064)
Steven N. Williams (SBN 175489)
Christopher K.L. Young (SBN 318371)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:  jsaveri@saverilawfirm.com
          swillliams@saverilawfirm.com
          cyoung@saverilawfirm.com

*Counsel for Plaintiff Elliott Lam, individually and on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLIOTT LAM, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>SAM BANKMAN-FRIED, CAROLINE ELLISON, and GOLDEN STATE WARRIORS, LLC,<br><br>  Defendant. | Case No. 3:22-cv-07336-JSC<br><br>CLASS ACTION<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Elliott Lam, and his counsel, hereby give notice that Defendant Golden State Warriors, LLC are dismissed from these proceedings without prejudice. This dismissal shall not operate as a dismissal of any person or entity named as a defendant or as a co-conspirator in the above-captioned proceedings other than Golden State Warriors, LLC.

|   |   |
|---|---|
|   | Respectfully Submitted, |
|   | JOSEPH SAVERI LAW FIRM, LLP |
| Dated: May 24, 2023 | By:      */s/ Joseph R. Saveri* |
|   |           Joseph R. Saveri |

Joseph R. Saveri (SBN 130064)
Steven N. Williams (SBN 175489)
Christopher K.L. Young (SBN 318371)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:  jsaveri@saverilawfirm.com
         swillliams@saverilawfirm.com
         cyoung@saverilawfirm.com

Robert L. Lieff (SBN 037568)
P.O. Drawer A
Rutherford, California 94573
Email:  rlieff@lieff.com

Edward LEHMAN (IL SBN 6194489)*
Jacob BLACKLOCK (TX SBN 24079835)*
LEHMAN, LEE & XU LLC (Saipan #25977-001-1)
**c/o LEHMAN, LEE & XU**
Suite 3313, Tower One, Times Square
1 Matheson Street, Causeway Bay, Hong Kong
Telephone: (852) 3588-2127
Facsimile: (852) 3588-2088
Email:  elehman@lehmanlaw.com
         jblacklock@lehmanlaw.com

*Pro hac vice forthcoming*

*Counsel for Plaintiff Elliott Lam, individually and on behalf of all others similarly situated*