KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant RIBBIT CAPITAL, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLIOTT LAM, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAM BANKRMAN-FRIED, ZIXIAO "GARY" WANG, NISHAD SINGH and CAROLINE ELLISON,<br><br>Defendants. | Case No. 3:22-cv-07336-JSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RIBBIT CAPITAL, L.P.'S MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIV. L. R. 3-12**<br><br>Dept.:     Courtroom 8 – 19th Floor<br>Judge:    Hon. Jacqueline Scott Corley |
| THIS DOCUMENT RELATES TO:<br><br>*Pierce v Bankman Fried et al.,*<br>Case No. 3:22-cv-07444-JSC<br><br>*Hawkins v Bankman Fried et al.,*<br>Case No. 3:22-cv-07620-JSC<br><br>*Jessup v Bankman Fried et al.,*<br>Case No. 3:22-cv-07666-JSC<br><br>*Papadakis v Bankman Fried et al.,*<br>Case No. 3:22-cv-00024-JSC<br><br>*Bhatia v Silvergate Bank,*<br>Case No. 3:22-cv-07444-JSC<br><br>*Magleby v Silvergate Bank, et al.,*<br>Case No. 3:23-cv-00669-JSC | |

1  *Keane v Silvergate Bank, et al.*,
   Case No. 3:23-cv-00670-JSC
2
   *Rabbitte v. Sequoia Capital Operations, LLC, et al.*,
3  Case No. 3:23-cv-00669-JSC
4
   *Girschovich v. Sequoia Capital Operations, LLC, et al.*,
5  Case No. 3:23-cv-00945-JSC
6
   *Cabo v. Sequoia Capital Operations, LLC*,
7  Case No. 3:23-cv-02222-JSC
8  *Imbert v. Bankman-Fried, et al.*,
   Case No. 3:23-cv-02475-JSC
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

On August 18, 2023 Defendant's RIBBIT CAPITAL, L.P. ("Ribbit") filed an Administrative Motion to Consider Whether Cases Should Be Related (Civ. L.R. 3-12). Having considered the papers and pleadings on file, the Court GRANTS Ribbit's Administrative Motion to Consider Whether Cases Should Be Related and ORDERS that *O'Keefe v. Temasek Holdings (Private) Limited et al*, Case No. 3:23-cv-03655-LJC and *Rabbitte, et al. v. K5 Gloval Advisor, LLC, et al*, No. 4:23-cv-03953-DMR are related to *Lam v. Bankman-Fried et al.*, Case No. 3:22-cv-07336-JSC and the other cases that have been related thereto. The following actions are ordered related pursuant to Civil L.R. 3-12(a).

- *Lam v. Bankman-Fried et al.*, Case No. 3:22-cv-07336-JSC;
- *Pierce v. Bankman-Fried et al.*, Case No. 4:22-cv-07444-JSC;
- *Hawkins v. Bankman-Fried et al.*, Case No. 3:22-cv-07620-JSC;
- *Jessup v. Bankman-Fried et al.*, Case No. 4:22-cv-07666-JSC;
- *Papadakis v. Bankman-Fried et al.*, Case No. 3:23-cv-00024-JSC;
- *Bhatia v. Silvergate Bank*, No. 23-cv-00667-JSC;
- *Magleby, et al v. Silvergate Bank, et al.*, Case No. 3:23-cv-00669-JSC;
- *Keane v. Silvergate Bank*, 3:23-cv-00670-JSC;
- *Rabbitte v. Sequoia Capital Operations, LLC, et al.*, Case No 3:23-cv-00655-JSC;
- *Girshovich v. Sequoia Capital Operations, LLC et al.*, Case No. 3:23-cv-00945-JSC;
- *Cabo v. Sequoia Capital Operations, LLC*, Case No. 3:23-cv-02222-JSC; and
- *Imbert v. Bankman-Fried, et al.*, Case No. 3:23-cv-02475-JSC
- *O'Keefe v. Temasek Holdings (Private) Limited et al*, Case No. 3:23-cv-03655-LJC
- *Rabbitte, et al. v. K5 Gloval Advisor, LLC, et al*, No. 4:23-cv-03953-DMR

**IT IS SO ORDERED**

Dated:

HON. JACQUELINE SCOTT CORLEY

2
[PROPOSED] ORDER GRANTING MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
(CIV. L. R. 3-12)
Case No. 3:22-cv-07336-JSC

2335574