```
1  KEKER, VAN NEST & PETERS LLP
   STEVEN P. RAGLAND - # 221076
2  sragland@keker.com
   NICHOLAS D. MARAIS - # 277846
3  nmarais@keker.com
   633 Battery Street
4  San Francisco, CA 94111-1809
   Telephone:     415 391 5400
5  Facsimile:     415 397 7188

6  Attorneys for Defendant RIBBIT CAPITAL, L.P.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLIOTT LAM, individually and on behalf of other members of the general public similarly situated,<br><br>            Plaintiffs,<br><br>       v.<br><br>SAM BANKRMAN-FRIED, ZIXIAO "GARY" WANG, NISHAD SINGH and CAROLINE ELLISON,<br><br>            Defendants. | Case No. 3:22-cv-07336-JSC<br><br>**PROOF OF SERVICE**<br><br>Dept.:    Courtroom 8 – 19th Floor<br>Judge:    Hon. Jacqueline Scott Corley |
| THIS DOCUMENT RELATES TO:<br><br>*Pierce v Bankman Fried et al.,*<br>Case No. 3:22-cv-07444-JSC<br><br>*Hawkins v Bankman Fried et al.,*<br>Case No. 3:22-cv-07620-JSC<br><br>*Jessup v Bankman Fried et al.,*<br>Case No. 3:22-cv-07666-JSC<br><br>*Papadakis v Bankman Fried et al.,*<br>Case No. 3:22-cv-00024-JSC<br><br>*Bhatia v Silvergate Bank,*<br>Case No. 3:22-cv-07444-JSC<br><br>*Magleby v Silvergate Bank, et al.,*<br>Case No. 3:23-cv-00669-JSC | |

1  *Keane v Silvergate Bank, et al.*,
    Case No. 3:23-cv-00670-JSC
2
    *Rabbitte v. Sequoia Capital Operations, LLC, et al.*,
3   Case No. 3:23-cv-00669-JSC
4
    *Girschovich v. Sequoia Capital Operations, LLC, et al.*,
5   Case No. 3:23-cv-00945-JSC
6
    *Cabo v. Sequoia Capital Operations, LLC*,
7   Case No. 3:23-cv-02222-JSC
8   *Imbert v. Bankman-Fried, et al.*,
    Case No. 3:23-cv-02475-JSC
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On 8/18/2023, I served the following document(s):

1. Defendant Ribbit Capital L.P.'S Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civ. L. R. 3-12

2. Declaration of Nicholas D. Marais In Support of Defendant Ribbit Capital L.P.'S Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civ. L. R. 3-12

3. [Proposed] Order Granting Defendant Ribbit Capital, L.P.'S Motion to Consider Whether Cases Should Be Related Pursuant to Civ. L. R. 3-12

☑ by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

**See Attachment A**

Executed on 8/18/2023, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Michele Knox Thomas*
Michele Knox Thomas

**ATTACHMENT "A"**

| *3:23-cv-00655-JSC Rabbitte v. Sequoia Capital Operations, LLC et al* ||
|---|---|
| Ye Eun Chun<br>Cleary Gottlieb Steen & Hamilton LLP<br>1841 Page Mill Road<br>Palo Alto, CA 94304-1254<br>650-815-4111<br>chchun@cgsh.com | Brian Edward Cochran<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-8498<br>(619) 231-1058<br>BCochran@rgrdlaw.com |
| Stuart Andrew Davidson<br>Robbins Geller Rudman & Dowd LLP<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>561-750-3000<br>sdavidson@rgrdlaw.com | Hadiya Khan Deshmukh<br>Robbins Geller Rudman & Dowd LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>(415) 288-4545<br>hdeshmukh@rgrdlaw.com |
| Kenneth P. Dolitsky<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-8498<br>(619) 231-1058<br>kdolitsky@rgrdlaw.com | Alexander C. Drylewski<br>Skadden, Arps, Slate, Meagher Flom LLP<br>One Manhattan West<br>New York, NY 10001-8602<br>212-735-3000<br>alexander.drylewski@skadden.com |
| Patton L. Johnson<br>Robbins Geller Rudman Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>619-231-1058<br>pjohnson@rgrdlaw.com | Mark R.S. Foster<br>Skadden Arps Slate Meagher & Flom LLP<br>525 University Ave., Ste 1400<br>Palo Alto, CA 94103<br>(650) 470-4580<br>mark.foster@skadden.com |
| Anny Marie Martin<br>Robbins Geller Rudman & Dowd LLP<br>Robbins Geller Rudman & Dowd LLP<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>561-750-3000<br>amartin@rgrdlaw.com | Mark Edward McKane<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104<br>(415) 439-1473<br>mark.mckane@kirkland.com |
| Eric Ian Niehaus<br>Robbins Geller Rudman and Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-3301<br>619-231-1058<br>ericn@rgrdlaw.com | Jennifer Kennedy Park<br>Cleary Gottlieb Steen & Hamilton LLP<br>1841 Page Mill Rd, Suite 250<br>Palo Alto, CA 94304<br>650-815-4100<br>jkpark@cgsh.com |
| Anna Terteryan<br>Kirkland and Ellis LLP<br>555 California Street<br>Suite 2700<br>San Francisco, CA 94104 | Stephen M. Silva<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104<br>415-439-1359 |

| | |
|---|---|
| 415-439-1864<br>anna.terteryan@kirkland.com | stephen.silva@kirkland.com |
| Joshua Walden<br>Cleary Gottlieb Steen & Hamilton LLP<br>Cleary Gottlieb Steen & Hamilton LLP<br>1841 Page Mill Road<br>Palo Alto, CA 94304<br>650-815-4160<br>jwalden@cgsh.com | Shawn A. Williams<br>Robbins Geller Rudman & Dowd LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>(415) 288-4545<br>shawnw@rgrdlaw.com |
| *3:23-cv-03655-JD OKeefe v. Temasek Holdings (Private) Limited et al* ||
| Robert Lawrence Lieff<br>PO Drawer A<br>Rutherford, CA 94573<br>415-250-4800<br>rlieff@lieff.com | Joseph R. Saveri<br>Joseph Saveri Law Firm, LLP<br>601 California Street, Suite 1000<br>San Francisco, CA 94108<br>(415) 500-6800<br>jsaveri@saverilawfirm.com |
| Christopher Kar-Lun Young<br>Joseph Saveri Law Firm, LLP<br>601 California Street, Suite 1000<br>San Francisco, CA 94108<br>(415) 500-6800<br>cyoung@saverilawfirm.com | |
| *4:23-cv-03953-DMR Rabbitte et al v. K5 Global Advisor, LLC et al* ||
| Eric Ian Niehaus<br>Robbins Geller Rudman and Dowd LLP<br>655 West Broadway<br>Suite 1900<br>San Diego, CA 92101-3301<br>619-231-1058<br>ericn@rgrdlaw.com | |

3
PROOF OF SERVICE
Case No. 3:22-cv-07336-JSC

2349611