UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT LAM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAM BANKMAN-FRIED, et al., <br><br> Defendants. | Case No. 3:22-cv-07336-JSC <br><br> **ORDER RE: MOTION TO RELATE** <br><br> Re: Dkt. No. 68 |

The Court is in receipt of Plaintiffs' motion to relate *O'Keefe, et al. v. Temasek Holdings (Private) Limited, et al.*, No. 3:23-cv-03655-JD and *Rabbitte, et al. v. K5 Gloval Advisor, LLC*, et al, No. 4:23-cv-03953-DMR, to this action. (Dkt. No. 68.) However, the United States Panel on Multidistrict Litigation transferred this action and the *O'Keefe* and *Rabbitte* actions to the Southern District of Florida. Accordingly, the motion to relate is terminated as moot. Plaintiffs may renew the motion if and when these cases are transferred back to this Court.

**IT IS SO ORDERED.**

Dated: August 29, 2023

JACQUELINE SCOTT CORLEY
United States District Judge